UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **USDC SDNY** |
| **DOCUMENT** |
| **ELECTRONICALLY FILED** |
| **DOC #:** _____ |
| **DATE FILED:** 2/10/2025 |

UNITED STATES OF AMERICA,
Plaintiff,

v.

ARI TEMAN,
Defendant.

Case No.: 19-cr-00696

NOTICE OF APPEAL

MOTION FOR EXTENSION OF TIME DUE TO HEALTH ISSUE

Pro Se Defendant, Ari Teman, hereby appeals to the United States Court of Appeals for the Second Circuit from the District Court's order dated Jan 24. 2025, which denied Defendant's request to remain in Israel and be placed on remotely supervised supervision as recommended by Probation.

This appeal is taken pursuant to 28 U.S.C. § 1291 and Rule 4(b) of the Federal Rules of Appellate Procedure.

Due to ongoing health issues the Defendant motions for an EXTENSION for time to file as these health issues are severely slowing his ability to work. He is waiting for a doctors appointment to get treated. Defendant will be able to verify this health issue with a doctors letter if required.

Dated: Feb 7, 2024

Respectfully submitted,

Ari Teman
Ari@teman.com
Pro Se Defendant

cc Via email and Pro Se Clerk email to The Government

CLOSED,APPEAL,ECF,PRIOR

# U.S. District Court
## Southern District of New York (Foley Square)
## CRIMINAL DOCKET FOR CASE #: 1:19-cr-00696-PAE All Defendants

Case title: USA v. Teman

Related Case: 1:24-cv-08278-PAE
Magistrate judge case number: 1:19-mj-05858-UA

Date Filed: 09/26/2019

Date Terminated: 07/29/2021

Assigned to: Judge Paul A.
Engelmayer

**Defendant (1)**

**Ari Teman**
*TERMINATED: 07/29/2021*
*also known as*
Sealed Defendant 1
*TERMINATED: 07/29/2021*

represented by **Ari Teman**
Ari Teman
Miami Beach
650 West Ave
1704
Miami beach, Ste 1704
Miami Beach, FL 33139
781-718-3375
Email: ari@teman.com
PRO SE

**Andrew James Frisch**
Andrew J. Frisch
40 Fulton Street
New York, NY 10038
212-285-8000
Fax: 646-304-0352
Email: afrisch@andrewfrisch.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Edoardo Maffia**
Linton Robinson & Higgins LLP
39 Broadway
Suite 1701
New York, NY 10006
202-365-2938
Email: edoardomaffiawis@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Pro Bono*

**Joseph Andrew Diruzzo , III**
DiRuzzo & Company
401 E Las Olas Blvd #1400
Fort Lauderdale, FL 33301
954.615.1676
Fax: 954.827.0340
Email: jd@margulisgelfand.com
*TERMINATED: 01/29/2021*
*LEAD ATTORNEY*
*Designation: Retained*

**Karloff Cylton Commissiong**
Adams & Commissiong LLP
65 Broadway
Ste 1603
New York, NY 10006
212–430–6590
Email: karloff@kcommissionglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Eden P. Quainton**
Quainton Law, PLLC
2 Park Ave., 20th Floor
New York, NY 10016
212–419–0575
Email: eden.quainton@quaintonlaw.net
*ATTORNEY TO BE NOTICED*

**Justin Gelfand**
Margulis Gelfand, LLC
7700 Bonhomme Ave.
Suite 750
Saint Louis, MO 63105
314–390–0234
Email: justin@margulisgelfand.com
*TERMINATED: 01/29/2021*
*Designation: Retained*

**Justine Aleta Harris**
Sher Tremonte LLP
90 Broad Street
New York, NY 10004
212–202–2600
Fax: 212-202-4156
Email: jharris@shertremonte.com
*TERMINATED: 12/11/2020*
*Designation: Retained*

**Noam Korati Biale**
Sher Tremonte LLP
90 Broad Street
New York, NY 10004
(212)–202–2600
Fax: (212)–202–4156
Email: nbiale@shertremonte.com
*TERMINATED: 12/11/2020*
*Designation: Retained*

**Susan Gail Kellman**
Law Offices of Susan G. Kellman
25 Eighth Avenue
Brooklyn, NY 11217
(718)–783–8200
Fax: (718)–783–8226
Email: sgk@kellmanesq.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Thomas Butler**
Thomas Butler,
P.O. Box 665
Melville, NY 33139
877–847–1896

Email: appellatelaw@bellsouth.net
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1344A.F BANK FRAUD<br>(1ss–2ss) | IMPRISONMENT: One (1) year and one (1) day on each count, the terms to run concurrently.<br>SUPERVISED RELEASE: Three (3) years on each count, the terms to run concurrently. |
| 18:1343.F FRAUD BY WIRE, RADIO, OR TELEVISION<br>(3ss–4ss) | IMPRISONMENT: One (1) year and one (1) day on each count, the terms to run concurrently.<br>SUPERVISED RELEASE: Three (3) years on each count, the terms to run concurrently. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1344A.F BANK FRAUD<br>(1) | Dismissed |
| 18:1344A.F BANK FRAUD<br>(1s–2s) | Dismissed |
| 18:1028A.F FRAUD WITH IDENTIFICATION DOCUMENTS (AGGRAVATED IDENTITY THEFT)<br>(3s–4s) | Dismissed |
| 18:1028A.F FRAUD WITH IDENTIFICATION DOCUMENTS (AGGRAVATED IDENTITY THEFT)<br>(5ss–6ss) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 18:1344A.F BANK FRAUD | |

---

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Jacob Harris Gutwillig**<br>United States Attorney's Office, SDNY<br>One Saint Andrew's Plaza<br>New York, NY 10007<br>212–637–2215<br>Email: jacob.gutwillig@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |
| | | **Edward Arthur Imperatore**<br>Morrison & Foerster LLP<br>250 West 55th St<br>New York, NY 10019 |

212–468–4320
Email: EImperatore@mofo.com
*TERMINATED: 02/24/2022*
*Designation: Retained*

**Kedar Sanjay Bhatia**
U.S. Attorney's Office, S.D.N.Y. (SA–CR)
One Saint Andrew's Plaza
New York, NY 10007
212–637–2465
Email: kedar.bhatia@usdoj.gov
*TERMINATED: 09/25/2023*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/20/2019 | | SEALED ORAL ORDER as to Sealed Defendant 1. (Signed by Magistrate Judge Sarah Netburn on 6/20/2019)(dif) [1:19–mj–05858–UA] (Entered: 08/21/2019) |
| 06/20/2019 | 1 | COMPLAINT as to Ari Teman (1). In Violation of 18 U.S.C. 1344 and 2 (Signed by Magistrate Judge Sarah Netburn) (dif) [1:19–mj–05858–UA] (Entered: 08/21/2019) |
| 07/03/2019 | | Arrest of Ari Teman in the United States District Court – Southern District of Florida. (dif) [1:19–mj–05858–UA] (Entered: 08/21/2019) |
| 07/23/2019 | 3 | Rule 5(c)(3) Documents Received as to Ari Teman from the United States District Court – Southern District of Florida. (dif) [1:19–mj–05858–UA] (Entered: 08/21/2019) |
| 08/21/2019 | 4 | Order to Unseal Case as to Ari Teman.. (Signed by Magistrate Judge Gabriel W. Gorenstein on 8/21/2019)(dif) [1:19–mj–05858–UA] (Entered: 08/21/2019) |
| 08/27/2019 | 5 | NOTICE OF ATTORNEY APPEARANCE: Joseph Andrew Diruzzo, III appearing for Ari Teman. Appearance Type: Retained. (Diruzzo, Joseph) [1:19–mj–05858–UA] (Entered: 08/27/2019) |
| 09/06/2019 | 6 | NOTICE OF ATTORNEY APPEARANCE: Joseph Andrew Diruzzo, III appearing for Ari Teman. (vb) [1:19–mj–05858–UA] (Entered: 09/06/2019) |
| 09/06/2019 | 7 | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn:Bond Hearing as to Ari Teman held on 9/6/2019. Peter Davis Present for the Government. Defendant Ari Teman present with attorney Joseph A DiRuzzo. Agreed upon Bail conditions set: $25,000.00 PRB co–signed by 1 FRP; travel limits include the SDNY/EDNY/SDFL and points between for travel purposes only. Surrender of travel documents and no new applications; Pretrial supervision as directed; Mental health evaluation and treatment as directed by PTS; defendant must submit to a urine analysis. I Positive add the condition of drug testing / treatment. Defendant is prohibits from possession narcotics or controlled substances without a prescription. Preliminary hearing set for 9/27/19. (vb) [1:19–mj–05858–UA] (Entered: 09/06/2019) |
| 09/06/2019 | | Set/Reset Hearings as to Ari Teman: Preliminary Hearing set for 9/27/2019 at 10:00 AM in Courtroom 5A, 500 Pearl Street, New York, NY 10007 before Judge Unassigned.. (vb) [1:19–mj–05858–UA] (Entered: 09/06/2019) |
| 09/06/2019 | 8 | PRB Bond Entered as to Ari Teman in amount of $25,000.00 PRB co–signed by 1 FRP; travel limits include the SDNY/EDNY/SDFL and points between for travel purposes only. Surrender of travel documents and no new applications; Pretrial supervision as directed; Mental health evaluation and treatment as directed by PTS; defendant must submit to a urine analysis. I Positive add the condition of drug testing / treatment. Defendant is prohibits from possession narcotics or controlled substances without a prescription. (vb)[1:19–mj–05858–UA] (Main Document 8 replaced on 2/18/2020) (jw). (Entered: 09/06/2019) |
| 09/26/2019 | 9 | INDICTMENT FILED as to Ari Teman (1) count(s) 1. (jm) (Entered: 09/26/2019) |
| 09/26/2019 | | Case Designated ECF as to Ari Teman. (jm) (Entered: 09/26/2019) |

| | | |
|---|---|---|
| 09/28/2019 | 10 | NOTICE OF ATTORNEY APPEARANCE: Joseph Andrew Diruzzo, III appearing for Ari Teman. Appearance Type: Retained. (Diruzzo, Joseph) (Entered: 09/28/2019) |
| 10/03/2019 | 11 | LETTER by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from USA dated October 3, 2019 Document filed by USA. (Gutwillig, Jacob) (Entered: 10/03/2019) |
| 10/04/2019 | 12 | MEMO ENDORSEMENT as to Ari Teman on re: 11 LETTER by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from USA dated October 3, 2019. ENDORSEMENT: GRANTED. The Court schedules the arraignment for October 21, 2019 at 10:00 a.m. For the reasons stated above, time is excluded, pursuant to 8 U.S.C. §316l(h)(7)(A), until October 21, 2019. (Arraignment set for 10/21/2019 at 10:00 AM before Judge Paul A. Engelmayer) (Signed by Judge Paul A. Engelmayer on 10/4/2019) (ap) Modified on 10/7/2019 (ap). (Entered: 10/04/2019) |
| 10/04/2019 | | Set/Reset Deadlines/Hearings as to Ari Teman: Arraignment set for 10/21/2019 at 10:00 AM before Judge Paul A. Engelmayer. (do) (Entered: 10/17/2019) |
| 10/08/2019 | 13 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MOTION for Justin K. Gelfand to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–17737172. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Ari Teman. (Attachments: # 1 Proposed Order, # 2 Certificate of Good Standing)(Gelfand, Justin) Modified on 10/8/2019 (wb). (Entered: 10/08/2019) |
| 10/08/2019 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice as to Ari Teman to RE–FILE Document No. 13 MOTION for Justin K. Gelfand to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–17737172. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): Pursuant to Rule 1.3. the Attorney Affidavit missing the language of disciplinary.;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (wb)** (Entered: 10/08/2019) |
| 10/10/2019 | 14 | MOTION for Justin K. Gelfand to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Ari Teman. (Attachments: # 1 Affidavit Affidavit of Justin K. Gelfand, # 2 Proposed Order, # 3 Certificate of Good Standing)(Gelfand, Justin) (Entered: 10/10/2019) |
| 10/10/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 14 MOTION for Justin K. Gelfand to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 10/10/2019) |
| 10/11/2019 | 15 | ORDER FOR ADMISSION PRO HAC VICE as to Ari Teman (1) on 14 MOTION for Justin K. Gelfand to Appear Pro Hac Vice. (Signed by Judge Paul A. Engelmayer on 10/10/2019) (ap) (Entered: 10/11/2019) |
| 10/14/2019 | 16 | CONSENT LETTER by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from USA dated October 14, 2019 Document filed by USA. (Attachments: # 1 Text of Proposed Order)(Gutwillig, Jacob) (Entered: 10/14/2019) |
| 10/15/2019 | 17 | PROTECTIVE ORDER as to Ari Teman...regarding procedures to be followed that shall govern the handling of confidential material..... (Signed by Judge Paul A. Engelmayer on 10/15/2019) (lnl) (Entered: 10/15/2019) |
| 10/15/2019 | 18 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by Ari Teman. (Diruzzo, Joseph) (Entered: 10/15/2019) |
| 10/16/2019 | 19 | LETTER by Ari Teman addressed to Judge Paul A. Engelmayer from Joseph A. DiRuzzo, III dated 10/16/2019 re: arraignment (Diruzzo, Joseph) (Entered: 10/16/2019) |
| 10/17/2019 | 20 | MEMO ENDORSEMENT as to Ari Teman on re: 19 LETTER by Ari Teman addressed to Judge Paul A. Engelmayer from Joseph A. DiRuzzo, III dated 10/16/2019 re: arraignment. ENDORSEMENT: DENIED. The arraignment will proceed as |

| | | |
|---|---|---|
| | | scheduled. For any future requests for adjournment the Court directs counsel to 2.E of this Court's Individual Rules and Practices in Criminal Cases. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 10/17/2019) (lnl) (Entered: 10/17/2019) |
| 10/21/2019 | | Minute Entry for proceedings held before Judge Paul A. Engelmayer:Arraignment as to Ari Teman (1) Count 1Ari Teman (1) Count 1 held on 10/21/2019.Defendant present (on bond) with attorney, Joseph Diruzzo. AUSA Jacob Gutwillig present. Court reporter present. Defendant sworn, pleads NOT GUILTY to the Indictment. Bond continued. See transcript. Plea entered by Ari Teman (1) Count 1Ari Teman (1) Count 1 Not Guilty. (ajs) (Entered: 10/21/2019) |
| 10/21/2019 | 21 | SCHEDULING ORDER as to Ari Teman: For the reasons stated on the record at today's conference, it is hereby ORDERED that a conference in this matter is scheduled for November 22, 2019 at 2:30 p.m. in Courtroom 1305 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until November 22, 2019. The parties shall file a joint letter by close of business tomorrow, October 22, 2019, outlining whether, and why, they prefer to proceed to trial on January 20, 2020, or, March 9, 2020. (Pretrial Conference set for 11/22/2019 at 02:30 PM in Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007 before Judge Paul A. Engelmayer) (Signed by Judge Paul A. Engelmayer on 10/21/2019) (lnl) (Entered: 10/21/2019) |
| 10/22/2019 | 22 | LETTER by Ari Teman addressed to Judge Paul A. Engelmayer from Joseph A. DiRuzzo, III dated 10/22/2019 re: trial date (Diruzzo, Joseph) (Entered: 10/22/2019) |
| 10/25/2019 | 23 | ORDER as to Ari Teman: The Court thanks the parties for their joint letter. Dkt. 22. The courthouse will be closed on Monday, January 20, 2020, in observance of Martin Luther King, Jr., day. The jury trial in this matter is therefore set for January 21, 2020. The parties should clear their calendars for the entire week, and are on notice that the Court will sit on Friday, January 24, if needed. For planning purposes, a final pretrial conference is scheduled for January 10, 2020, at 10:30 a.m. SO ORDERED. (Final Pretrial Conference set for 1/10/2020 at 10:30 AM before Judge Paul A. Engelmayer) (Signed by Judge Paul A. Engelmayer on 10/25/2019) (lnl) (Entered: 10/25/2019) |
| 11/05/2019 | 24 | TRANSCRIPT of Proceedings as to Ari Teman re: Conference held on 10/21/19 before Judge Paul A. Engelmayer. Court Reporter/Transcriber: Kelly Surina, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/26/2019. Redacted Transcript Deadline set for 12/6/2019. Release of Transcript Restriction set for 2/3/2020. (McGuirk, Kelly) (Entered: 11/05/2019) |
| 11/05/2019 | 25 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ari Teman. Notice is hereby given that an official transcript of a Conference proceeding held on 10/21/19 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 11/05/2019) |
| 11/12/2019 | 26 | LETTER by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from USA dated November 12, 2019 Document filed by USA. (Gutwillig, Jacob) (Entered: 11/12/2019) |
| 11/12/2019 | 27 | (S1) SUPERSEDING INDICTMENT FILED as to Ari Teman (1) count(s) 1s–2s, 3s–4s. (jm) (Entered: 11/13/2019) |
| 11/14/2019 | 28 | MEMO ENDORSEMENT as to Ari Teman on re: 26 LETTER by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from USA dated November 12, 2019. ENDORSEMENT: The Court, at the hearing scheduled for November 22, 2019 at 2:30 p.m., will arraign Mr. Teman on the S1 Indictment. The Court had previously excluded time, pursuant to 18 U.S.C. § 3161(h)(7)(A), until that date (Dkt. No. 21), and reaffirms that exclusion as warranted. (Arraignment set for 11/22/2019 at 02:30 PM before Judge Paul A. Engelmayer) (Signed by Judge Paul A. Engelmayer on 11/14/2019) (ap) (Entered: 11/14/2019) |

| | | |
|---|---|---|
| 11/20/2019 | 29 | LETTER by Ari Teman addressed to Judge Paul A. Engelmayer from Joseph A. DiRuzzo, III dated 11/20/2019 re: briefing schedule (Diruzzo, Joseph) (Entered: 11/20/2019) |
| 11/20/2019 | 30 | LETTER by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from USA dated November 20, 2019 Document filed by USA. (Gutwillig, Jacob) (Entered: 11/20/2019) |
| 11/22/2019 | | Minute Entry for proceedings held before Judge Paul A. Engelmayer:Pretrial Conference as to Ari Teman held on 11/22/2019. Defendant present (on bond) with attorneys, Joseph Diruzzo & Justin Gelfand. AUSA Jacob Gutwillig present. Court reporter present. Bond continued. See transcript. (ajs) (Entered: 11/25/2019) |
| 11/25/2019 | 31 | ORDER as to Ari Teman: For the reasons stated on the record at today's conference, the Court sets the following deadlines with regards to the defendant's anticipated pretrial motions: Defense pretrial motions, including those related to speedy trial, suppression, and venue, are due by November 27, 2019; The government's response is due by December 11, 2019; Defendant's reply is due by December 18, 2019; The Court neglected to set a deadline for motions in limine. Those will be due by January 3, 2020, with oppositions due on January 7, 2020. As stated at today's conference, proposed voir dire and requests to charge are due January 6, 2020. The final pretrial conference in this matter remains set for January 10, 2020, at 10:30 a.m. The Court will also use this date for a factual hearing on the motion to suppress, if necessary. Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until the scheduled trial date of January 21, 2020. (Time excluded from 11/22/2019 until 1/21/2020) (Motions due by 1/3/2020. Responses due by 1/7/2020) (Signed by Judge Paul A. Engelmayer on 11/22/2019) (lnl) (Entered: 11/25/2019) |
| 11/27/2019 | 32 | MOTION to Dismiss *re Venue*. Document filed by Ari Teman. (Attachments: # 1 Exhibit)(Diruzzo, Joseph) (Entered: 11/27/2019) |
| 11/27/2019 | 33 | MOTION to Dismiss on Speedy Trial *Motion to Dismiss for Violation of the Speedy Trial Act*. Document filed by Ari Teman. (Gelfand, Justin) (Entered: 11/27/2019) |
| 11/27/2019 | 34 | MOTION to Suppress *Evidence*. Document filed by Ari Teman. (Attachments: # 1 Exhibit 1)(Gelfand, Justin) (Entered: 11/27/2019) |
| 12/06/2019 | 35 | TRANSCRIPT of Proceedings as to Ari Teman re: Conference held on 11/22/19 before Judge Paul A. Engelmayer. Court Reporter/Transcriber: Kelly Surina, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/27/2019. Redacted Transcript Deadline set for 1/6/2020. Release of Transcript Restriction set for 3/5/2020. (McGuirk, Kelly) (Entered: 12/06/2019) |
| 12/06/2019 | 36 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ari Teman. Notice is hereby given that an official transcript of a Conference proceeding held on 11/22/19 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 12/06/2019) |
| 12/11/2019 | 37 | NOTICE OF ATTORNEY APPEARANCE Kedar Sanjay Bhatia appearing for USA. (Bhatia, Kedar) (Entered: 12/11/2019) |
| 12/11/2019 | 38 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** RESPONSE in Opposition by USA as to Ari Teman re: 33 MOTION to Dismiss on Speedy Trial *Motion to Dismiss for Violation of the Speedy Trial Act*., 32 MOTION to Dismiss *re Venue*., 34 MOTION to Suppress *Evidence*.. (Gutwillig, Jacob) Modified on 12/12/2019 (ka). (Entered: 12/11/2019) |
| 12/12/2019 | | **NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR as to Ari Teman: Notice to Attorney Gutwillig, Jacob to RE–FILE Document 38 Response in Opposition to Motion. Use the event type Memorandum in Opposition to Motion found under the event list Replies, Opposition and Supporting Documents. (ka)** (Entered: 12/12/2019) |

| | | |
|---|---|---|
| 12/12/2019 | 39 | MEMORANDUM in Opposition by USA as to Ari Teman re 33 MOTION to Dismiss on Speedy Trial *Motion to Dismiss for Violation of the Speedy Trial Act*., 32 MOTION to Dismiss *re Venue*., 34 MOTION to Suppress *Evidence*.. (Gutwillig, Jacob) (Entered: 12/12/2019) |
| 12/12/2019 | 40 | ORDER as to Ari Teman: The Court will hold a telephonic conference at 4 p.m. today to address the defendant's pretrial supervision. All counsel and the defendant are expected to participate in such conference. The Court directs government counsel to circulate a dial–in number. SO ORDERED. (Telephone Conference set for 12/12/2019 at 04:00 PM before Judge Paul A. Engelmayer) (Signed by Judge Paul A. Engelmayer on 12/12/2019) (lnl) (Entered: 12/12/2019) |
| 12/12/2019 | 41 | NOTICE OF ATTORNEY APPEARANCE Edward Arthur Imperatore appearing for USA. (Imperatore, Edward) (Entered: 12/12/2019) |
| 12/12/2019 | | Minute Entry for proceedings held before Judge Paul A. Engelmayer:Telephone Conference as to Ari Teman held on 12/12/2019. Defendant present (on bond) with attorneys, Joseph Diruzzo & Justin Gelfand. AUSAs Jacob Gutwillig, Kedar Bhatia & Edward Imperatore present. USPTS Officers Dayshawn Bostic & David Ozoria present. Court reporter present. See transcript. (ajs) (Entered: 12/19/2019) |
| 12/16/2019 | 42 | ORDER as to Ari Teman: The Court has received the Government's memorandum of law, Dkt. 39, submitted in opposition to defendant Ari Teman's motion to suppress, Dkt. 34. The Government's memorandum of law turns on factual representations about the defendant's arrest, including with respect to the identity, affiliation, and authority of the law enforcement officers who were present for and carried out that arrest. These facts appear germane to the resolution of the motion. However, these factual representations, at present, are contained solely in a memorandum of law. As such, they are not cognizable, and the Court cannot credit them. The Government has not substantiated them by, e.g., submitting along with its memorandum of law a sworn declaration or affidavit by a person competent to attest to such facts, setting forth the basis for the witness's knowledge. The Court will give the Government until the close of Tuesday, December 17, 2019, to file a sworn declaration validating the factual representations in its memorandum of law. To the extent there is documentary corroboration of these points, the Court encourages Government counsel to attach such documentation as exhibits to its declaration. SO ORDERED (Signed by Judge Paul A. Engelmayer on 12/16/2019) (lnl) (Entered: 12/16/2019) |
| 12/17/2019 | 43 | LETTER by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from AUSA Kedar S. Bhatia dated December 17, 2019 re: Affidavit In Support of Memorandum of Law Document filed by USA. (Bhatia, Kedar) (Entered: 12/17/2019) |
| 12/18/2019 | 44 | REPLY MEMORANDUM OF LAW in Opposition as to Ari Teman re: 33 MOTION to Dismiss on Speedy Trial *Motion to Dismiss for Violation of the Speedy Trial Act*., 32 MOTION to Dismiss *re Venue*., 34 MOTION to Suppress *Evidence*. . (Diruzzo, Joseph) (Entered: 12/18/2019) |
| 12/20/2019 | 45 | OPINION & ORDER as to Ari Teman. CONCLUSION: For the foregoing reasons, the Court dismisses Count One of the Superseding Indictment, without prejudice. The Clerk of Court is respectfully directed to close the motion pending at docket 33. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 12/20/19)(jbo) (Entered: 12/20/2019) |
| 12/20/2019 | 47 | LETTER MOTION addressed to Judge Paul A. Engelmayer from AUSA Kedar S. Bhatia dated December 20, 2019 re: Modification of Bail Conditions . Document filed by USA as to Ari Teman. (Bhatia, Kedar) (Entered: 12/20/2019) |
| 12/20/2019 | 48 | ORDER 32 Motion to Dismiss as to Ari Teman (1); 34 Motion to Suppress as to Ari Teman. The Court today has issued a decision granting defendant Ari Temans motion to dismiss Count One of Indictment S1 Cr. 696 (PAE) based on a violation of the Speedy Trial Act, 18 U.S.C. § 3161. The Court, however, has not dismissed the Indictments other three counts, and the dismissal of Count One is without prejudice to the Governments ability to bring the same charge against Teman in a new or superseding indictment. This Order addresses, and denies, the other two pretrial motions Teman has made. The Clerk of Court is respectfully directed to terminate the motions pending at dockets 32 and 34. (Signed by Judge Paul A. Engelmayer on 12/20/2019) (jw) (Entered: 12/20/2019) |

| | | |
|---|---|---|
| 12/23/2019 | 49 | LETTER RESPONSE in Opposition by Ari Teman addressed to Judge Paul A. Engelmayer from Justin K. Gelfand dated 12/23/2019 re: 47 LETTER MOTION addressed to Judge Paul A. Engelmayer from AUSA Kedar S. Bhatia dated December 20, 2019 re: Modification of Bail Conditions .. (Gelfand, Justin) (Entered: 12/23/2019) |
| 12/23/2019 | 50 | ORDER as to Ari Teman: The Court has received the parties' letters, Dkts. 47 & 49, on the Government's application to modify the defendant's bail conditions based on certain recent social media postings. The Court does not believe these postings merit a change in existing bail conditions. However, the Court encourages Mr. Teman to confer with his counsel before any future such postings, as such postings have the potential to adversely affect, inter alia, Mr. Teman's legal interests in this case, depending on the course the case takes. The Clerk of Court is respectfully directed to terminate the motion pending at docket 47. (Signed by Judge Paul A. Engelmayer on 12/23/2019) (ap) (Entered: 12/23/2019) |
| 01/03/2020 | 51 | LETTER by Ari Teman addressed to Judge Paul A. Engelmayer from Joseph A. DiRuzzo, III dated 1/3/2020 re: computers in courtroom (Diruzzo, Joseph) (Entered: 01/03/2020) |
| 01/03/2020 | 52 | LETTER by Ari Teman addressed to Judge Paul A. Engelmayer from Joseph A. DiRuzzo, III dated 1/3/2020 re: extension of time to file m/in limine (Diruzzo, Joseph) (Entered: 01/03/2020) |
| 01/03/2020 | 53 | MEMO ENDORSEMENT as to Ari Teman on re: 52 LETTER by Ari Teman addressed to Judge Paul A. Engelmayer from Joseph A. DiRuzzo, III dated 1/3/2020 re: extension of time to file m/in limine. ENDORSEMENT: Granted. (Motions due by 1/6/2020) (Signed by Judge Paul A. Engelmayer on 1/3/2019) (ap) (Entered: 01/03/2020) |
| 01/03/2020 | 54 | MOTION in Limine . Document filed by USA as to Ari Teman. (Bhatia, Kedar) (Entered: 01/03/2020) |
| 01/03/2020 | 55 | (S2) SUPERSEDING INDICTMENT FILED as to Ari Teman (1) count(s) 1ss−2ss, 3ss−4ss, 5ss−6ss. (jm) (Entered: 01/06/2020) |
| 01/06/2020 | 56 | Request To Charge by USA as to Ari Teman. (Bhatia, Kedar) (Entered: 01/06/2020) |
| 01/06/2020 | 57 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** Proposed Voir Dire Questions by USA as to Ari Teman. (Bhatia, Kedar) Modified on 1/7/2020 (ka). (Entered: 01/06/2020) |
| 01/06/2020 | 58 | LETTER by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from AUSA Kedar S. Bhatia dated January 6, 2020 re: Proposed Verdict Form Document filed by USA. (Attachments: # 1 Exhibit Proposed Verdict Form)(Bhatia, Kedar) (Entered: 01/06/2020) |
| 01/06/2020 | 59 | Request To Charge by Ari Teman. (Gelfand, Justin) (Entered: 01/06/2020) |
| 01/06/2020 | 60 | MOTION in Limine *to Admit Defense Exhibit A*. Document filed by Ari Teman. (Attachments: # 1 Exhibit A)(Gelfand, Justin) (Entered: 01/06/2020) |
| 01/06/2020 | 61 | MOTION in Limine *to Prevent the Government from Introducing Expert Opinion Testimony at Trial*. Document filed by Ari Teman. (Attachments: # 1 Exhibit 1)(Gelfand, Justin) (Entered: 01/06/2020) |
| 01/06/2020 | 62 | MOTION in Limine *to Preclude the Government from Offering Unnoticed Rule 404(b) Evidence*. Document filed by Ari Teman. (Gelfand, Justin) (Entered: 01/06/2020) |
| 01/06/2020 | 63 | MOTION to Seal Document . Document filed by Ari Teman. (Attachments: # 1 Text of Proposed Order Proposed Order)(Gelfand, Justin) (Entered: 01/06/2020) |
| 01/06/2020 | 64 | Proposed Voir Dire Questions by Ari Teman. (Gelfand, Justin) (Entered: 01/06/2020) |
| 01/07/2020 | | **NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR as to Ari Teman: Notice to Attorney Bhatia, Kedar to RE–FILE Document 57 Proposed Voir Dire Questions. Use the event type Proposed Examination of Jurors found under the event list Trial Documents. (ka)** (Entered: 01/07/2020) |

| | | |
|---|---|---|
| 01/07/2020 | 65 | PROPOSED EXAMINATION OF JURORS by USA as to Ari Teman. (Bhatia, Kedar) (Entered: 01/07/2020) |
| 01/07/2020 | 66 | LETTER MOTION addressed to Judge Paul A. Engelmayer from AUSA Kedar S. Bhatia dated January 7, 2020 re: Deadline for Response to Defendant's Motions In Limine . Document filed by USA as to Ari Teman. (Bhatia, Kedar) (Entered: 01/07/2020) |
| 01/07/2020 | 67 | MEMO ENDORSEMENT as to Ari Teman (1) on 66 LETTER MOTION addressed to Judge Paul A. Engelmayer from AUSA Kedar S. Bhatia dated January 7, 2020 re: Deadline for Response to Defendant's Motions In Limine. The defendant was granted until yesterday, January 6, 2020, to file his motions. Dkt. 53. The government's request is granted. Its response is due by tomorrow, January 8, 2020, at 5 p.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 66. (Signed by Judge Paul A. Engelmayer on 1/7/2020) (ap) (Entered: 01/07/2020) |
| 01/07/2020 | | Set/Reset Deadlines as to Ari Teman: Responses due by 1/8/2020. (ap) (Entered: 01/07/2020) |
| 01/07/2020 | 68 | MEMO ENDORSEMENT as to Ari Teman on re: 51 LETTER by Ari Teman addressed to Judge Paul A. Engelmayer from Joseph A. DiRuzzo, III dated 1/3/2020 re: computers in courtroom. ENDORSEMENT: The Court directs counsel to submit the proposed electronic device order form that can be found on the Court's website. The Court also directs counsel to contact the Court's A/V Department to schedule a tech–walk–through of the courtroom prior to trial. (Signed by Judge Paul A. Engelmayer on 1/6/2020) (ap) (Entered: 01/07/2020) |
| 01/07/2020 | 69 | ORDER as to Ari Teman (1) granting 63 MOTION to Seal Document. The Court has received defendant's request to file one of his motions in limine under seal. Dkt. 63. The Court grants defendant leave to file such motion under seal. (Signed by Judge Paul A. Engelmayer on 1/7/2020) (ap) (Entered: 01/07/2020) |
| 01/07/2020 | 70 | LETTER MOTION addressed to Judge Paul A. Engelmayer from Justin K. Gelfand dated January 7, 2020 re: Bond Modification to Permit Travel to Meet with Legal Counsel . Document filed by Ari Teman. (Gelfand, Justin) (Entered: 01/07/2020) |
| 01/07/2020 | 71 | RESPONSE in Opposition by Ari Teman re: 54 MOTION in Limine .. (Gelfand, Justin) (Entered: 01/07/2020) |
| 01/08/2020 | 72 | NOTICE of notice of filing proposed order as to Ari Teman re: 68 Memo Endorsement,,. (Attachments: # 1 Text of Proposed Order)(Diruzzo, Joseph) (Entered: 01/08/2020) |
| 01/08/2020 | 73 | MEMORANDUM in Opposition by USA as to Ari Teman re 62 MOTION in Limine *to Preclude the Government from Offering Unnoticed Rule 404(b) Evidence.*, 63 MOTION to Seal Document ., 61 MOTION in Limine *to Prevent the Government from Introducing Expert Opinion Testimony at Trial.*, 60 MOTION in Limine *to Admit Defense Exhibit A..* (Bhatia, Kedar) (Entered: 01/08/2020) |
| 01/08/2020 | 74 | LETTER MOTION addressed to Judge Paul A. Engelmayer from AUSA Kedar S. Bhatia dated January 8, 2020 re: Preclude Expert Testimony . Document filed by USA as to Ari Teman. (Attachments: # 1 Exhibit Expert Disclosure Letter)(Bhatia, Kedar) (Entered: 01/08/2020) |
| 01/09/2020 | 75 | ORDER as to Ari Teman re: 74 LETTER MOTION addressed to Judge Paul A. Engelmayer from AUSA Kedar S. Bhatia dated January 8, 2020 re: Preclude Expert Testimony. The Court has received the Governments motion in limine seeking to preclude testimony from defendant's proposed expert, J. Benjamin Davis. Dkt. 74. To allow the Court time to consider this motion in advance of the final pretrial conference tomorrow defendant's opposition is due by 5 p.m. today, January 9, 2020. (Responses due by 1/9/2020) (Signed by Judge Paul A. Engelmayer on 1/9/2020) (ap) (Entered: 01/09/2020) |
| 01/09/2020 | 76 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** LETTER RESPONSE in Opposition by Ari Teman addressed to Judge Paul A. Engelmayer from Justin K. Gelfand dated January 9, 2020 re: 74 LETTER MOTION addressed to Judge Paul A. Engelmayer from AUSA Kedar S. Bhatia dated January 8, 2020 re: Preclude Expert Testimony .. (Attachments: # 1 Exhibit 1, # 2 Exhibit |

| | | |
|---|---|---|
| | | 2)(Gelfand, Justin) Modified on 1/9/2020 (ka). (Entered: 01/09/2020) |
| 01/09/2020 | | **NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR as to Ari Teman: Notice to Attorney Gelfand, Justin to RE–FILE Document 76 Response in Opposition to Motion. Use the event type Response to Motion found under the event list Replies, Opposition and Supporting Documents. (ka)** (Entered: 01/09/2020) |
| 01/09/2020 | 77 | RESPONSE to Motion by Ari Teman re: 74 LETTER MOTION addressed to Judge Paul A. Engelmayer from AUSA Kedar S. Bhatia dated January 8, 2020 re: Preclude Expert Testimony .. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Gelfand, Justin) (Entered: 01/09/2020) |
| 01/10/2020 | | Minute Entry for proceedings held before Judge Paul A. Engelmayer:Arraignment as to Ari Teman (1) Count 1ss–2ss,3ss–4ss,5ss–6ssAri Teman (1). Defendant present (on bond) with attorneys Joseph DiRuzzo & Justin Gelfand. AUSAs Kedar Bhatia & Edward Imperatore with paralegal specialist William Magliocco. Court reporter present. Defendant sworn, pleads NOT GUILTY to the S2 Indictment. See transcript. Plea entered by Ari Teman (1) Count 1ss–2ss,3ss–4ss,5ss–6ssAri Teman (1) Count 1ss–2ss,3ss–4ss,5ss–6ss Not Guilty. (ajs) (Entered: 01/10/2020) |
| 01/10/2020 | | Minute Entry for proceedings held before Judge Paul A. Engelmayer:Pretrial Conference as to Ari Teman held on 1/10/2020. Defendant present (on bond) with attorneys Joseph DiRuzzo & Justin Gelfand. AUSAs Kedar Bhatia & Edward Imperatore with paralegal specialist William Magliocco. Court reporter present. Bond continued. See transcript. (ajs) (Entered: 01/10/2020) |
| 01/10/2020 | 78 | MEMO ENDORSEMENT: as to Ari Teman (1) granting 70 LETTER MOTION addressed to Judge Paul A. Engelmayer from Justin K. Gelfand dated January 7, 2020 re: Bond Modification to Permit Travel to Meet with Legal Counsel. ENDORSEMENT: GRANTED. Mr. Teman's pretrial release terms shall be amended to permit his travel to the state of Missouri for the purpose of attorney–client visits. The Clerk of Court is directed to terminate the motion at Dkt. No. 70. (Signed by Judge Paul A. Engelmayer on 1/10/2020) (ap) (Entered: 01/10/2020) |
| 01/14/2020 | 79 | LETTER by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from AUSA Kedar S. Bhatia dated January 14, 2020 re: Counts Five and Six Document filed by USA. (Bhatia, Kedar) (Entered: 01/14/2020) |
| 01/15/2020 | 80 | JOINT LETTER by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from AUSA Kedar S. Bhatia dated January 15, 2020 re: Supplemental Jury Instructions Document filed by USA. (Bhatia, Kedar) (Entered: 01/15/2020) |
| 01/17/2020 | 81 | LETTER MOTION addressed to Judge Paul A. Engelmayer from Joseph A. DiRuzzo, III dated 1/17/2020 re: leave to file Giglio motion . Document filed by Ari Teman. (Attachments: # 1 Exhibit, # 2 Exhibit)(Diruzzo, Joseph) (Entered: 01/17/2020) |
| 01/19/2020 | 82 | LETTER RESPONSE in Opposition by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from AUSA Kedar S. Bhatia dated January 19, 2020 re: 81 LETTER MOTION addressed to Judge Paul A. Engelmayer from Joseph A. DiRuzzo, III dated 1/17/2020 re: leave to file Giglio motion .. (Bhatia, Kedar) (Entered: 01/19/2020) |
| 01/21/2020 | 83 | LETTER MOTION addressed to Judge Paul A. Engelmayer from AUSA Kedar S. Bhatia dated January 19, 2019 re: Motion to Preclude . Document filed by USA as to Ari Teman. (Attachments: # 1 Exhibit Housing Court Order)(Bhatia, Kedar) Modified on 1/22/2020 (ka). (Entered: 01/21/2020) |
| 01/21/2020 | 84 | LETTER MOTION addressed to Judge Paul A. Engelmayer from AUSA Kedar S. Bhatia dated January 21, 2020 re: Good Acts Evidence . Document filed by USA as to Ari Teman. (Attachments: # 1 Exhibit DX 34)(Bhatia, Kedar) (Entered: 01/21/2020) |
| 01/21/2020 | 85 | LETTER by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from AUSA Kedar S. Bhatia dated January 21, 2020 re: Scope of Waiver Document filed by USA. (Bhatia, Kedar) (Entered: 01/21/2020) |
| 01/21/2020 | | Minute Entry for proceedings held before Judge Paul A. Engelmayer:Pretrial Conference as to Ari Teman held on 1/21/2020. Defendant present (on bond) with attorneys Joseph DiRuzzo & Justin Gelfand. AUSAs Kedar Bhatia & Edward |

| | | |
|---|---|---|
| | | Imperatore with paralegal specialist William Magliocco & Daniel Alessandrino (NYPD). Court reporter present. Bond continued. See transcript. (ajs) (Entered: 01/22/2020) |
| 01/22/2020 | | Minute Entry for proceedings held before Judge Paul A. Engelmayer:Voir Dire held on 1/22/2020 as to Ari Teman. Defendant present (on bond) with attorneys Joseph DiRuzzo & Justin Gelfand. AUSAs Kedar Bhatia & Edward Imperatore with paralegal specialist William Magliocco & Daniel Alessandrino (NYPD). Court reporter present. Jury panel sworn, voir dire began. Jury selected and sworn. Jury instructions issued. See transcript. (ajs) (Entered: 01/22/2020) |
| 01/22/2020 | 86 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** Proposed Jury Instructions by Ari Teman. (Gelfand, Justin) Modified on 1/23/2020 (ka). (Entered: 01/22/2020) |
| 01/22/2020 | | Minute Entry for proceedings held before Judge Paul A. Engelmayer:Jury Trial as to Ari Teman held on 1/22/2020. Defendant present (on bond) with attorneys Joseph DiRuzzo & Justin Gelfand. AUSAs Kedar Bhatia & Edward Imperatore with paralegal specialist William Magliocco & Daniel Alessandrino (NYPD). Court reporter present. Government opening statement. Defense opening statement. Government witnesses called. Trial continued to 1/23/2020. See transcript. (ajs) (Entered: 01/23/2020) |
| 01/23/2020 | | **NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR as to Ari Teman: Notice to Attorney Gelfand, Justin to RE–FILE Document** 86 **Proposed Jury Instructions. Use the event type Request to Charge found under the event list Trial Documents. (ka)** (Entered: 01/23/2020) |
| 01/23/2020 | 87 | TRANSCRIPT of Proceedings as to Ari Teman re: Conference held on 1/10/2020 before Judge Paul A. Engelmayer. Court Reporter/Transcriber: Raquel Robles, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/13/2020. Redacted Transcript Deadline set for 2/24/2020. Release of Transcript Restriction set for 4/22/2020. (McGuirk, Kelly) (Entered: 01/23/2020) |
| 01/23/2020 | 88 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ari Teman. Notice is hereby given that an official transcript of a Conference proceeding held on 1/10/2020 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 01/23/2020) |
| 01/23/2020 | | Minute Entry for proceedings held before Judge Paul A. Engelmayer:Jury Trial as to Ari Teman held on 1/23/2020. Defendant present (on bond) with attorneys Joseph DiRuzzo & Justin Gelfand. AUSAs Kedar Bhatia & Edward Imperatore with paralegal specialist William Magliocco & Daniel Alessandrino (NYPD). Court reporter present. Government case continued. Trial continued to 1/24/2020. See transcript. (ajs) (Entered: 01/24/2020) |
| 01/24/2020 | 89 | LETTER by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from AUSA Kedar S. Bhatia dated January 24, 2020 re: Unanimity Instruction Document filed by USA. (Bhatia, Kedar) (Entered: 01/24/2020) |
| 01/24/2020 | | Minute Entry for proceedings held before Judge Paul A. Engelmayer:Jury Trial as to Ari Teman held on 1/24/2020. Defendant present (on bond) with attorneys Joseph DiRuzzo & Justin Gelfand. AUSAs Kedar Bhatia & Edward Imperatore with paralegal specialist William Magliocco & Daniel Alessandrino (NYPD). Court reporter present. Government rests. Defense witnesses called. Trial continued to 1/27/2020. See transcript. (ajs) (Entered: 01/27/2020) |
| 01/27/2020 | 90 | LETTER by Ari Teman addressed to Judge Paul A. Engelmayer from Joseph A. DiRuzzo, III dated 1/26/20 re: constructive amendement (Diruzzo, Joseph) (Entered: 01/27/2020) |
| 01/27/2020 | | Minute Entry for proceedings held before Judge Paul A. Engelmayer:Jury Trial as to Ari Teman held on 1/27/2020. Defendant present (on bond) with attorneys Joseph |

| | | |
|---|---|---|
| | | DiRuzzo & Justin Gelfand. AUSAs Kedar Bhatia & Edward Imperatore with paralegal specialist William Magliocco & Daniel Alessandrino (NYPD). Court reporter present. Charge conference held. Defense rests. Closing arguments. Trial continued to 1/28/2020. See transcript. (ajs) (Entered: 01/27/2020) |
| 01/28/2020 | | Minute Entry for proceedings held before Judge Paul A. Engelmayer:Jury Trial as to Ari Teman held on 1/28/2020. Defendant present (on bond) with attorneys Joseph DiRuzzo & Justin Gelfand. AUSAs Kedar Bhatia & Edward Imperatore with paralegal specialist William Magliocco & Daniel Alessandrino (NYPD). Court reporter present. Jury charged. Marshal sworn. Jury deliberations begin. Trial continued to 1/29/2020. See transcript. (ajs) (Entered: 01/29/2020) |
| 01/29/2020 | | Minute Entry for proceedings held before Judge Paul A. Engelmayer:Jury Trial as to Ari Teman held on 1/29/2020. Defendant present (on bond) with attorneys Joseph DiRuzzo & Justin Gelfand. AUSAs Kedar Bhatia & Edward Imperatore with paralegal specialist William Magliocco & Daniel Alessandrino (NYPD). Court reporter present. The jury has reached a verdict. The jury finds defendant guilty on counts 1 – 4. Bond continued. See transcript. (ajs) (Entered: 01/29/2020) |
| 01/29/2020 | | Order of Referral to Probation for Presentence Investigation and Report as to Ari Teman. (ajs) (Entered: 01/29/2020) |
| 01/29/2020 | 91 | Minute Entry for proceedings held before Judge Paul A. Engelmayer: UPDATED BAIL DISPOSITION as to Ari Teman held on 1/29/2020. AUSA: Kedar Bhatia present. Defense counsel Joseph Diruzzo present with defendant Ari Teman. $25,000.00 PRB. 2 FRP – The second FRP is to sign bond no later than February 5, 2020. Travel restricted to SDNY/EDNY/SDFL. Strict Pretrial Supervision. Def. to submit to urinalysis; if positive, add condition of drug testing/treatment. Home detention. Electronic monitoring. Defendant has leave to attend medical & mental health appointments. Defendant is not to create or deposit any remotely created check. The defendant is to immediately suspend or terminate all credit card auto–pay arrangements with him or with any company which he is affiliated. Defendant may not invoice or bill any person or business without the written approval of his Pretrial Services Officer. (lnl) (Entered: 01/29/2020) |
| 01/29/2020 | 92 | JURY VERDICT as to Ari Teman (1) Guilty on Count 1ss–2ss,3ss–4ss. (ajs) (Entered: 01/29/2020) |
| 01/29/2020 | 93 | ORDER re: Court Exhibits as to Ari Teman. (Signed by Judge Paul A. Engelmayer on 1/29/2020)(ajs) (Entered: 01/29/2020) |
| 01/29/2020 | 94 | ORDER as to Ari Teman: The Court, at a conference held on January 21, 2020, dismissed counts 5ss and 6ss of the S2 Indictment. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 1/29/2020) (lnl) (Entered: 01/29/2020) |
| 01/29/2020 | | DISMISSAL OF COUNTS by the Court as to Ari Teman (1) Count 5ss–6ss. (lnl) (Entered: 01/29/2020) |
| 01/29/2020 | 95 | ORDER re: Jury notes as to Ari Teman. (Signed by Judge Paul A. Engelmayer on 1/29/2020)(ajs) (Entered: 01/29/2020) |
| 01/31/2020 | 96 | SCHEDULING ORDER as to (S2 19–Cr–696) Ari Teman. It is hereby ORDERED that sentencing in this matter is scheduled for June 4, 2020 at 10:00 a.m. in Courtroom 1305 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007. The parties should consult the Courts Individual Rules and Practices for Criminal Cases (available at http://nysd.uscourts.gov/judge/Engelmayer) for sentencing–related procedures and practices. Consistent with the Court's Rules, the defendant's sentencing submission shall be served two weeks in advance of the date set for sentencing. The Government's sentencing submission shall be served one week in advance of the date set for sentencing. The parties should provide the Court with one courtesy hard copy of each submission when it is served. If a party does not intend to file a substantive sentencing submission, the party should file a letter to that effect. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 1/31/2020)(bw) (Entered: 01/31/2020) |
| 02/04/2020 | 97 | LETTER MOTION addressed to Judge Paul A. Engelmayer from Joseph A. DiRuzzo, III dated 2/4/2020 re: 91 Bond Hearing,,, re: additional time . Document filed by Ari |

| | | |
|---|---|---|
| | | Teman. (Diruzzo, Joseph) (Entered: 02/04/2020) |
| 02/04/2020 | 98 | MEMO ENDORSEMENT as to Ari Teman (1) granting 97 LETTER MOTION addressed to Judge Paul A. Engelmayer from Joseph A. DiRuzzo, III dated 2/4/2020 re: 91 Bond Hearing, re: additional time. ENDORSEMENT: GRANTED. The Clerk of Court is requested to terminate the motion at Dkt. No. 97. (Signed by Judge Paul A. Engelmayer on 2/4/2020) (ap) (Entered: 02/04/2020) |
| 02/14/2020 | 99 | TRANSCRIPT of Proceedings as to Ari Teman re: Trial held on 1/21/2020 before Judge Paul A. Engelmayer. Court Reporter/Transcriber: Martha Martin, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/6/2020. Redacted Transcript Deadline set for 3/16/2020. Release of Transcript Restriction set for 5/14/2020. (McGuirk, Kelly) (Entered: 02/14/2020) |
| 02/14/2020 | 100 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ari Teman. Notice is hereby given that an official transcript of a Trial proceeding held on 1/21/2020 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/14/2020) |
| 02/14/2020 | 101 | TRANSCRIPT of Proceedings as to Ari Teman re: Trial held on 1/22/2020 before Judge Paul A. Engelmayer. Court Reporter/Transcriber: Steven Griffing, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/6/2020. Redacted Transcript Deadline set for 3/16/2020. Release of Transcript Restriction set for 5/14/2020. (McGuirk, Kelly) (Entered: 02/14/2020) |
| 02/14/2020 | 102 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ari Teman. Notice is hereby given that an official transcript of a Trial proceeding held on 1/22/2020 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/14/2020) |
| 02/14/2020 | 103 | TRANSCRIPT of Proceedings as to Ari Teman re: Trial held on 1/23/2020 before Judge Paul A. Engelmayer. Court Reporter/Transcriber: Martha Martin, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/6/2020. Redacted Transcript Deadline set for 3/16/2020. Release of Transcript Restriction set for 5/14/2020. (McGuirk, Kelly) (Entered: 02/14/2020) |
| 02/14/2020 | 104 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ari Teman. Notice is hereby given that an official transcript of a Trial proceeding held on 1/24/2020 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/14/2020) |
| 02/14/2020 | 105 | TRANSCRIPT of Proceedings as to Ari Teman re: Trial held on 1/27/2020 before Judge Paul A. Engelmayer. Court Reporter/Transcriber: Martha Martin, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/6/2020. Redacted Transcript Deadline set for 3/16/2020. Release of Transcript Restriction set for 5/14/2020. (McGuirk, Kelly) (Entered: 02/14/2020) |
| 02/14/2020 | 106 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ari Teman. Notice is hereby given that an official transcript of a Trial proceeding held on 1/27/2020 has been filed by the court reporter/transcriber in the above–captioned matter. The parties |

|  |  | have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/14/2020) |
|---|---|---|
| 02/14/2020 | 107 | TRANSCRIPT of Proceedings as to Ari Teman re: Trial held on 1/28/2020 before Judge Paul A. Engelmayer. Court Reporter/Transcriber: Martha Martin, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/6/2020. Redacted Transcript Deadline set for 3/16/2020. Release of Transcript Restriction set for 5/14/2020. (McGuirk, Kelly) (Entered: 02/14/2020) |
| 02/14/2020 | 108 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ari Teman. Notice is hereby given that an official transcript of a Trial proceeding held on 1/28/2020 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/14/2020) |
| 02/14/2020 | 109 | TRANSCRIPT of Proceedings as to Ari Teman re: Trial held on 1/29/2020 before Judge Paul A. Engelmayer. Court Reporter/Transcriber: Steven Griffing, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/6/2020. Redacted Transcript Deadline set for 3/16/2020. Release of Transcript Restriction set for 5/14/2020. (McGuirk, Kelly) (Entered: 02/14/2020) |
| 02/14/2020 | 110 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ari Teman. Notice is hereby given that an official transcript of a Trial proceeding held on 1/29/2020 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 02/14/2020) |
| 02/26/2020 | 111 | MOTION for Acquittal *Or, in the Alternative, Motion for New Trial*. Document filed by Ari Teman. (Gelfand, Justin) (Entered: 02/26/2020) |
| 03/25/2020 | 112 | MEMORANDUM in Opposition by USA as to Ari Teman re 111 MOTION for Acquittal *Or, in the Alternative, Motion for New Trial*.. (Bhatia, Kedar) (Entered: 03/25/2020) |
| 03/30/2020 | 113 | LETTER MOTION addressed to Judge Paul A. Engelmayer from Joseph A. DiRuzzo, III dated 03/30/2020 re: modify terms of release . Document filed by Ari Teman. (Attachments: # 1 Exhibit)(Diruzzo, Joseph) (Entered: 03/30/2020) |
| 03/30/2020 | 114 | LETTER RESPONSE in Opposition by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from AUSA Kedar S. Bhatia dated March 30, 2020 re: 113 LETTER MOTION addressed to Judge Paul A. Engelmayer from Joseph A. DiRuzzo, III dated 03/30/2020 re: modify terms of release .. (Bhatia, Kedar) (Entered: 03/30/2020) |
| 03/31/2020 | 115 | ORDER 113 LETTER MOTION Defendant Ari Teman is presently awaiting sentencing following his conviction at trial on four counts of bank and wire fraud. He has been released on bail subject to conditions including home confinement at his home in Miami Beach, Florida, and electronic monitoring. By letter from his counsel, Teman now moves, Dkt. 113, for a modification of the conditions of home confinement, to enable him to attend medical appointments and to shop for food at stores, the latter because Teman reports experiencing difficulty obtaining timely food delivery following Miami Beach's adoption of a safer–at–home order. The Court denies Temans motion for relief as unnecessary. Temans bail conditions already permit him to travel for medical appointments. And as the Government reports in its letter responding to Teman's request, Dkt. 114, Government counsel have confirmed with Temans pretrial services officer that, now notified by the Government of Temans expressed need to leave home to shop for groceries, the officer is prepared to authorize such shopping pursuant to the discretion accorded him by the Court in administering |

| | | |
|---|---|---|
| | | home detention. Temans letter notably had not indicated that, before writing the Court, he or his counsel had raised the need to leave home for food shopping with the pretrial services officer. In the future, should an issue of this nature arise, defense counsel are instructed, before writing the Court, to speak with the pretrial officer to determine whether a genuine controversy exists requiring court resolution. The Court wishes all counsel and Teman well at this challenging time. The Clerk of Court is requested to terminate the motion at Dkt. No. 113. (Signed by Judge Paul A. Engelmayer on 3/31/2020) (jw) (Entered: 03/31/2020) |
| 04/01/2020 | 116 | LETTER MOTION addressed to Judge Paul A. Engelmayer from Joseph A. DiRuzzo, III dated 04/01/2020 re: 112 Memorandum in Opposition to Motion re: leave to file reply . Document filed by Ari Teman. (Diruzzo, Joseph) (Entered: 04/01/2020) |
| 04/02/2020 | 117 | MEMO ENDORSEMENT as to Ari Teman (1) on 116 LETTER MOTION addressed to Judge Paul A. Engelmayer from Joseph A. DiRuzzo, III dated 04/01/2020 re: 112 Memorandum in Opposition to Motion re: leave to file reply. ENDORSEMENT: The Court grants Teman leave to file a reply. The reply is due April 9, 2020. (Signed by Judge Paul A. Engelmayer on 4/2/2020) (ap) (Entered: 04/02/2020) |
| 04/02/2020 | | Set/Reset Deadlines as to Ari Teman: Replies due by 4/9/2020. (ap) (Entered: 04/02/2020) |
| 04/09/2020 | 118 | MOTION for New Trial *Based on Undisclosed Brady and Jencks Act Evidence*. Document filed by Ari Teman. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Gelfand, Justin) (Entered: 04/09/2020) |
| 04/09/2020 | 119 | REPLY TO RESPONSE to Motion by Ari Teman re 111 MOTION for Acquittal *Or, in the Alternative, Motion for New Trial*.. (Gelfand, Justin) (Entered: 04/09/2020) |
| 04/09/2020 | 120 | LETTER MOTION addressed to Judge Paul A. Engelmayer from Joseph A. DiRuzzo, III dated 04/09/2020 re: Rule6(e) disclosure . Document filed by Ari Teman. (Diruzzo, Joseph) (Entered: 04/09/2020) |
| 04/09/2020 | 121 | MEMO ENDORSEMENT as to Ari Teman on re: 118 MOTION for New Trial Based on Undisclosed Brady and Jencks Act Evidence. The Court has received a new motion from defendant Ari Teman, seeking a new trial. Dkt. 118. The Government's response is due Friday, April 24, 2020. The Court does not, at this time, authorize a reply. (Responses due by 4/24/2020) (Signed by Judge Paul A. Engelmayer on 4/9/2020) (ap) (Entered: 04/10/2020) |
| 04/10/2020 | 122 | MEMO ENDORSEMENT as to Ari Teman on re: 120 LETTER MOTION addressed to Judge Paul A. Engelmayer from Joseph A. DiRuzzo, III dated 04/09/2020 re: Rule6(e) disclosure. ENDORSEMENT: The Court has received defendant Ari Teman's request for disclosure of grand jury transcripts pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E). The Government is to respond to this request no later than April 24, 2020. The Court does not authorize a reply. (Responses due by 4/24/2020) (Signed by Judge Paul A. Engelmayer on 4/9/2020) (ap) (Entered: 04/10/2020) |
| 04/24/2020 | 124 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** RESPONSE in Opposition by USA as to Ari Teman re: 118 MOTION for New Trial *Based on Undisclosed Brady and Jencks Act Evidence*.. (Bhatia, Kedar) Modified on 4/27/2020 (ka). (Entered: 04/24/2020) |
| 04/24/2020 | 125 | LETTER RESPONSE in Opposition by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from AUSA Kedar S. Bhatia dated April 24, 2020 re: 120 LETTER MOTION addressed to Judge Paul A. Engelmayer from Joseph A. DiRuzzo, III dated 04/09/2020 re: Rule6(e) disclosure .. (Bhatia, Kedar) (Entered: 04/24/2020) |
| 04/27/2020 | | **NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR as to Ari Teman: Notice to Attorney Bhatia, Kedar to RE–FILE Document 124 Response in Opposition to Motion. Use the event type Memorandum in opposition to Motion found under the event list Replies, Opposition and Supporting Documents. (ka)** (Entered: 04/27/2020) |
| 04/27/2020 | 126 | MEMORANDUM in Opposition by USA as to Ari Teman re 118 MOTION for New Trial *Based on Undisclosed Brady and Jencks Act Evidence*.. (Bhatia, Kedar) (Entered: |

| | | 04/27/2020) |
|---|---|---|
| 04/29/2020 | 127 | ORDER as to Ari Teman: The Court is currently reviewing defendant Ari Teman's post–trial motions. Dkts. 111, 118, 120. As a result of the public health crisis and resulting remote work, the Court does not have easy access to the exhibits received at trial. The Court accordingly instructs Government counsel to file a copy of the received trial exhibits on the docket of this case by 5 p.m. on May 1, 2020. The Court expects that Government counsel will confer in advance with defense counsel to assure that the exhibits are correctly selected. (Signed by Judge Paul A. Engelmayer on 4/29/2020) (ap) (Entered: 04/29/2020) |
| 05/01/2020 | 128 | LETTER by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from AUSA Kedar S. Bhatia dated May 1, 2020 re: Trial Exhibits Document filed by USA. (Attachments: # 1 Exhibit GX 101, # 2 Exhibit GX 102, # 3 Exhibit GX 103, # 4 Exhibit GX 104, # 5 Exhibit GX 105, # 6 Exhibit GX 106, # 7 Exhibit GX 107, # 8 Exhibit GX 108, # 9 Exhibit GX 110, # 10 Exhibit GX 111, # 11 Exhibit GX 112, # 12 Exhibit GX 114, # 13 Exhibit GX 121, # 14 Exhibit GX 122, # 15 Exhibit GX 123, # 16 Exhibit GX 124, # 17 Exhibit GX 127, # 18 Exhibit GX 129, # 19 Exhibit GX 130, # 20 Exhibit GX 131, # 21 Exhibit GX 141, # 22 Exhibit GX 142, # 23 Exhibit GX 143, # 24 Exhibit GX 144, # 25 Exhibit GX 145, # 26 Exhibit GX 146, # 27 Exhibit GX 147, # 28 Exhibit GX 150, # 29 Exhibit GX 201, # 30 Exhibit GX 202, # 31 Exhibit GX 203, # 32 Exhibit GX 204, # 33 Exhibit GX 205, # 34 Exhibit GX 206, # 35 Exhibit GX 401, # 36 Exhibit GX 402, # 37 Exhibit GX 403, # 38 Exhibit GX 404, # 39 Exhibit GX 405, # 40 Exhibit GX 406, # 41 Exhibit GX 407, # 42 Exhibit GX 408, # 43 Exhibit GX 409, # 44 Exhibit GX 409A, # 45 Exhibit GX 409B, # 46 Exhibit GX 409C, # 47 Exhibit GX 412, # 48 Exhibit GX 413, # 49 Exhibit GX 414, # 50 Exhibit GX 415, # 51 Exhibit GX 416, # 52 Exhibit GX 417, # 53 Exhibit GX 418, # 54 Exhibit GX 431, # 55 Exhibit GX 441, # 56 Exhibit GX 442, # 57 Exhibit GX 443, # 58 Exhibit GX 501, # 59 Exhibit GX 702, # 60 Exhibit GX 704, # 61 Exhibit GX 727, # 62 Exhibit GX 728, # 63 Exhibit GX 729, # 64 Exhibit DX 2, # 65 Exhibit DX 14, # 66 Exhibit DX 15, # 67 Exhibit DX 16, # 68 Exhibit DX 29, # 69 Exhibit DX 36, # 70 Exhibit DX 49, # 71 Exhibit DX 51, # 72 Exhibit DX 51, # 73 Exhibit DX 62, # 74 Exhibit DX 70, # 75 Exhibit DX 71)(Bhatia, Kedar) (Entered: 05/01/2020) |
| 05/04/2020 | 129 | LETTER MOTION addressed to Judge Paul A. Engelmayer from Joseph A. DiRuzzo, III dated 5/4/2020 re: 126 Memorandum in Opposition to Motion re: leave to file reply . Document filed by Ari Teman. (Diruzzo, Joseph) (Entered: 05/04/2020) |
| 05/04/2020 | 130 | MEMO ENDORSEMENT as to Ari Teman (1) granting 129 LETTER MOTION addressed to Judge Paul A. Engelmayer from Joseph A. DiRuzzo, III dated 5/4/2020 re: 126 Memorandum in Opposition to Motion re: leave to file reply. ENDORSEMENT: Defendant is granted leave to file a reply no later than May 11, 2020 at 5 p.m. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 5/4/2020) (lnl) (Entered: 05/04/2020) |
| 05/04/2020 | | Set/Reset Deadlines/Hearings as to Ari Teman: Replies due by 5/11/2020. (lnl) (Entered: 05/04/2020) |
| 05/07/2020 | 131 | ORDER as to Ari Teman: The Court is currently reviewing defendant Ari Teman's post–trial motions, including his claim that the Indictment was constructively amended at trial insofar as it described certain checks as "counterfeit." The Court has determined, in the interest of due care, to review itself the transcripts of the grand jury proceedings in this case, to enable the Court independently to assess Teman's contention that the theory of liability with respect to these checks pursued at trial departed from that presented to the grand jury. For avoidance of doubt, the Court's review of the grand jury transcripts will be in camera and ex parte. The grand jury transcripts are not to be supplied to the defense, which has not provided sufficient justification for defense access to these materials. The Court's decision resolving Teman's motion will address these matters further. The Government is therefore directed to provide the Court with the grand jury transcripts by May 8, 2020. In light of the current public health crisis, the Government, in lieu of supplying hard copies of these transcripts, is to email them to the Court's Chambers email address. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 5/6/2020) (lnl) (Entered: 05/07/2020) |

| | | |
|---|---|---|
| 05/08/2020 | 132 | LETTER MOTION addressed to Judge Paul A. Engelmayer from Joseph A. DiRuzzo, III dated 5/8/2020 re: 131 Order,,,,, re: grand jury material . Document filed by Ari Teman. (Diruzzo, Joseph) (Entered: 05/08/2020) |
| 05/11/2020 | 133 | REPLY MEMORANDUM OF LAW in Support as to Ari Teman re: 118 MOTION for New Trial *Based on Undisclosed Brady and Jencks Act Evidence*. . (Attachments: # 1 Exhibit E)(Diruzzo, Joseph) (Entered: 05/11/2020) |
| 05/20/2020 | 134 | LETTER RESPONSE in Opposition by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from AUSA Kedar S. Bhatia dated May 20, 2020 re: 132 LETTER MOTION addressed to Judge Paul A. Engelmayer from Joseph A. DiRuzzo, III dated 5/8/2020 re: 131 Order,,,,, re: grand jury material .. (Bhatia, Kedar) (Entered: 05/20/2020) |
| 05/20/2020 | 135 | CONSENT LETTER MOTION addressed to Judge Paul A. Engelmayer from Joseph A. DiRuzzo, III dated 5/20/2020 re: postpone sentencing hearing . Document filed by Ari Teman. (Diruzzo, Joseph) (Entered: 05/20/2020) |
| 05/26/2020 | 136 | MEMO ENDORSEMENT as to Ari Teman (1) granting 135 CONSENT LETTER MOTION addressed to Judge Paul A. Engelmayer from Joseph A. DiRuzzo, III dated 5/20/2020 re: postpone sentencing hearing. ENDORSEMENT: GRANTED. Sentencing is adjourned to July 21, 2020 at 11:15 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 135. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 5/26/2020) (lnl) (Entered: 05/26/2020) |
| 05/26/2020 | | Set/Reset Hearings as to Ari Teman: Sentencing set for 7/21/2020 at 11:15 AM before Judge Paul A. Engelmayer. (lnl) (Entered: 05/26/2020) |
| 06/01/2020 | 137 | ORDER as to Ari Teman. The Court has received the attached email this morning from a person identifying himself as journalist "Jake Green" from "LawReports360." The email poses questions to the Court about this case. The Court, however, has been unable to identify a journalist by the name "Jake Green" or a news organization by the name given by "Jake Green." It appears possible that a person posing as "Jake Green" has sought to obtain the requested information from the Court. The Court notifies counsel that it has provided a copy of the email to the United States Marshals Service for further investigation. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 6/1/2020)(jbo) (Entered: 06/01/2020) |
| 06/05/2020 | 138 | OPINION & ORDER as to Ari Teman. For the reasons outlined above, the Court denies all of Teman's post–trial motions. The case will now proceed to sentencing. For purposes of assuring a full appellate record, the Government is instructed to file the grand jury materials provided ex parte to the Court under seal as soon as possible. There are to be accessible to the Court (and reviewing appellate courts)only. The Clerk of Court is respectfully directed to terminate the motion pending at dockets 111, 118, 120, and 132. SO ORDERED (Signed by Judge Paul A. Engelmayer on 6/5/20)(jw) (Entered: 06/05/2020) |
| 06/08/2020 | 139 | TRANSCRIPT of Proceedings as to Ari Teman re: Trial held on 1/24/2020 before Judge Paul A. Engelmayer. Court Reporter/Transcriber: Vincent Bologna, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/29/2020. Redacted Transcript Deadline set for 7/9/2020. Release of Transcript Restriction set for 9/8/2020. (McGuirk, Kelly) (Entered: 06/08/2020) |
| 06/08/2020 | 140 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ari Teman. Notice is hereby given that an official transcript of a Trial proceeding held on 1/24/2020 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 06/08/2020) |
| 06/26/2020 | 141 | LETTER MOTION addressed to Judge Paul A. Engelmayer from Joseph A. DiRuzzo, III dated 6/26/20202 re: sleep study & MRI . Document filed by Ari Teman. (Diruzzo, Joseph) (Entered: 06/26/2020) |

| 06/29/2020 | 142 | MEMO ENDORSED granting 141 LETTER MOTION sleep study & MRI as to Ari Teman (1)...ENDORSEMENT: GRANTED. The Clerk of Court is requested to terminate the motion at Dkt. No. 141. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 6/29/2020) (jbo) (Entered: 06/29/2020) |
| 06/29/2020 | 143 | CONSENT LETTER MOTION addressed to Judge Paul A. Engelmayer from Joseph A. DiRuzzo, III dated 06/29/20 re: continue/adjournment of sentencing . Document filed by Ari Teman. (Diruzzo, Joseph) (Entered: 06/29/2020) |
| 07/01/2020 | 144 | MEMO ENDORSEMENT 143 LETTER MOTION Reschedule Sentencing as to Ari Teman....ENDORSEMENT..GRANTED. Sentencing is adjourned to September 28, 2020 at 10:00 a.m. However, the Court declines to extend the deadlines for sentencing submissions, as there is no stated need for such an extension and filing on the current scheduling will enable the Court to prepare for the sentencing during the time in which it had planned to do so. The defense sentencingsubmission remains due July 7, 2020 and the Government's sentencing submission remains due July 14, 2020. The Clerk of Court is requested to terminate the motion at Dkt. No. 143. (Signed by Judge Paul A. Engelmayer on 7/1/2020) (jw) (Entered: 07/01/2020) |
| 07/01/2020 | | Set/Reset Deadlines/Hearings as to Ari Teman:Defense Replies due by 7/7/2020. Government Responses due by 7/14/2020; Sentencing set for 9/28/2020 at 10:00 AM before Judge Paul A. Engelmayer (jw) (Entered: 07/01/2020) |
| 07/07/2020 | 145 | SENTENCING SUBMISSION by Ari Teman. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # 16 Exhibit, # 17 Exhibit)(Diruzzo, Joseph) (Entered: 07/07/2020) |
| 07/09/2020 | 146 | LETTER MOTION addressed to Judge Paul A. Engelmayer from Joseph A. DiRuzzo, III dated 7/9/2020 re: 145 Sentencing Submission, re: ommited exhibit . Document filed by Ari Teman. (Attachments: # 1 Exhibit)(Diruzzo, Joseph) (Entered: 07/09/2020) |
| 07/09/2020 | 147 | LETTER MOTION addressed to Judge Paul A. Engelmayer from Joseph A. DiRuzzo, III dated 7/9/2020 re: 145 Sentencing Submission, re: leave to file under seal . Document filed by Ari Teman. (Diruzzo, Joseph) (Entered: 07/09/2020) |
| 07/10/2020 | 148 | MEMO ENDORSEMENT as to Ari Teman (1) granting 147 LETTER MOTION addressed to Judge Paul A. Engelmayer from Joseph A. DiRuzzo, III dated 7/9/2020 re: 145 Sentencing Submission, re: leave to file under seal. ENDORSEMENT: GRANTED. The Court requests that counsel email chambers a completed, unredacted, copy of the sentencing submission, along with sending one courtesy hard copy via mail when it is safe to do so. The Clerk of Court is requested to terminate the motion at Dkt. No. 147. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 7/10/2020) (lnl) (Entered: 07/10/2020) |
| 07/14/2020 | 149 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** MOTION to Seal Document 148 Order on Letter Motion,, . Document filed by Ari Teman. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit)(Diruzzo, Joseph) Modified on 7/14/2020 (ka). (Entered: 07/14/2020) |
| 07/14/2020 | | **NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR as to Ari Teman: Notice to Attorney Diruzzo, Joseph to RE–FILE Document 149 MOTION to Seal Document 148 Order on Letter Motion. Use the event type Letter Motion found under the event list Motions. (ka)** (Entered: 07/14/2020) |
| 07/14/2020 | 150 | SENTENCING SUBMISSION by USA as to Ari Teman. (Bhatia, Kedar) (Entered: 07/14/2020) |
| 09/08/2020 | 151 | CONSENT LETTER MOTION addressed to Judge Paul A. Engelmayer from Justin K. Gelfand and Joseph A. DiRuzzo dated September 8, 2020 re: 60–Day Adjournment of Sentencing Hearing . Document filed by Ari Teman. (Gelfand, Justin) (Entered: 09/08/2020) |
| 09/10/2020 | 152 | MEMO ENDORSED granting 151 LETTER MOTION 60–Day Adjournment of Sentencing Hearing as to Ari Teman (1)...ENDORSEMENT: GRANTED. Sentencing is adjourned to December 1, 2020 at 10:30 a.m. The Clerk of Court is requested to |

| | | |
|---|---|---|
| | | terminate the motion at Dkt. No. 151. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 9/10/2020) (jbo) (Entered: 09/10/2020) |
| 09/10/2020 | | Set/Reset Hearings as to Ari Teman: Sentencing set for 12/1/2020 at 10:30 AM before Judge Paul A. Engelmayer. (jbo) (Entered: 09/10/2020) |
| 10/30/2020 | 153 | ORDER as to Ari Teman. This Order is entered, pursuant to Federal Rule of Criminal Procedure 5(f), to confirm the Government's disclosure obligations under Brady v. This Order is entered, pursuant to Federal Rule of Criminal Procedure 5(f), to confirm the Government's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and to summarize the possible consequences of violating those obligations. (See ORDER set forth). (Signed by Judge Paul A. Engelmayer on 10/30/2020)(ajs) (Entered: 10/30/2020) |
| 11/02/2020 | 154 | NOTICE OF ATTORNEY APPEARANCE: Noam Korati Biale appearing for Ari Teman. Appearance Type: Retained. (Biale, Noam) (Entered: 11/02/2020) |
| 11/02/2020 | 155 | NOTICE OF ATTORNEY APPEARANCE: Justine Aleta Harris appearing for Ari Teman. Appearance Type: Retained. (Harris, Justine) (Entered: 11/02/2020) |
| 11/02/2020 | 156 | FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from Justine A. Harris and Noam K. Biale dated November 2, 2020 re: respectfully requesting that the Court direct additional disclosures . Document filed by Ari Teman. (Attachments: # 1 Exhibit A – Notes of January 7, 2020 Meeting, # 2 Exhibit B – October 23, 2020 Letter, # 3 Exhibit C – October 29, 2020 Letter)(Harris, Justine) (Entered: 11/02/2020) |
| 11/04/2020 | 157 | ORDER as to Ari Teman: The Court has received a letter from new counsel f defendant Ari Teman seeking additional Brady disclosures from the Government relating to trial witness Joseph Soleiman. The Court directs the Government to respond by Tuesday, November 10, 2020. With the appearance of post–conviction defense counsel, based in New York, it appears that Mr. Teman's sentencing which the Court deferred, to accommodate Mr. Teman's out–of–state trial counsel can now proceed as scheduled, on December 1, 2020, at 10:30 a.m. Counsel should treat that date as firm. (Sentencing set for 12/1/2020 at 10:30 AM before Judge Paul A. Engelmayer) (Signed by Judge Paul A. Engelmayer on 11/4/2020) (ap) Modified on 11/5/2020 (ap). (Entered: 11/04/2020) |
| 11/04/2020 | | ***DELETED DOCUMENT. Deleted document number 158 ORDER, as to Ari Teman. The document was incorrectly filed in this case. (ap) (Entered: 11/04/2020) |
| 11/10/2020 | 158 | LETTER RESPONSE in Opposition by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from AUSA Kedar S. Bhatia dated November 10, 2020 re: 156 FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from Justine A. Harris and Noam K. Biale dated November 2, 2020 re: respectfully requesting that the Court direct additional disclosures .. (Bhatia, Kedar) (Entered: 11/10/2020) |
| 11/11/2020 | 159 | LETTER REPLY TO RESPONSE to Motion by Ari Teman addressed to Judge Paul A. Engelmayer from Justine Harris/Noam Biale dated 11/11/20 re 156 FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from Justine A. Harris and Noam K. Biale dated November 2, 2020 re: respectfully requesting that the Court direct additional disclosures .. (Biale, Noam) (Entered: 11/11/2020) |
| 11/16/2020 | 160 | LETTER MOTION addressed to Judge Paul A. Engelmayer from Justin K. Gelfand dated November 16, 2020 re: Respectfully Requesting that Mr. Teman Be Permitted to Relocate from One Apartment to Another Within the Same Building Due to End of Lease Term . Document filed by Ari Teman. (Gelfand, Justin) (Entered: 11/16/2020) |
| 11/16/2020 | 161 | ORDER as to Ari Teman. The Government's letter in response to Teman's letter (Dkt. No. 158) indicates that the answer to each of these questions is no. Id. at 23. The Court nevertheless would benefit from receipt of a declaration from counsel explicitly responding to these questions. Counsel's declaration need not answer the other queries Teman poses in his reply letter (Dkt. No. 159). If, however, the answer to either of the above questions is other than no, the Court expects that counsels declaration will elaborate. The Governments declaration is due Wednesday, November 18, 2020. The Court does not invite any additional submissions from counsel as to the issues addressed herein (Signed by Judge Paul A. Engelmayer on 11/16/20)(jw) (Entered: 11/16/2020) |

| 11/16/2020 | 162 | MEMO ENDORSEMENT 160 LETTER MOTION We are requesting that our client, Ari Teman, be permitted to move from one apartment unit to another apartment unit within the same building on November 20, 2020...ENDORSEMENT...The Court approves Mr. Temans application to relocate within his present apartment building. However, the Court reminds counsel that Mr. Teman is due in this District of December 1, 2020, for sentencing, and to obtain entry into the courthouse, will be required to certify his compliance with the protocols of the United States District Court for the Southern District of New York governing domestic travel. These can be found on the Court's website [https://www.nysd.uscourts.gov/covid−19−coronavirus]. The Clerk of Court is requested to terminate the motion at Dkt. No. 160. (Signed by Judge Paul A. Engelmayer on 11/16/20) (jw) (Entered: 11/16/2020) |
| 11/16/2020 | 163 | AMENDED ORDER as to Ari Teman. (Signed by Judge Paul A. Engelmayer on 11/16/2020)(ajs) (Entered: 11/17/2020) |
| 11/18/2020 | 164 | LETTER by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from AUSA Kedar S. Bhatia dated November 18, 2020 re: Declaration Document filed by USA. (Attachments: # 1 Exhibit Declaration)(Bhatia, Kedar) (Entered: 11/18/2020) |
| 11/19/2020 | 165 | ORDER 156 LETTER MOTION The Court has reviewed counsels' submissions on the recent letter by defendant Ari Teman regarding his claims of violations of Brady v. Maryland, 373 U.S. 83, 87 (1963), Giglio v. United States, 405 U.S. 150, 154 (1972), and the Jencks Act, 18 U.S.C. § 3500. See Dkts. 156 (Teman letter), 158 (Government response), 159 (Teman reply), 163 (court order seeking declaration from Government), 164 (Government letter and declaration). Teman's request that the Court direct additional disclosures from the Government is therefore denied.Teman's request that the Court direct additional disclosures from the Government is therefore denied. The Clerk of Court is respectfully directed to terminate the motion pending at docket 156. (Signed by Judge Paul A. Engelmayer on 11/19/20) (jw) (Entered: 11/19/2020) |
| 11/19/2020 | 166 | ORDER as to Ari Teman. In light of the worsening public health conditions in the nation and New York City, the Court would be receptive to an application by defendant Ari Teman to adjourn the date of sentencing, which is presently scheduled for December 1, 2020. The Court is mindful that sentencing would require Mr. Teman to travel from Florida to New York City − and might also require interstate travel by others−at a time when public health authorities are discouraging such travel. If, however, Mr. Teman prefers to proceed with the current sentencing date, the Court stands ready to proceed on December 1. The Court asks that any application for an adjournment be filed promptly, by letter on the docket of this case (Signed by Judge Paul A. Engelmayer on 11/19/20)(jw) (Entered: 11/19/2020) |
| 11/20/2020 | 167 | LETTER MOTION addressed to Judge Paul A. Engelmayer from Justine Harris/Noam Biale dated 11/20/20 re: In response to Court's order regarding scheduling of sentencing . Document filed by Ari Teman. (Biale, Noam) (Entered: 11/20/2020) |
| 11/20/2020 | 168 | MEMO ENDORSEMENT as to Ari Teman on re: 167 LETTER MOTION addressed to Judge Paul A. Engelmayer from Justine Harris/Noam Biale dated 11/20/20 re: In response to Court's order regarding scheduling of sentencing. ENDORSEMENT: The Court appreciates the defense's prompt response. The Court will determine after receiving the Government's response, and the defense's submission regarding Mr. Teman's mental health, whether (1) to hold the sentencing remotely on December 1; (2) to adjourn the sentencing; or (3) to hold the sentencing in person on December 1, as is currently scheduled. The Court directs counsel to file these submissions by noon on Tuesday, November 24, 2020. The Court asks the defense, in its submission, to state whether−if the Court were to decide against a remote sentencing−Mr. Teman would prefer (and be able, consistent with current travel restrictions) to have an in−person sentencing on December 1 or to adjourn the sentencing. The Court further authorizes each side to submit a brief reply, due to be filed on the docket of the case by 10:00 a.m. on Wednesday, November 25, 2020. (Motions due by 11/24/2020. Replies due by 11/25/2020) (Signed by Judge Paul A. Engelmayer on 11/20/2020) (ap) (Entered: 11/23/2020) |
| 11/24/2020 | 169 | LETTER by Ari Teman addressed to Judge Paul A. Engelmayer from Justine Harris/Noam Biale dated 11/24/20 re: Remote Sentencing (Attachments: # 1 Exhibit A)(Biale, Noam) (Entered: 11/24/2020) |

| | | |
|---|---|---|
| 11/24/2020 | 170 | LETTER RESPONSE to Motion by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from the Government dated November 24, 2020 re: 167 LETTER MOTION addressed to Judge Paul A. Engelmayer from Justine Harris/Noam Biale dated 11/20/20 re: In response to Court's order regarding scheduling of sentencing .. (Bhatia, Kedar) (Entered: 11/24/2020) |
| 11/25/2020 | 171 | ORDER as to Ari Teman: Sentencing in this case is presently scheduled for Tuesday, December 1, 2020, at 10:30 a.m. The Court has reviewed counsels' letters (Dkt Nos. 169, 170) as to the defense's application that that sentencing proceed remotely, by video, rather than in person, on the same date and time. The Court grants the defense's application. A scheduling order to this effect will issue shortly, containing directions as to how counsel and the public may remotely access the sentencing hearing, and instructions as to the waiver form that the defendant must complete and submit in advance of the December 1 hearing. The Court will place on the record at sentencing its basis for determining, consistent with the CARES Act, that the defense has consented to a remote proceeding and that sentencing cannot be further delayed without harm to the interests of justice. The Court wishes counsel and Mr. Teman a healthy and good Thanksgiving holiday. (Signed by Judge Paul A. Engelmayer on 11/25/2020) (ap) (Entered: 11/25/2020) |
| 11/25/2020 | 172 | ORDER as to Ari Teman: The conference scheduled for December 1, 2020 at 10:30 a.m., is to occur as a video/teleconference using Skype. To optimize the quality of the video feed, the Court, the Defendant, and a single counsel for each of the defense and the Government will appear by video for the proceeding; all others will participate by telephone. Co–counsel, members of the press, and the public may access the audio feed of the conference by calling 917–933–2166 and using participant code 840663566. (Signed by Judge Paul A. Engelmayer on 11/25/2020) (See ORDER set forth) (ap) (Entered: 11/25/2020) |
| 11/29/2020 | 173 | DECLARATION of Ari Teman & Counsel by Ari Teman. *Waiver of Right to Appear in Person at Sentencing* (Biale, Noam) (Entered: 11/29/2020) |
| 11/30/2020 | 174 | LETTER by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from the Government dated November 30, 2020 re: Forfeiture Document filed by USA. (Attachments: # 1 Text of Proposed Order Proposed Forfeiture Order, # 2 Exhibit Account Summary)(Bhatia, Kedar) (Entered: 11/30/2020) |
| 11/30/2020 | 175 | SEALED DOCUMENT placed in vault. (jus) (Entered: 11/30/2020) |
| 11/30/2020 | 176 | LETTER by Ari Teman addressed to Judge Paul A. Engelmayer from Justine Harris/Noam Biale dated 11/30/20 re: Restitution (Biale, Noam) (Entered: 11/30/2020) |
| 11/30/2020 | 177 | LETTER by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from the Government dated November 30, 2020 re: Forfeiture Document filed by USA. (Bhatia, Kedar) (Entered: 11/30/2020) |
| 12/01/2020 | 178 | WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING as to Ari Teman. Accepted: (Signed by Judge Paul A. Engelmayer on 12/1/2020)(bw) (Entered: 12/01/2020) |
| 12/01/2020 | | Minute Entry for proceedings held before Judge Paul A. Engelmayer:Video Status Conference as to Ari Teman held on 12/1/2020.Defendant present (on bond), with attorney Noam Biale. AUSA Kedar Bhatia present. Court reporter present. All parties present via video. (ajs) (Entered: 12/01/2020) |
| 12/01/2020 | 179 | LETTER MOTION addressed to Judge Paul A. Engelmayer from Justine Harris dated December 1, 2020 re: Termination as Counsel for Ari Teman and Redaction Request Pursuant to FRCP 49.1(a)(3) . Document filed by Ari Teman. (Harris, Justine) (Entered: 12/01/2020) |
| 12/02/2020 | 180 | ORDER as to Ari Teman. For the reasons stated on the record at today's conference, the Court hereby directs the parties to file a joint letter on December 15, 2020, addressing (1) the status of the defendant's legal representation, including whether a Curcio proceeding is necessary, and the inquiries to be made of the defendant at any Curcio hearings; and (2) any other issues that counsel believe need to be addressed prior to sentencing. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 12/1/2020)(bw) (Entered: 12/02/2020) |

| | | |
|---|---|---|
| 12/02/2020 | 181 | MEMO ENDORSEMENT granting 179 LETTER MOTION filed by Ari Teman addressed to Judge Paul A. Engelmayer from Attorney Justine Harris dated December 1, 2020 re: Termination as Counsel for Ari Teman and Redaction Request Pursuant to FRCP 49.1(a)(3). ENDORSEMENT: GRANTED. The Court grants the motion to redact the name of Mr. Biale's child from the transcript of yesterday's conference. The Clerk of Court is requested to terminate the motion at Dkt. No. 179. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 12/2/2020) (bw) (Entered: 12/02/2020) |
| 12/04/2020 | 182 | TRANSCRIPT of Proceedings as to Ari Teman re: Conference held on 12/1/20 before Judge Paul A. Engelmayer. Court Reporter/Transcriber: Martha Martin, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/28/2020. Redacted Transcript Deadline set for 1/4/2021. Release of Transcript Restriction set for 3/4/2021. (McGuirk, Kelly) (Entered: 12/04/2020) |
| 12/04/2020 | 183 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ari Teman. Notice is hereby given that an official transcript of a Conference proceeding held on 12/1/20 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 12/04/2020) |
| 12/10/2020 | 184 | NOTICE of Intent to Request Redaction of 182 Transcript,, by Justine Aleta Harris in case as to Ari Teman. (Harris, Justine) (Entered: 12/10/2020) |
| 12/10/2020 | 185 | MOTION for Justine A. Harris and Noam Biale to Withdraw as Attorney . Document filed by Ari Teman. (Attachments: # 1 Affidavit Affirmation of Justine A. Harris, # 2 Text of Proposed Order)(Harris, Justine) (Entered: 12/10/2020) |
| 12/11/2020 | 186 | ORDER ON MOTION FOR PERMISSION FOR SHER TREMONTE LLP TO WITHDRAW AS COUNSL FOR ARI TEMAN 185 Motion to Withdraw as Attorney. GRANT the Motion Sher Tremonte is withdrawn as counsel to the Defendant Ari Teman. (Signed by Judge Paul A. Engelmayer on 12/10/20) (jw) (Entered: 12/11/2020) |
| 12/11/2020 | | Attorney update in case as to Ari Teman. Attorney Noam Korati Biale and Justine Aleta Harris terminated. (jw) (Entered: 12/11/2020) |
| 12/11/2020 | 187 | Redaction of 182 Transcript,, in case as to Ari Teman. (McGuirk, Kelly) (Entered: 12/11/2020) |
| 12/14/2020 | 188 | LETTER MOTION addressed to Judge Paul A. Engelmayer from Justin K. Gelfand dated December 14, 2020 re: Extension of Time to File Joint Letter Pursuant to Court Order (Doc. 180) *(Unopposed)*. Document filed by Ari Teman. (Gelfand, Justin) (Entered: 12/14/2020) |
| 12/15/2020 | 189 | MEMO ENDORSEMENT as to Ari Teman (1) on 188 LETTER MOTION addressed to Judge Paul A. Engelmayer from Justin K. Gelfand dated December 14, 2020 re: Extension of Time to File Joint Letter Pursuant to Court Order (Doc. 180) (Unopposed). ENDORSEMENT: GRANTED. Counsels joint letter is due Wednesday, January 5, 2021. The Court wishes all counsel and Mr. Teman a happy and healthy New Year. The Clerk of Court is requested to terminate the motion at Dkt. No. 188. (Signed by Judge Paul A. Engelmayer on 12/15/2020) (ap) (Entered: 12/15/2020) |
| 12/23/2020 | 190 | ORDER as to Ari Teman: The Court has received the attached letter from defendant Ari Teman, indicating that he has experienced delays in retaining new counsel on account of difficulties securing the funds necessary to do so. The Court extends until January 8, 2021 the deadline for new counsel for Mr. Teman to appear. Mr. Teman's letter also states that he has terminated his trial counsel, Justin Gelfand, Esq., and Joseph DiRuzzo, Esq. For avoidance of doubt, the Court has not authorized the withdrawal of trial counsel, and it is imperative, unless and until the Court has affirmatively authorized Mr. Teman to represent himself pro se, that Mr. Teman be represented by counsel in this matter. Therefore, although the Court expects that it will grant a motion by trial counsel to withdraw upon the appearance of successor counsel, for the time being, Mr. Gelfand and Mr. DiRuzzo remain counsel of record to Mr. Teman. Mr. Teman's letter further asks the Court to direct that the law firm of Sher |

| | | |
|---|---|---|
| | | Tremonte return a retainer to him or transfer it to the potential successor counsel he has identified. The Court is not privy to the written or other terms of any agreement governing Mr. Teman's representation by Sher Tremonte or any retainers paid thereunder, and in any event, it is not within the Court's purview in this case to resolve that commercial dispute. The Court hopes that Mr. Teman's existing counsel will assist him in amicably resolving any dispute he may have with Sher Tremonte. Mr. Teman's letter finally refers again to alleged Brady violations in this case. The Court reminds Mr. Teman that it has comprehensively reviewed and resolved his claims of Brady violations and has found them to be completely without merit. To the extent Mr. Teman claims that the updated restitution order that the Government submitted on the eve of the scheduled sentencing date bespoke a Brady violation, the Court, on the presen record, finds that claim meritless too. The Government acted properly in securing updated information from the victim as to the present state of its out–of–pocket loss and properly notified the Court and the defense of a calculation that modestly reduced the amount needed to make the bank whole. While the Court was dismayed by the Government's late attention to the issue and lastminute submissions, which would have necessitated a short delay of sentencing had Mr. Teman's representation issues not independently required an adjournment, there is no basis on which to claim that the Government violated its Brady obligations in connection with these events. The Court wishes Mr. Teman and all counsel a healthy and happy new year. (Signed by Judge Paul A. Engelmayer on 12/23/2020) (ap) Modified on 1/4/2021 (ap). (Entered: 12/23/2020) |
| 12/28/2020 | 191 | ENDORSED LETTER as to Ari Teman addressed to Judge Paul A. Engelmayer from Domingo R. Gallardo dated 12/23/20 re: I represent Sher Tremonte LLP with respect to the transition of Ari Teman's defense to incoming counsel, Susan G. Kellman and Andrew J. Frisch. As you are aware, Sher Tremonte LLP's representation of Mr. Teman ended on December 11, 2020, with the Court's Order granting the firm's motion to withdraw as Mr. Teman's counsel...ENDORSEMENT: The Court stands ready to order the transfer to Mr. Teman's incoming counsel of the funds held in escrow for purposes of restitution. To assure that there is a meeting of the minds among all relevant persons, the Court asks that outgoing and incoming defense counsel, and Mr. Teman, jointly submit a letter to the Court requesting the issuance, and attaching a proposed draft, of an order directing this transfer. The proposed order should set out, inter alia, the precise amount of the funds to be transferred. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 12/28/2020)(jw) (Entered: 12/28/2020) |
| 01/08/2021 | 192 | LETTER by Ari Teman addressed to Judge Paul A. Engelmayer from counsel for Teman dated 1/8/2021 re: additional time to retain new counsel (Diruzzo, Joseph) (Entered: 01/08/2021) |
| 01/08/2021 | 193 | MEMO ENDORSEMENT as to Ari Teman on re: 192 LETTER by Ari Teman addressed to Judge Paul A. Engelmayer from counsel for Teman dated 1/8/2021 re: additional time to retain new counsel. ENDORSEMENT: SO ORDERED. (Signed by Judge Paul A. Engelmayer on 1/8/2021) (ap) (Entered: 01/08/2021) |
| 01/15/2021 | 194 | LETTER MOTION addressed to Judge Paul A. Engelmayer from Justin K. Gelfand dated January 15, 2021 re: Extension of Time to Retain Counsel . Document filed by Ari Teman. (Gelfand, Justin) (Entered: 01/15/2021) |
| 01/19/2021 | 195 | MEMO ENDORSEMENT 194 LETTER MOTION We are writing at the request of our client, Ari Teman (Teman), to respectfully request one final extension of time to enable him to retain new counsel....ENDORSEMENT...GRANTED. The Court extends the time for successor counsel for Mr. Teman to appear to January 29, 2021. The Clerk of Court is requested to terminate the motion at Dkt. No. 194. (Signed by Judge Paul A. Engelmayer on 1/19/21) (jw) (Entered: 01/19/2021) |
| 01/22/2021 | 196 | LETTER by Ari Teman addressed to Judge Paul A. Engelmayer from Andrew J. Frisch and Domingo Gallardo dated 1/21/2021 re: Attorney Susan Kellman and I expect to enter notices of appearances as soon as possible to represent Ari Teman in the above–referenced case. We submit this letter jointly with counsel for Sher Tremonte LLP in response to the Courts order of December 28, 2020 (Docket No. 191). With the Courts permission, because Ms. Kellman and I are not yet prepared to file notices of appearance, we submit this letter via email and propose that we file it via ECF upon filing our notices of appearance, or that the Court do so in anticipation of the filing of our notices (jw) (Entered: 01/22/2021) |

| 01/22/2021 | 197 | LETTER addressed to Judge Paul A. Engelmayer from Andrew J. Frisch and Domingo Gallardo dated January 22, 2021 re: I write on behalf of defense counsel to supplement our letter of yesterday and to submit the accompanying revised stipulation for the Courts consideration. The stipulation submitted yesterday is withdrawn. The parties now submit a revised stipulation, submitted herewith, which protects the identities of the contributors, but accomplishes return of their funds so they can decide whether, to what extent, and for what purpose to contribute funds to Mr. Teman. (jw) (Entered: 01/22/2021) |
|---|---|---|
| 01/22/2021 | 198 | STIPULATION as to Ari Teman. IT IS HEREBY STIPULATED and AGREED, by and between Ari Teman, Domingo Gallardo, Esq. for Sher Tremonte LLP, and Susan G. Kellman and Schlam Stone & Dolan LLP, by Andrew J. Frisch for Ari Teman, as follows: 1. Sher Tremonte LLP is holding $260,000 in escrow received from various contributors (collectively the "Escrow "Contributors") for purposes of paying the anticipated restitution order in this matter. 2. The $260,000 held in escrow by Sher Tremonte LLP will be returned, forthwith, to each Escrow Contributor corresponding to the amount of each Escrow Contributor's contribution (each Escrow Contributor will then be free to decide whether to contribute funds for the benefit of Ari Teman, the extent of any such contribution, and the purpose of any such contribution, such as restitution, or legal fees). Each Escrow Contributor shall complete and execute an Authorization to Transfer Fund form (attached as Exhibit "A") verifying each contributor's authority to order the transfer of said fund and directing where said funds are to be transferred; 3. Upon return of the $260,000 to the Escrow Contributors, Sher Tremonte LLP shall have no further obligations related to these escrowed funds. (Signed by Judge Paul A. Engelmayer on 1/22/2021) (ap) Modified on 1/25/2021 (ap). (Entered: 01/22/2021) |
| 01/27/2021 | 199 | NOTICE OF ATTORNEY APPEARANCE: Susan Gail Kellman appearing for Ari Teman. Appearance Type: Retained. (Kellman, Susan) (Entered: 01/27/2021) |
| 01/27/2021 | 200 | NOTICE OF ATTORNEY APPEARANCE: Andrew James Frisch appearing for Ari Teman. Appearance Type: Retained. (Frisch, Andrew) (Entered: 01/27/2021) |
| 01/27/2021 | 201 | FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from Susan G. Kellman dated 1/27/2021 re: Modification of Conditions of Release ., MOTION to Modify Conditions of Release . Document filed by Ari Teman. (Kellman, Susan) (Entered: 01/27/2021) |
| 01/28/2021 | 202 | ORDER as to Ari Teman: The sentencing hearing for defendant Ari Teman was scheduled for December 1, 2020, but was terminated shortly after it began after the Court identified the need for a Curcio hearing in order to permit Sher Tremonte LLP, which had recently appeared on Mr. Teman's behalf, to represent him alongside trial counsel. The Court has since granted a series of adjournments to enable Mr. Teman to secure alternative post–trial counsel. Yesterday, notices of appearance for Mr. Teman were filed by Susan G. Kellman, Esq., and Andrew J. Frisch, Esq. See Dkts. 199, 200. The Court welcomes new counsel, for whom the Court has great esteem. Although the sentencing record otherwise appears complete, the Court, before setting a new sentencing date, would benefit from receiving letter submissions from counsel addressing the following discrete points: 1. Bail pending appeal: The Court wishes to reach a determination, before imposing sentence, on whether it will grant bail pending appeal. That is because the Court regards it as relevant to the reasonable and proper sentence under 18 U.S.C. § 3553(a) whether Mr. Teman is likely to be incarcerated at a time when the restrictive and difficult conditions attendant to the COVID–19 pandemic remain in place. In numerous cases involving defendants who either have been in custody since March 2020 and/or who have been about to enter custody, the Court has imposed a shorter sentence than it otherwise would have, in recognition of the heightened rigors of custody during the pandemic. That factor would be present were Mr. Teman to commence serving his sentence not long after the upcoming sentencing, but would not clearly be so were the Court to grant bail pending appeal. The Court therefore solicits counsels' views on whether Mr. Teman qualifies for bail pending appeal. See 18 U.S.C. § 3143(b); United States v. Randell, 761 F.2d 122 (1985).2. Restitution and forfeiture: On the eve of the December 1, 2020 sentencing, the Government submitted evidentiary materials in support of a proposed forfeiture order that, had Mr. Teman's representation issue not arisen, independently would have required an adjournment. The Court wishes to resolve, in an orderly fashion, what the appropriate restitution order is, and whether and if so, on what terms a forfeiture order |

| | | |
|---|---|---|
| | | is also warranted, as the Government has urged. The Court therefore solicits counsels' views as to whether and on what terms restitution and/or forfeiture orders are merited. The Court accordingly sets the following schedule: By Friday, February 12, 2021, the defense is to submit a memorandum setting out its views on bail pending appeal, and the Government is to submit a memorandum setting out its views on restitution and forfeiture, attaching proposed such orders and evidentiary material supporting the monetary calculations in those orders. By Friday, February 26, 2021, the Government is to respond to the defense's memorandum as to bail pending appeal, and the defense is to respond to the Government's memorandum as to forfeiture and restitution. The Court does not invite replies to these submissions. (Signed by Judge Paul A. Engelmayer on 1/28/2021) (See ORDER set forth) (ap) Modified on 2/1/2021 (ap). (Entered: 01/28/2021) |
| 01/28/2021 | 203 | MEMO ENDORSEMENT as to Ari Teman (1) granting 201 FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from Susan G. Kellman dated 1/27/2021 re: Modification of Conditions of Release. ENDORSEMENT: GRANTED. The Clerk of Court is requested to terminate the motion at Dkt. No. 201. (Signed by Judge Paul A. Engelmayer on 1/28/2021) (ap) (Entered: 01/28/2021) |
| 01/28/2021 | 204 | MOTION for Justin K. Gelfand to Withdraw as Attorney . Document filed by Ari Teman. (Attachments: # 1 Affidavit Affirmation of Justin K. Gelfand, # 2 Text of Proposed Order)(Gelfand, Justin) (Entered: 01/28/2021) |
| 01/28/2021 | 205 | MOTION for Joseph A. DiRuzzo, III to Withdraw as Attorney . Document filed by Ari Teman. (Attachments: # 1 Affidavit, # 2 Text of Proposed Order)(Diruzzo, Joseph) (Entered: 01/28/2021) |
| 01/29/2021 | 206 | ORDER ON MOTION FOR PERMISSION FOR JOSEPH A. DiRUZZO, III AND DiRUZZO & COMPANY TO WITHDRAW AS COUNSEL FOR ARI TEMAN as to Ari Teman: UPON the Motion to Withdraw filed by Joseph A. DiRuzzo, III, and the law firm DiRuzzo & Company, the Court does hereby: GRANT the Motion. Joseph A. DiRuzzo, III, and the law firm DiRuzzo & Company are withdrawn as counsel for Defendant Ari Teman. The Clerk of Court is requested to terminate the motion at Dkt. No. 205. Attorney Joseph Andrew Diruzzo, III terminated in case as to Ari Teman. (Signed by Judge Paul A. Engelmayer on 1/29/2021) (ap) (Entered: 01/29/2021) |
| 01/29/2021 | 207 | ORDER ON MOTION FOR PERMISSION FOR JUSTIN K. GELFAND AND MARGULIS GELFAND LLC TO WITHDRAW AS COUNSEL FOR ARI TEMAN as to Ari Teman. UPON the Motion to Withdraw filed by Justin K. Gelfand and Margulis Gelfand, LLC, the Court does hereby: GRANT the Motion. Margulis Gelfand, LLC and Justin K. Gelfand, Esq., are withdrawn as counsel for Defendant Ari Teman. The Clerk of Court is requested to terminate the motion at Dkt. No. 204. Attorney Justin Gelfand terminated in case as to Ari Teman. (Signed by Judge Paul A. Engelmayer on 1/29/2021) (ap) (Entered: 01/29/2021) |
| 01/29/2021 | 208 | ORDER as to Ari Teman: The Court today has issued orders approving the withdrawal of defendant Teman's trial counsel, Justin Gelfand, Esq., and Joseph Diruzzo, Esq. The Court wishes to thank and commend trial counsel for the energetic and high−quality representation of Mr. Teman and for their unflagging professionalism. The Court wishes Mr. Gelfand and Mr. Diruzzo well. (Signed by Judge Paul A. Engelmayer on 1/29/2021) (ap) (Entered: 01/29/2021) |
| 01/29/2021 | 209 | FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from Susan G. Kellman dated 1/29/2021 re: Letter Scheduling Motion . Document filed by Ari Teman. (Kellman, Susan) (Entered: 01/29/2021) |
| 01/29/2021 | 210 | MEMO ENDORSEMENT as to Ari Teman (1) granting 209 FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from Susan G. Kellman dated 1/29/2021 re: Letter Scheduling Motion. ENDORSEMENT: GRANTED. The Court modifies the deadlines set in its order of January 28, 2021, such that the parties' opening letters, which had been due February 12, 2021, are now due March 12, 2021, and the parties' responsive letters, which had been due February 26, 2021, are now due March 26, 2021. The parties should anticipate that sentencing will likely be scheduled for April, and is hopeful than an in−person proceeding can then be held consistent with the health needs of all attendees. The Clerk of Court is requested to terminate the motion at Dkt. No. 209. (Signed by Judge Paul A. Engelmayer on 1/29/2021) (ap) (Entered: 01/29/2021) |

| | | |
|---|---|---|
| 01/29/2021 | | Set/Reset Deadlines as to Ari Teman: Motions due by 3/12/2021. Responses due by 3/26/2021. (ap) (Entered: 01/29/2021) |
| 03/12/2021 | 211 | SECOND LETTER MOTION addressed to Judge Paul A. Engelmayer from Susan G. Kellman dated 3/12/2021 re: Extension of Time ., MOTION for Extension of Time . Document filed by Ari Teman. (Kellman, Susan) (Entered: 03/12/2021) |
| 03/15/2021 | 212 | MEMO ENDORSEMENT 211 SECOND LETTER MOTION addressed to Judge Paul A. Engelmayer from Susan G. Kellman dated 3/12/2021 re: Extension of Time MOTION for Extension of Time...ENDORSEMENT..Granted. The Court extends both parties filing deadlines by three weeks (Signed by Judge Paul A. Engelmayer on 3/12/21) (jw) (Entered: 03/15/2021) |
| 04/02/2021 | 213 | SECOND LETTER MOTION addressed to Judge Paul A. Engelmayer from Susan G. Kellman dated 4/2/2021 re: Extension to File by All Parties ., MOTION for Extension of Time . Document filed by Ari Teman. (Kellman, Susan) (Entered: 04/02/2021) |
| 04/05/2021 | 214 | MEMO ENDORSEMENT as to Ari Teman (1) granting 213 LETTER MOTION re: 213 SECOND LETTER MOTION addressed to Judge Paul A. Engelmayer from Susan G. Kellman dated 4/2/2021 re: Extension to File by All Parties. ENDORSEMENT: GRANTED. However, the parties should not expect further extensions. The Clerk of Court is requested to terminate the motion at Dkt. No. 213. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 4/5/2021) (lnl) (Entered: 04/05/2021) |
| 04/23/2021 | 215 | LETTER MOTION addressed to Judge Paul A. Engelmayer from the Government dated April 23, 2021 re: Restitution and Forfeiture . Document filed by USA as to Ari Teman. (Attachments: # 1 Exhibit Proposed Restitution Order, # 2 Exhibit Preliminary Order of Forfeiture, # 3 Exhibit 3503–19, # 4 Exhibit Revised 3503–19, # 5 Exhibit Finnochiaro Affidavit and Exhibit 1)(Bhatia, Kedar) (Entered: 04/23/2021) |
| 04/23/2021 | 216 | MOTION for Extension of Time to File . Document filed by Ari Teman. (Attachments: # 1 Exhibit Curriculum Vitae of Richard M. Fraher)(Frisch, Andrew) (Entered: 04/23/2021) |
| 04/26/2021 | 217 | ORDER 216 Motion for Extension of Time to File as to Ari Teman. The Court accordingly orders as follows: The defense's letter, if any, in support of bail pending appeal is due Wednesday, April 28, 2021. This deadline will not be extended. The Court, however, will make this exception. To the extent the defense believes there are "substantial questions of law or fact" for appeal, 18 U.S.C.§ 3143(B)(l)(b), that directly arise out of Professor Fraher's expert report, the defense may submit a supplemental bail–pending–appeal letter addressing these discrete issues only. That supplemental letter is due Friday, May 14, 2021, and should attach Professor Fraher's report. For avoidance of doubt, the Court does not authorize the defense to address, in its May 14 letter, any issues other than those arising directly out of Professor Fraher's report. The defense is directed to provide Professor Fraher' s expert report to the Government as soon as it has been received. The defense's letter in response to the Government's submission on restitution and forfeiture is also due Friday, May 14, 2021. The Government's letter in response to the defense's submissions as to bail pending appeal is due Wednesday, May 26, 2021. The Court authorizes the Government to submit a reply in support of its application for restitution and forfeiture. That is to give the Government an opportunity to respond to the expert opinion upon which the defense has stated it intends to rely in opposing this application, but which has not yet been disclosed. The Government's reply is also due Wednesday, May 26, 2021. The Court's deputy will be in touch with the parties today to schedule a sentencing date during the second half of June. The parties remain at liberty to discuss a resolution of this case. However, barring a joint application for an extension of time that has been granted by the Court, those discussions cannot be assumed to displace the above schedule. (Signed by Judge Paul A. Engelmayer on 4/26/21) (jw) (Entered: 04/26/2021) |
| 04/26/2021 | | Set/Reset Deadlines/Hearings as to Ari Teman:Bail Appeal is due by 4/28/2021. Defense Letter Replies due by 5/14/2021. Government Responses due by 5/26/2021. (jw) (Entered: 04/26/2021) |
| 04/28/2021 | 218 | MOTION to Dismiss ., MOTION for Bond . Document filed by Ari Teman. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit |

| | | |
|---|---|---|
| | | E, # <u>6</u> Exhibit F)(Frisch, Andrew) (Entered: 04/28/2021) |
| 04/28/2021 | <u>219</u> | LETTER MOTION addressed to Judge Paul A. Engelmayer from Andrew J. Frisch dated April 28, 2021 re: Vacatur of conviction and bail pending appeal . Document filed by Ari Teman. (Attachments: # <u>1</u> A, # <u>2</u> B, # <u>3</u> C, # <u>4</u> D, # <u>5</u> E, # <u>6</u> F)(Frisch, Andrew) (Entered: 04/28/2021) |
| 05/05/2021 | <u>220</u> | ORDER as to Ari Teman: In light of new defense counsel's recent filing putting at issue, inter alia, whether Bank of America will be entitled to restitution, Dkt. 218, the Court, in an excess of caution, notifies counsel of the following. The Court does not have a financial holding in Bank of America. However, as reflected in the Court's annual financial disclosure reports, the Court's family owns stock in Berkshire Hathaway, Inc., which is a beneficial owner of more than 10% of Bank of America's outstanding common stock. The Court's considered judgment is that this circumstance in which the Court may be called upon to resolve Bank of America's entitlement to restitution is not one in which this judge's "impartiality might reasonably be questioned," so as to require recusal. See 28 U.S.C. § 455(a); United States v. Ravitch, 421 F.2d 1196, 1205 (2d Cir. 1970). However, to the extent that any party takes a different view, counsel are at liberty to so advocate. (Signed by Judge Paul A. Engelmayer on 5/5/2021)(ap) Modified on 5/6/2021 (ap). (Entered: 05/05/2021) |
| 05/12/2021 | <u>221</u> | LETTER by Ari Teman addressed to Judge Paul A. Engelmayer from Andrew J. Frisch dated May 12, 2021 re: Declaration of Richard M. Fraher (Attachments: # <u>1</u> Exhibit Declaration of Richard M. Fraher)(Frisch, Andrew) (Entered: 05/12/2021) |
| 05/14/2021 | <u>222</u> | RESPONSE in Support of Motion by Ari Teman re: <u>219</u> LETTER MOTION addressed to Judge Paul A. Engelmayer from Andrew J. Frisch dated April 28, 2021 re: Vacatur of conviction and bail pending appeal .. (Frisch, Andrew) (Entered: 05/14/2021) |
| 05/20/2021 | <u>223</u> | LETTER MOTION addressed to Judge Paul A. Engelmayer from the Government dated May 20, 2021 re: Extension of Time to File Response & Reply . Document filed by USA as to Ari Teman. (Bhatia, Kedar) (Entered: 05/20/2021) |
| 05/21/2021 | <u>224</u> | MEMO ENDORSEMENT <u>223</u> LETTER MOTION addressed to Judge Paul A. Engelmayer from the Government dated May 20, 2021 re: Extension of Time to File Response & Reply...ENDORSEMENT...Granted. The Governments submissions are now due June 9, 2021. The Clerk of Court is requested to terminate the motion at Dkt. No. 223. (Signed by Judge Paul A. Engelmayer on 5/21/21) (jw) (Entered: 05/21/2021) |
| 05/21/2021 | | Set/Reset Deadlines/Hearings as to Ari Teman: Government Responses due by 6/9/2021. (jw) (Entered: 05/21/2021) |
| 06/09/2021 | <u>225</u> | LETTER RESPONSE in Opposition by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from USA dated June 9, 2021 re: <u>219</u> LETTER MOTION addressed to Judge Paul A. Engelmayer from Andrew J. Frisch dated April 28, 2021 re: Vacatur of conviction and bail pending appeal .. (Gutwillig, Jacob) (Entered: 06/09/2021) |
| 06/10/2021 | <u>226</u> | FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from Susan G. Kellman dated 6/10/2021 re: Request for Time to File a Reply . Document filed by Ari Teman. (Kellman, Susan) (Entered: 06/10/2021) |
| 06/10/2021 | <u>227</u> | MEMO ENDORSEMENT re: <u>226</u> FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from Susan G. Kellman dated 6/10/2021 re: Request for Time to File a Reply...ENDORSEMENT...The Court gives the defense until May 17, 2021 to file a reply. The proposed due date of May 21, 2021 is too close to the scheduled sentencing date. The Clerk of Court is requested to terminate the motion at Dkt. No. 226. (Signed by Judge Paul A. Engelmayer on 6/10/21) (jw) (Entered: 06/10/2021) |
| 06/10/2021 | <u>228</u> | SCHEDULING ORDER as to Ari Teman. The Court schedules sentencing in this case for June 24, 2021 at 10:30 a.m. in Courtroom 1305 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID– 19, available at https://www.nysd.uscourts.gov/hon–paul–engelmayer. For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference; call 888–363–4749 and use access code 468–4906 (Sentencing set for 6/24/2021 at 10:30 AM in Courtroom 1305, |

| | | |
|---|---|---|
| | | 40 Centre Street, New York, NY 10007 before Judge Paul A. Engelmayer.) (Signed by Judge Paul A. Engelmayer on 6/10/21)(jw) (Entered: 06/10/2021) |
| 06/11/2021 | 229 | ORDER as to Ari Teman. The Court VACATES the order at Dkt. No. 227 and DENIES the request at Dkt. No. 226. (Signed by Judge Paul A. Engelmayer on 6/11/21)(jw) (Entered: 06/11/2021) |
| 06/14/2021 | 230 | LETTER MOTION addressed to Judge Paul A. Engelmayer from Andrew J. Frisch and Susan G. Kellman dated June 14, 2021 re: (1) Recusal; and (2) Reconsideration of denial of permission to reply . Document filed by Ari Teman. (Frisch, Andrew) (Entered: 06/14/2021) |
| 06/15/2021 | 231 | ORDER as to Ari Teman: The Courts order at docket 229 was issued in error, due to a miscommunication within the Courts chambers. The Courts intention was to authorize the filing of a reply brief, as reflected in the memo endorsement at docket 227. The Court apologizes for this error. In light of the mixed signals created by the Courts errant order at docket 229, the Court gives the defense until Friday, June 18, 2021, to submit this reply. No further submissions on this point are authorized. The Court notes that in the defenses letter of today, Dkt. 230, the defense has indicated for the first time an intention to move for the Courts recusal. To assure that any such application is fully considered, the Court authorizes the defense, in its letter due Friday, June 18, 2021, to set out in full its arguments for recusal. Should a recusal motion be made, the Court will give the Government until Monday, June 28, 2021, to respond, and will adjourn the sentencing hearing scheduled for June 24, 2021. In the event the defense elects not to make a recusal motion, sentencing will proceed as scheduled. (Replies due by 6/18/2021. Recusal Motions due by 6/18/2021. Responses due by 6/28/2021) (Signed by Judge Paul A. Engelmayer on 6/15/2021) (ap) (Entered: 06/15/2021) |
| 06/18/2021 | 232 | LETTER by Ari Teman addressed to Judge Paul A. Engelmayer from Andrew J. Frisch and Susan G. Kellman dated June 18, 2021 re: Submission Due June 21, 2021 (Frisch, Andrew) (Entered: 06/18/2021) |
| 06/18/2021 | 234 | ORDER as to Ari Teman: The Court has received an informal request by defense counsel for extension of their deadline to file a reply until Monday, June 21, 2021. The Court grants this motion, to enable counsel to submit a polished reply and in recognition of the federal holiday being observed today. However, no further extensions will be granted, and no further submissions from the defense are authorized. The Court separately directs defense counsel, by email to the Court's chambers due at noon today, June 18, 2021, to notify the Court (and the Government) whether defense counsel intends, in their submission on Monday, to ask the Court to recuse itself, as counsel have indicated they are contemplating. This information is necessary to enable the Court to manage its schedule for next week, as a recusal motion will require the Court to adjourn the conference scheduled for June 24 in order to give the Government sufficient time to respond. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 6/18/2021) (lnl) (Entered: 06/21/2021) |
| 06/21/2021 | 233 | LETTER REPLY TO RESPONSE to Motion by Ari Teman addressed to Judge Paul A. Engelmayer from Andrew J. Frisch and Susan G. Kellman dated June 21, 2021 re 230 LETTER MOTION addressed to Judge Paul A. Engelmayer from Andrew J. Frisch and Susan G. Kellman dated June 14, 2021 re: (1) Recusal; and (2) Reconsideration of denial of permission to reply ., 219 LETTER MOTION addressed to Judge Paul A. Engelmayer from Andrew J. Frisch dated April 28, 2021 re: Vacatur of conviction and bail pending appeal .. (Frisch, Andrew) (Entered: 06/21/2021) |
| 06/21/2021 | 235 | ORDER as to Ari Teman: The defense today filed a letter–brief that (1) replies to the Government's opposition to the defense's motion to vacate and (2) moves for the Court's recusal. Dkt. 233. The sole remaining submission to be made is the Government's response to the recusal motion. In light of the brief extension granted to the defense for its submission, the Court extends by similar length the deadline for the Government's response, which is now due Tuesday, June 29, 2021. For avoidance of doubt, no further submissions by either party on either subject are authorized. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 6/21/2021) (lnl) (Entered: 06/21/2021) |
| 06/21/2021 | 236 | ORDER as to Ari Teman: In light of the defense's pending motion for recusal, the Court adjourns the sentencing hearing scheduled for June 24, 2021. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 6/21/2021) (lnl) (Entered: 06/21/2021) |

| 06/29/2021 | 237 | RESPONSE by USA as to Ari Teman re: 233 Reply to Response to Motion,, filed by Ari Teman . (Gutwillig, Jacob) (Entered: 06/29/2021) |
|---|---|---|
| 06/30/2021 | 238 | SCHEDULING ORDER as to Ari Teman. The Court hereby schedules a conference for Wednesday, July 7, 2021, at 10:30 a.m. The conference will be held in person, in Courtroom 1305 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY. Members of the public who wish to attend this conference remotely may use the following dial in information to access the conference; call 888–363–4749 and use access code 468–4906 (Status Conference set for 7/7/2021 at 10:30 AM in Courtroom 1305, 40 Centre Street, New York, NY 10007 before Judge Paul A. Engelmayer.) (Signed by Judge Paul A. Engelmayer on 6/30/21)(jw) (Entered: 06/30/2021) |
| 07/01/2021 | 239 | AMENDED SCHEDULING ORDER as to Ari Teman. Yesterday, the Court issued an order (Dkt. No. 238) scheduling a conference for July 7, 2021 at 10:30 a.m. To accommodate counsel and the defendant, the Court hereby reschedules the conference to July 9, 2021 at 12:30 p.m. The conference will be held in Courtroom 1305 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. Counsel for both sides, and the defendant, remain required to attend, in person. Members of the public who wish to attend this conference remotely may access it via the following dial in information: call 888–363–4749 and use access code 468–4906 (Status Conference set for 7/9/2021 at 12:30 PM before Judge Paul A. Engelmayer.) (Signed by Judge Paul A. Engelmayer on 7/1/21)(jw) (Entered: 07/01/2021) |
| 07/09/2021 | | Minute Entry for proceedings held before Judge Paul A. Engelmayer:Status Conference as to Ari Teman held on 7/9/2021. Defendant present (on bond) with attorneys, Susan Kellman & Andrew Frisch present. AUSA Jacob Gutwillig present. Court reporter present. See transcript. (ajs) (Entered: 07/09/2021) |
| 07/09/2021 | 240 | ORDER as to Ari Teman: At today's conference, the Court issued a lengthy bench decision denying the defense's motions for vacatur of the defendant's convictions, for a new trial, and for the Court's recusal. The Court's basis for these rulings are reflected in the transcript of the conference. The Court requests that the Clerk of Court terminate the motions at Dkt. Nos. 218, 219 and 230. The Court also set the following schedule: Sentencing is scheduled for July 28, 2021 at 1:00 p.m. in Courtroom 1305 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The Court authorizes the defense to file a supplemental sentencing submission, limited to the discrete areas identified on the record of todays conference. This submission is due July 16, 2021. The Court authorizes the Government to file a response, due July 21, 2021. By Tuesday, July 13, 2021, defense counsel is to file an affidavit identifying with specificity any concrete respects in which the defendants legal interests in this case have been injured by the fact that, for a brief period after trial, he was represented by, among others, an attorney married to an Assistant United States Attorney. (Sentencing set for 7/28/2021 at 01:00 PM in Courtroom 1305, 40 Centre Street, New York, NY 10007 before Judge Paul A. Engelmayer) (Signed by Judge Paul A. Engelmayer on 7/9/2021) (ap) (Entered: 07/09/2021) |
| 07/14/2021 | 241 | ORDER as to Ari Teman. The Court has received an email from defense counsel Susan G. Kellman, Esq., notifying the Court that, in response to the Court's directive, see Dkt. 240, that defense counsel file by July 13, 2021 a declaration identifying any concrete legal interest(s) of the defendant that were injured as the result of his brief post–conviction representation by Sher Tremonte LLP, the defense will not be submitting such a declaration (Signed by Judge Paul A. Engelmayer on 7/14/21)(jw) (Entered: 07/14/2021) |
| 07/16/2021 | 242 | SENTENCING SUBMISSION by Ari Teman. (Kellman, Susan) (Entered: 07/16/2021) |
| 07/17/2021 | 243 | SENTENCING SUBMISSION by Ari Teman. (Kellman, Susan) (Entered: 07/17/2021) |
| 07/25/2021 | 244 | TRANSCRIPT of Proceedings as to Ari Teman re: Conference held on 7/9/21 before Judge Paul A. Engelmayer. Court Reporter/Transcriber: Sadie Herbert, (212) 805–0310, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/16/2021. Redacted Transcript Deadline set for 8/25/2021. Release of Transcript |

| | | Restriction set for 10/25/2021. (McGuirk, Kelly) (Entered: 07/25/2021) |
|---|---|---|
| 07/25/2021 | 245 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ari Teman. Notice is hereby given that an official transcript of a Conference proceeding held on 7/9/21 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 07/25/2021) |
| 07/26/2021 | 246 | FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from Susan Kellman dated 7/26/2021 re: Request that Sentencing Be Done Remotely . Document filed by Ari Teman. (Kellman, Susan) (Entered: 07/26/2021) |
| 07/26/2021 | 247 | MEMO ENDORSEMENT as to Ari Teman (1) denying 246 FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from Susan Kellman dated 7/26/2021 re: Request that Sentencing Be Done Remotely. ENDORSEMENT: DENIED. The July 28, 2021 sentencing hearing will be conducted in person. The Clerk or Court is requested to terminate the motion Dkt. No. 246. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 7/26/2021) (lnl) (Entered: 07/26/2021) |
| 07/26/2021 | 248 | ORDER as to Ari Teman: This order addresses several housekeeping issues in advance of sentencing in this case, which is scheduled for Wednesday, July 28, 2021, at 1:00 p.m. With respect to restitution, the Court will inquire at sentencing as to the sum, if any, which has to date been paid towards the restitution due of $259,340.32. The Court directs counsel to confer in advance of sentencing as to this factual point. To the extent that restitution has not been paid, the Comi notes a difference between the Government's proposed restitution order (Dkt. No. 215–1) and the terms of restitution proposed in the Presentence Report (Dkt. No. 123), in that the Government would require that the defendant pay the outstanding balance immediately whereas the PSR, consistent with the defendant's reported negative net worth, envisions a schedule of payments. The Court asks counsel to confer in advance of sentencing on this point, which the Court will inquire into at sentencing. With respect to forfeiture, the Government's proposed forfeiture order (Dkt. No. 215–2) envisions the forfeiture of$333,000, representing the amount of proceeds traceable to the defendant's commission of the bank and wire fraud offenses of which he was found guilty. That figure appears to be incorrect, as the Court understands the sum total of the 29 checks deposited by the defendant to be $330,000. The Court will inquire into this at sentencing. The Court will also inquire whether the Government continues, in its discretion, to pursue mandatory forfeiture as a component of punishment in this case. If so, the Government should be prepared to explain the bases on which it elects to pursue such forfeiture in cases of bank and wire fraud, as the Court is aware of cases involving such charges, including defendants who did not proceed to trial, in which forfeiture has not been sought at sentencing. The Court will also ask the Government at sentencing to confirm that an opportunity to be heard in connection with sentencing has been afforded to the three customers on whose accounts the defendant drew the 29 checks at issue, as well as to Bank of America, to which restitution would be paid. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 7/26/2021) (lnl) (Entered: 07/26/2021) |
| 07/26/2021 | 249 | ORDER as to Ari Teman: Sentencing in this case is scheduled for Wednesday, July 28, 2021 at 1:00 p.m. By order today, the Court confirmed that the defendant is required to appear in person for sentencing, as he did at the most recent conference, on Friday, July 9, 2021 (Dkt. No. 246). Counsel are also directed to appear in person. The conference will, however, be accessible by telephone to members of the public. Those wishing to access the conference via telephone should call 888–363–4749 and use access code 468–4906. SO ORDERED. (Sentencing set for 7/28/2021 at 01:00 PM before Judge Paul A. Engelmayer) (Signed by Judge Paul A. Engelmayer on 7/26/2021) (lnl) (Entered: 07/26/2021) |
| 07/27/2021 | 250 | SENTENCING SUBMISSION by Ari Teman. (Attachments: # 1 Exhibit Letter in Support of Ari Teman)(Kellman, Susan) (Entered: 07/27/2021) |
| 07/28/2021 | 251 | SENTENCING SUBMISSION by Ari Teman. (Frisch, Andrew) (Entered: 07/28/2021) |

| 07/28/2021 | 252 | PRELIMINARY ORDER OF FORFEITURE/MONEY JUDGMENT as to Ari Teman. (Signed by Judge Paul A. Engelmayer on 7/28/2021) (See ORDER set forth. Forwarded three certified copies of this Order to AUSA Alexander Wilson via interoffice mail) (ap) (Entered: 07/28/2021) |
|---|---|---|
| 07/28/2021 | | Minute Entry for proceedings held before Judge Paul A. Engelmayer:Sentencing held on 7/28/2021 for Ari Teman (1) Count 1ss−2ss,3ss−4ss. Defendant present (on bond) with attorneys, Susan Kellman & Andrew Frisch. AUSAs Kedar Bhatia & Jacob Gutwillig present w/ NYPD Det. Daniel Alessandrino. Court reporter present. Bond continued. See judgment. (ajs) (Entered: 07/29/2021) |
| 07/29/2021 | | DISMISSAL OF COUNTS on Government Motion as to Ari Teman (1) Count 1,1s−2s,3s−4s,5ss−6ss. (lnl) (Entered: 07/29/2021) |
| 07/29/2021 | 253 | JUDGMENT IN A CRIMINAL CASE as to Ari Teman (1). The Defendant was found guilty on counts 1ss, 2ss, 3ss & 4ss of the S2 Indictment after a plea of not guilty. All open counts are dismissed on the motion of the United States. IMPRISONMENT: One (1) year and one (1) day on each count, the terms to run concurrently. The Court granted bail pending appeal, pursuant to18 U.S.C. § 3143(B)(1)(b), with the defendant released on the same bail conditions as have applied to date. The court makes the following recommendations to the Bureau of Prisons: The Court recommends that the defendant be placed in any mental health and anger management programs for whichhe is eligible. SUPERVISED RELEASE: Three (3) years on each count, the terms to run concurrently. ASSESSMENT: $400.00 due immediately. (Signed by Judge Paul A. Engelmayer on 7/29/2021) (lnl) (Entered: 07/29/2021) |
| 08/03/2021 | 254 | NOTICE OF APPEAL by Ari Teman from 253 Judgment. (tp) (Entered: 08/03/2021) |
| 08/03/2021 | | USCA Appeal Fees received $ 505.00, receipt number 465401283749 as to Ari Teman on 8/3/2021 re: 254 Notice of Appeal – Final Judgment filed by Ari Teman. (tp) (Entered: 08/03/2021) |
| 08/03/2021 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Ari Teman to US Court of Appeals re: 254 Notice of Appeal – Final Judgment. (tp) (Entered: 08/03/2021) |
| 08/03/2021 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files as to Ari Teman re: 254 Notice of Appeal – Final Judgment were transmitted to the U.S. Court of Appeals. (tp) (Entered: 08/03/2021) |
| 08/06/2021 | 255 | SECOND LETTER MOTION addressed to Judge Paul A. Engelmayer from Susan G. Kellman dated 8/6/2021 re: Modification of Conditions of Release . Document filed by Ari Teman. (Kellman, Susan) (Entered: 08/06/2021) |
| 08/06/2021 | 256 | ENDORSED LETTER as to Ari Teman addressed to Judge Paul A. Engelmayer from Attorney Susan G. Kellman dated August 6, 2021 re: Mr. Teman has raised concerns over his continued home detention with counsel.... Accordingly, we write to respectfully request that your Honor consider extending the hours that Mr. Teman is permitted to be out of his apartment until midnight, so that he can return to his work as a stand−up comedian at nearby clubs. ENDORSEMENT: The Court requests that the Government file its response to this request by Tuesday, August 10, 2021. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 8/6/2021)(bw) (Entered: 08/06/2021) |
| 08/10/2021 | 258 | LETTER RESPONSE to Motion by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from the Government dated August 10, 2021 re: 255 SECOND LETTER MOTION addressed to Judge Paul A. Engelmayer from Susan G. Kellman dated 8/6/2021 re: Modification of Conditions of Release .. (Bhatia, Kedar) (Entered: 08/10/2021) |
| 08/11/2021 | 259 | ORDER as to Ari Teman: The Court has reviewed the defense's letter asking that the terms of the defendant's bail pending appeal be modified to extend his curfew until midnight in order to facilitate his employment as a stand−up comedian, Dkt. 255, and the Government's letter stating that it does not object to such a modification, Dkt. 258. In recognition of the defendant's history of doing stand−up comedy work and the fact that−by common consent−he does not present a danger to the community, the Court grants the defense's request and extends his curfew until midnight to enable him to secure such work. (Signed by Judge Paul A. Engelmayer on 8/11/2021) (ap) (Entered: |

| | | 08/11/2021) |
|---|---|---|
| 08/11/2021 | 260 | Sentencing Letter by Ari Teman addressed to Judge Paul A. Engelmayer from Andrew J. Frisch dated August 11, 2021 re: Funds for Restitution. (Attachments: # 1 Text of Proposed Order)(Frisch, Andrew) (Entered: 08/11/2021) |
| 08/13/2021 | 261 | LETTER by Ari Teman addressed to Judge Paul A. Engelmayer from Andrew J. Frisch dated August 13, 2021 re: Funds for Restitution (Frisch, Andrew) (Entered: 08/13/2021) |
| 08/13/2021 | 262 | LETTER MOTION addressed to Judge Paul A. Engelmayer from the Government dated August 13, 2021 re: Restitution . Document filed by USA as to Ari Teman. (Attachments: # 1 Text of Proposed Order Restitution Order)(Bhatia, Kedar) (Entered: 08/13/2021) |
| 08/18/2021 | 263 | ORDER as to Ari Teman. The Court has reviewed the parties' competing submissions as to restitution (Dkt. Nos. 260–262); in the interest of having a durable restitution order in place, the Court will sign and docket today the Government's proposed restitution order (Dkt. No. 262–1), which provides, inter alia, that 10% of the defendant's gross income, beginning September 1, 2021, is to be paid towards restitution. In the event that restitution payments equivalent to the $259,340.32 that the Court has held must be paid in restitution have been fully paid to the Clerk of Court of this District before September 1, 2021, the Court will entertain an application to revoke this Order. The Court notes that defense counsel had explicitly promised that full restitution would be paid by the time of sentencing. The Court is disappointed by the defense's failure to keep this straightforward promise. The Court further agrees with the Government that the defense's proposed approach – in which the Court would direct counsel for third–party payers on the defendant's behalf to remit escrowed funds to the Clerk of Court, subject to understandings that might vary by payer – is problematic, needlessly complex, and apt to result in conflict. Both the defendant and any payer on his behalf can have confidence that – as the restitution order provides – the Clerk of Court will not release the funds entrusted to it for restitution without an order of this Court, and that the Court will not order the release of such funds unless and until Mr. Teman's appellate rights with respect to his conviction and sentence have been exhausted. The Court expects defense counsel to bring this Order to the attention of these payers forthwith and that such payers, to enable the defense's pledge as to restitution to be belatedly kept, will choose to behave honorably and promptly make such payments to the Clerk of Court. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 8/18/2021)(bw) (Entered: 08/18/2021) |
| 08/18/2021 | 264 | ORDER OF RESTITUTION as to (S2 19 Cr. 696) Ari Teman. Upon the application of the United States of America, by its attorney, Audrey Strauss, United States Attorney for the Southern District of New York, Kedar S. Bhatia, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Counts One through Four of the above Superseding Indictment; and all other proceedings in this case, it is hereby ORDERED that: 1. Amount of Restitution. Ari Teman, the Defendant, shall pay restitution in the total amount of $259,340.32, pursuant to 18 U.S.C. § 3663A (MVRA), to the victim of the offenses charged in Counts One through Four. The name, address, and specific amount owed to the victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Once the Clerk of Court begins making restitution payments, as set forth in Section 2 herein, upon advice by the United States Attorney's Office of a change of address of the victim, the Clerk of the Court is authorized to send payments to the new address without further order of this Court....[*** See this Order of Restitution ***]... 6. Sealing. Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of the victim, the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court. –– The Clerk of Court is requested to terminate the motion at Dkt. No. 262. SO ORDERED: (Signed by Judge Paul A. Engelmayer on 8/18/2021)(bw) (Entered: 08/18/2021) |
| 08/19/2021 | 265 | ORDER as to Ari Teman: The Court has today received by email the attached letter from defendant Ari Teman. The email indicates that it was copied to, inter alia, Government counsel and current defense counsel. To the extent Mr. Teman opposes a motion to withdraw by his counsel, Susan G. Kellman, Esq., and Andrew J. Frisch, |

| | | |
|---|---|---|
| | | Esq., the Court has not received such a motion. In the event such a motion is received, the Court will give Mr. Teman an opportunity to respond. To the extent Mr. Teman seeks other relief, including an order authorizing the issuance of subpoenas to persons associated with former customers of his and an order extending appellate deadlines, the Court denies that motion, for two independent reasons. First, Mr. Teman is represented by counsel. Any application on his behalf should be made by counsel, who will assess, consistent with standards of professional responsibility, whether there is a good–faith basis for seeking particular relief. Second, Mr. Teman has filed a notice of appeal in this case. See Dkt. 254. As a general rule, subject to limited exceptions, the filing of a notice of appeal divests the district court of jurisdiction to modify its judgment or to take action affecting the case. See Berman v. United States, 302 U.S. 211,214 (1937) (holding because that the district court's sentence was a final judgment and it was appealed, the district court lacked jurisdiction during the pendency of the appeal to modify its judgment); United States v. Ransom, 866 F.2d 574,575 (2d Cir. 1989) ("A notice of appeal 'confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.'" (quoting Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982)). To the extent, if any, that defense counsel determine that colorable motions for relief may be made on Mr. Teman's behalf, the Court expects that counsel will determine whether such relief may lawfully be granted by this Court while Mr. Teman's appeal is pending. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 8/19/2021) (lnl) (Entered: 08/19/2021) |
| 08/20/2021 | 266 | MOTION for Andrew J. Frisch and Susan G. Kellman to Withdraw as Attorney . Document filed by Ari Teman. (Frisch, Andrew) (Entered: 08/20/2021) |
| 08/23/2021 | 267 | ORDER as to Ari Teman. Sentencing in this case of bank and wire fraud was held on Wednesday, July 28, 2021; the Court's judgment issued on July 29, 2021, Dkt. 253; and defendant Ari Teman filed a notice of appeal on August 3, 2021, Dkt. 254. The latter divested the Court, with limited exceptions, of jurisdiction over the case, including to modify its judgment. The Court, accordingly, before taking any other action in the case, intends to assure that defense counsel and Teman forthwith arrange for the payment of the full restitution figure to the Clerk of Court, on the understanding, which the Court has clearly set out, that the Court will not order the release of such funds unless and until Teman's appellate rights with respect to his conviction and sentence have been exhausted. To assure that this promise is kept, the Court directs that, if the $333,000 restitutionpayment has not been made in full to the Clerk of Court by Friday, August 27, 2021, at noon,sworn declarations are be filed on the docket of this case by 5:00 p.m. that day by each of Teman, his two counsel, and each party whose funds are presently held in escrow and earmarked for restitution, each explaining in detail the failure to transmit these funds to the Clerk of Court. The Court further schedules an in–person hearing for Tuesday, August 31, 2021, at 1:00 p.m., in courtroom 1305 of the Thurgood Marshall United States Courthouse. This hearing will go forward if restitution has not been paid in full by 5:00 p.m. on Monday, August 30, 2021. ( Status Conference set for 8/31/2021 at 01:00 PM in Courtroom 1305, 40 Centre Street, New York, NY 10007 before Judge Paul A. Engelmayer.). (Signed by Judge Paul A. Engelmayer on 8/23/21)(jw) (Entered: 08/23/2021) |
| 08/23/2021 | 268 | ORDER as to Ari Teman. The Court's order at Docket 267 erroneously reported, on page 2, the amount of restitution owed by defendant Ari Teman. The amount due is $259,340.32, as reflected in the Courts restitution order, see Dkt. 264. The $333,000 sum, which the order at Docket 267 erroneously cited, instead refers to the total loss caused by the offense (Signed by Judge Paul A. Engelmayer on 8/23/21)(jw) (Entered: 08/23/2021) |
| 08/27/2021 | 269 | ORDER as to Ari Teman. The Court's chambers have received an email from defense counsel Andrew J. Frisch, Esq., and Susan G. Kellman, Esq., representing that, with defendant Teman's permission, the full amount of restitution in this case has been sent by wire transfer to the Clerk of this Court. Although defense counsel has not yet received confirmation from the Clerk of Court that these funds have been received, counsel has furnished the Court with the two attached wire confirmations, which reflect that a total of $259,341 has been wired to the Clerk of Court and earmarked for this case. Upon defense counsel's filing on the docket of this case of written confirmation from the Clerk of Court that these funds have been received in full, the Court intends to issue an order adjourning the hearing on this subject scheduled for |

| | | |
|---|---|---|
| | | Tuesday, August 31, 2021, and addressing other issues raised by the recent submissions by defense counsel and Mr. Teman (Dkt. No. 267 at 3–4). (Signed by Judge Paul A. Engelmayer on 8/27/21)(jw) (Entered: 08/27/2021) |
| 08/27/2021 | <u>270</u> | FIRST LETTER by Ari Teman addressed to Judge Paul A. Engelmayer from Susan G. Kellman dated 8/27/2021 re: Confirmation of Receipt of Restitution Funds by the Clerk of Court (Attachments: # <u>1</u> Exhibit Clerk of Court's Receipts for Restitution Funds)(Kellman, Susan) (Entered: 08/27/2021) |
| 08/30/2021 | <u>271</u> | ORDER as to Ari Teman: The Court has received an email from a person identifying himself as a journalist who states that he was contacted by defendant Ari Teman. The journalist states that Teman furnished him with certain materials that Teman had submitted, pro se, to the Court. The journalist's email inquired whether the Court intends to docket these materials and whether they will affect Teman's sentence. The Court directs defense counsel to remind Teman that (1) he is represented by counsel, who are responsible for making submissions to the Court on his behalf; (2) while Teman is represented, the Court will not docket submissions from Teman other than relating to counsel's pending application to withdraw; (3) sentencing occurred on July 28, 2021, and, with Teman having filed a notice of appeal, the Second Circuit now has jurisdiction over the case and over any challenge that may be made to the sentence imposed; and (4) instigating emails to the Court from journalists whether real or fictitious, see, e.g., Dkt. 137 (addressing email to Court from fictitious journalist "Jake Green") that advocate, explicitly or implicitly, on a defendant's behalf is a bad idea that will not prove efficacious. The Court further directs defense counsel to notify the journalist in question that inquiries from reporters are not to be directed to individual judges, but to the office of the District Executive. (Signed by Judge Paul A. Engelmayer on 8/30/2021) (ap) (Entered: 08/30/2021) |
| 08/30/2021 | <u>272</u> | ORDER as to Ari Teman. The Courts cashier has received the restitution ordered by the Court. See Dkt. 270. The Court accordingly adjourns the hearing on this subject that had been scheduled for tomorrow, Tuesday, August 31, 2021. See Dkt. 267. The Court, as earlier indicated, see Dkt. 263, will entertain an application to revoke or modify the restitution order issued on August 18, 2021. See Dkt. 264. The Court will next turn attention to the application by Andrew J. Frisch, Esq., and Susan G. Kellman, Esq., to be relieved as Mr. Temans counsel in this Court. See Dkt. 266. The Court directs defense counsel to submit any declaration in support of their application to be relieved by Friday, September 3, 2021; any response by Mr. Teman is due Friday, September 10, 2021. The Court directs defense counsel to serve its order at Dkt. 271 on Mr. Teman forthwith, and thereafter to file an affirmation of such service on the docket of this case. (See Order) (Signed by Judge Paul A. Engelmayer on 8/30/2021)(ajs) (Entered: 08/30/2021) |
| 08/30/2021 | <u>273</u> | Certificate of Service of <u>271</u> Order, Terminate Motions,,,,,,,,,,,, <u>272</u> Order,,,, by Ari Teman. Document was served on Ari Teman on 8/30/2021. Service was made by Email. (Kellman, Susan) (Entered: 08/30/2021) |
| 09/02/2021 | <u>274</u> | LETTER by Ari Teman addressed to Judge Paul A. Engelmayer from Andrew J. Frisch and Susan G. Kellman dated September 2, 2021 re: Defense Counsels' Withdrawal (Attachments: # <u>1</u> Exhibit)(Frisch, Andrew) (Entered: 09/02/2021) |
| 09/08/2021 | <u>275</u> | ORDER as to Ari Teman: The Court has received an email, dated September 2, 2021, from defendant Ari Teman, stating that he has fired his attorneys, Andrew J. Frisch, Esq., and Susan G. Kellman, Esq., and withdrawing his objection to Mr. Frisch's and Ms. Kellman's application to withdraw from representing Mr. Teman in this Court. Mr. Teman's email further states that his intention is to proceed pro se in this Court until his appellate attorneys file notices of appearance in this Court, that he does not intend to file any motions in this Court in the short period before such counsel appear in this Court, and that he will leave any such motions for his future counsel.1 The Court has received a letter (Dkt. No. 274) from Mr. Frisch and Ms. Kellman reporting, consistent with Mr. Teman's email, that he has fired them as his counsel. In light of these filings, Mr. Teman no longer opposes his counsels' application for leave to withdraw. As a result, there is no longer a need for the Court to receive and review ex parte submissions from counsel and Mr. Teman as to counsel's bases for seeking to withdraw and Mr. Teman's bases for opposing withdrawal. The Court accordingly withdraws its order at Dkt. No. 272, to the extent that this order set deadlines for such submissions, and grants counsels' application to withdraw, effective immediately. |

| | | |
|---|---|---|
| | | (Signed by Judge Paul A. Engelmayer on 9/8/2021) (See ORDER as further set forth) (lnl) (Entered: 09/08/2021) |
| 09/12/2021 | <u>276</u> | TRANSCRIPT of Proceedings as to Ari Teman re: Sentence held on 7/28/2021 before Judge Paul A. Engelmayer. Court Reporter/Transcriber: Lisa Picciano Franko, (212) 805–0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/4/2021. Redacted Transcript Deadline set for 10/13/2021. Release of Transcript Restriction set for 12/13/2021. (Moya, Goretti) (Entered: 09/12/2021) |
| 09/12/2021 | <u>277</u> | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Ari Teman. Notice is hereby given that an official transcript of a Sentence proceeding held on 7/28/2021 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 09/12/2021) |
| 09/17/2021 | <u>278</u> | ORDER as to Ari Teman. The Court has received a letter from defendant Ari Teman, seeking authorization to remove an electronic monitoring device due to the need for Mr. Teman to undergo certain medical procedures, and a letter in support from a physician. The Court is filing these letters under seal, because they discuss a medical diagnosis. The Court directs the Government, in consultation with Pretrial Services and/or the Probation Department, to respond. The Government's response is due Wednesday, September 22, 2021. Separately, insofar as Mr. Teman reports that he has not yet signed up for electronic access to ECF, the Comi directs Mr. Teman's recently withdrawn counsel to assist him fo1thwith with completing this process (Government Responses due by 9/22/2021) (Signed by Judge Paul A. Engelmayer on 9/17/21)(jw) (Entered: 09/17/2021) |
| 09/22/2021 | <u>279</u> | LETTER by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from the Government dated September 22, 2021 re: Reponse To Proposed Bail Modification Document filed by USA. (Bhatia, Kedar) (Entered: 09/22/2021) |
| 09/22/2021 | <u>280</u> | MEMO ENDORSEMENT as to Ari Teman on re: <u>279</u> LETTER by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from the Government dated September 22, 2021 re: Response To Proposed Bail Modification. ENDORSEMENT: The Court is persuaded to remove the location monitoring and curfew conditions, to facilitate Mr. Teman's medical treatment, while raising the personal recognizance bond to $50,000. The Court directs the Government, in coordination with Pretrial Services, forthwith to submit a proposed order to this effect, which should also arrange for the prompt removal of the location monitoring equipment. The Court expects this equipment to be removed by the close of business Friday, September 24. The Court wishes Mr. Teman a full and speedy recovery. (Signed by Judge Paul A. Engelmayer on 9/22/2021) (ap) Modified on 9/24/2021 (ap). (Entered: 09/22/2021) |
| 09/24/2021 | <u>281</u> | FIRST LETTER by Ari Teman addressed to Judge Paul A. Engelmayer from Susan G. Kellman dated 9/24/2021 re: Response to Inquiry from the Court (Kellman, Susan) (Entered: 09/24/2021) |
| 09/24/2021 | <u>282</u> | ORDER as to Ari Teman: The Court has received a proposed order from the Government setting out the terms that will henceforth govern defendant Ari Teman's release on bail pending appeal. The order, consistent with the Court's earlier order, eliminates the conditions of(1) a curfew supported by (2) electronic monitoring, while increasing, from $25,000 to $50,000, the amount of the personal recognizance bond to be signed by Mr. Teman and two financial responsible co–signers. Mr. Teman, in an email to the Court's chambers, responded caustically, by attacking the Government for including in the proposed order the requirements, in substance, that he immediately suspend or terminate all credit auto–pay arrangements with himself and with any company which he is affiliated, and that he not invoice or bill any person without the written approval of his pretrial services officer. Mr. Teman's email states that this language is "way outside the scope." Mr. Teman faults Government counsel for including such terms in the proposed order, and calls Government counsel a "jackass." Mr. Teman's objection is not well taken. As reflected at Dkt. No. 91, at which is posted an order issued on January 29, 2020, setting post–trial conditions of release, the bail |

| | | |
|---|---|---|
| | | conditions in the Government's draft order to which Mr. Teman objects have been in place for the past nearly 20 months. The Court expects that Mr. Teman has fully and consistently complied with these conditions. The basis for the Court's recent decision to modify the bail conditions to eliminate electronic monitoring – so as to avoid interfering with medical procedures – has no bearing on the conditions relating to credit–card auto–pay arrangements and pre–approval of invoices. The Court accordingly will issue, in substance, the order as prepared by the Government, as it faithfully implements the discrete modifications the Court has approved to the existing terms of Mr. Teman's release, and does not otherwise alter those terms. The Court expects Mr. Teman to scrupulously comply with those terms. Separately, the Court has become aware today, see Diet. No. 281, that Mr. Teman has not yet signed up for electronic access to ECF, as the Court on September 8, 2021, had ordered him to do forthwith, see Dkt. No. 275. The Court again directs Mr. Teman to do so forthwith. If Mr. Teman has not done so by Wednesday, September 29, 2021, the Court will invite a motion from the Government for appropriate relief for this violation of a clear court order. (Signed by Judge Paul A. Engelmayer on 9/24/2021) (ap) Modified on 9/27/2021 (ap). (Entered: 09/24/2021) |
| 09/24/2021 | 283 | ORDER as to Ari Teman: IT IS HEREBY ORDERED that defendant Ari Teman's bail conditions be modified and set as follows: a. The defendant will sign a $50,000 personal recognizance bond secured by two financially responsible persons; b. The defendant's travel will be restricted to the Southern District of New York, the Eastern District of New York, and the Southern District of Florida; c. The defendant will surrender all travel documents, to the extent he has not done so already, and make no new applications for such documents; d. The defendant will be subject to strict Pretrial Services supervision; e. The defendant will be subject to mental health evaluation and treatment as directed by Pretrial Services; f. The defendant has leave to attend medical and mental health appointments; g. The defendant is not to create or deposit any remotely created check; h. The defendant is to immediately suspend or terminate all credit card auto–pay arrangements with him or with any company which he is affiliated; and 1. The defendant may not invoice or bill any person or business without the written approval of his Pretrial Services Officer.IT IS FURTHER ORDERED that the defendant's previously imposed curfew condition will be terminated upon entry of this Order. The defendant's location monitoring equipment may be removed from his person upon entry of this Order, in consultation with the defendant's Pretrial Services officer. The defendant will have two weeks to obtain sureties for his modified personal recognizance bond and satisfy any other conditions set forth herein. (Signed by Judge Paul A. Engelmayer on 9/24/2021) (ap) Modified on 9/27/2021 (ap). (Entered: 09/24/2021) |
| 10/01/2021 | 284 | FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from ARI TEMAN dated 2021–10–01 re: MODIFY ORDER *S2 19–CR–696*. Document filed by Ari Teman. Return Date set for 10/4/2021 at 05:00 PM. (Teman, Ari) (Entered: 10/01/2021) |
| 10/01/2021 | 285 | ORDER as to Ari Teman: The Court accordingly directs Mr. Teman to file a supplemental letter explaining how compliance with the conditions at issue has, in practice, interfered with the operation of his businesses since these conditions were first put in place on January 29, 2020. Concrete examples of this, if any, would be of assistance to the Court in evaluating Mr. Teman's application. Mr. Teman's supplemental letter is due Friday, October 8, 2021. Mr. Teman is encouraged to consult with his appellate counsel, or other counsel, in the preparation of this letter. The Court directs the Government to respond to Mr. Teman's application to modify his conditions of release, by Friday, October 15, 2021. The Government's letter should specifically address, inter alia, whether, as Mr. Teman's letter indicates, these conditions are problematic for Pretrial Services to enforce. The Court expects that the Government will consult with Pretrial Services in formulating this response. For avoidance of doubt, all conditions of release as set out in Dkt. No. 283 remain in place and Mr. Teman must continue to adhere to them, unless and until a court order modifying them has been entered. SO ORDERED. (Responses due by 10/15/2021) (Signed by Judge Paul A. Engelmayer on 10/1/2021) (lnl) (Entered: 10/01/2021) |
| 10/06/2021 | 286 | FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from ARI TEMAN dated 2021–10–06 re: 285 Order, Set Deadlines/Hearings,,,,,,,,,, 284 FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from ARI TEMAN dated |

| | | |
|---|---|---|
| | | 2021–10–01 re: MODIFY ORDER *S2 19–CR–696*. re: Adjournment for medical care. Document filed by Ari Teman. (Teman, Ari) (Entered: 10/06/2021) |
| 10/06/2021 | <u>287</u> | ORDER re: <u>286</u> FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from ARI TEMAN dated 2021–10–06 re: <u>285</u> Order, Set Deadlines/Hearings,,,,,,,,, <u>284</u> FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from ARI TEMAN. The Comt orders as follows: The Court extends the deadline for Mr. Teman to submit his supplemental letter in support of the modifications of release until October 28, 2021. The Court extends the deadline for the Government's response, which is presently October 15, 2021, to November 4, 2021. The Court directs that Mr. Teman, in his supplemental letter, set out, with specificity, the means by which he has undertaken to fully comply with conditions (h) and (i), from the date when they were first put into effect following Mr. Teman's conviction, i.e., on January 29, 2020, through the due date (October 28, 2021) of Mr. Teman's supplemental letter. The Court denies Mr. Teman's request for an extension of the October 8, 2021 deadline for his co–signers to sign the personal recognizance bond, which the Court has increased to $50,000. The co–signers' signatures remain due on October 8, 2021, as the Court ordered on September 24, 2021. The Court directs Mr. Teman, by October 15, 2021, to file on the docket of this case a letter by a physician attesting to the fact that the ENT surgery in fact took place on October 7, 2021. (Signed by Judge Paul A. Engelmayer on 10/6/21) (jw) (Entered: 10/06/2021) |
| 10/06/2021 | | Set/Reset Deadlines/Hearings as to Ari Teman: Government Responses due by 11/4/2021. (jw) (Entered: 10/06/2021) |
| 10/07/2021 | <u>288</u> | ORDER as to Ari Teman. The Court's chambers has received an email from defendant Ari Teman concerning the mechanics by which his co–signers are to execute the bond as required. The Court reminds Mr. Teman that, insofar as he lacks ECF access, he, like all other prose litigants, is to communicate with the Court solely by means of filings on the docket of this case (Signed by Judge Paul A. Engelmayer on 10/7/2021)(jw) (Entered: 10/07/2021) |
| 10/07/2021 | <u>292</u> | Appearance Bond Entered as to Ari Teman: $50,000 Personal recognizance bond; To be cosigned by two financially responsible persons; Additional conditions..... (jbo) (Entered: 10/29/2021) |
| 10/14/2021 | <u>289</u> | REPLY TO RESPONSE to Motion by Ari Teman re <u>286</u> FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from ARI TEMAN dated 2021–10–06 re: <u>285</u> Order, Set Deadlines/Hearings,,,,,,,,, <u>284</u> FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from ARI TEMAN dated 2021–10–01 re:. (Teman, Ari) (Entered: 10/14/2021) |
| 10/15/2021 | <u>290</u> | MEMO ENDORSEMENT as to Ari Teman on re: <u>289</u> The Court has requested proof in the form of a letter by a physician before October 15th documenting the surgery which took place on October 7th. Attached are the signed notes of the doctor, as I have been unable to get the letter in–time and am in pain and unwell much of the day following surgery...ENDORSEMENT..The Court appreciates this notification which is a satisfactory alternative to the letter that the Court directed be filed today. The Court wishes Mr. Teman a speedy and full recovery (Signed by Judge Paul A. Engelmayer on 10/15/21)(jw) (Entered: 10/15/2021) |
| 10/28/2021 | <u>291</u> | RESPONSE in Support of Motion by Ari Teman re: <u>286</u> FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from ARI TEMAN dated 2021–10–06 re: <u>285</u> Order, Set Deadlines/Hearings,,,,,,,,, <u>284</u> FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from ARI TEMAN dated 2021–10–01 re:. (Teman, Ari) (Entered: 10/28/2021) |
| 11/04/2021 | <u>293</u> | LETTER RESPONSE to Motion by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from the Government dated November 4, 2021 re: <u>284</u> FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from ARI TEMAN dated 2021–10–01 re: MODIFY ORDER *S2 19–CR–696*.. (Bhatia, Kedar) (Entered: 11/04/2021) |
| 11/10/2021 | <u>294</u> | ORDER ON MOTION as to Ari Teman. Defendant Ari Teman, who is presently released on conditions of bail pending appeal, has moved to modify the conditions of his release, which are currently set out in the order at Dkt. 283. See Dkt. 284 (Teman letter seeking modification); see also Dkt. 285 (court order summarizing history of bail |

| | | |
|---|---|---|
| | | conditions in this case, and directing supplemental submission from Teman and response from Government). Substantially for the reasons set out by the Government in its response, see Dkt. 293, the Court removes Bail Condition I. All other bail conditions, including Bail Condition H, remain in place. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 284. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 11/10/2021)(bw) (Entered: 11/10/2021) |
| 01/06/2022 | <u>295</u> | FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari B. Teman dated 2022−01−06 re: Sanctions, Independent Hearing, Recusal . Document filed by Ari Teman. Return Date set for 1/13/2022 at 01:00 PM. (Attachments: # <u>1</u> As of Jan 5, 2022, Simcha Schonfeld, his firm, Goldenberg continue to violate discovery obligations, obstruct justice (See Judge Gorenstein's order at end of document))(Teman, Ari) (Entered: 01/06/2022) |
| 01/28/2022 | <u>296</u> | FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 01/28/2022 re: Motion to allow for travel to Comedy Festival . Document filed by Ari Teman. Return Date set for 2/2/2022 at 05:00 PM. (Teman, Ari) (Entered: 01/28/2022) |
| 01/28/2022 | <u>297</u> | ENDORSED LETTER as to Ari Teman addressed to Judge Paul A. Engelmayer from Ari Teman, Defendant, pro se, dated January 28, 2022 re: Letter Motion to allow for travel to Melbourne Comedy Festival. ENDORSEMENT: The Court directs the Government to submit a letter response by Friday, February 4, 2022, which sets out its views on Mr. Teman's application and the views of Pretrial Services (and, if participating in Mr. Teman's supervision during his release on bail pending appeal, the Probation Department). SO ORDERED. ( Responses due by 2/4/2022 )(Signed by Judge Paul A. Engelmayer on 1/28/2022)(bw) (Entered: 01/28/2022) |
| 02/04/2022 | <u>298</u> | LETTER RESPONSE to Motion by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from the Government dated February 4, 2022 re: <u>296</u> FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 01/28/2022 re: Motion to allow for travel to Comedy Festival .. (Bhatia, Kedar) (Entered: 02/04/2022) |
| 02/10/2022 | <u>299</u> | ORDER as to Ari Teman: The Court has reviewed the request by defendant Ari Teman for a temporary modification of his bail conditions, to enable him to travel to Australia to perform at a music festival, Dkt. 296, and the Government's response on its behalf and that of the Pretrial Services Department, Dkt. 298. The Court authorizes this travel, subject to Teman's complying with each of the conditions set out in the final paragraph of the Government's letter. In the event that Teman does not strictly comply with these conditions, Pretrial Services is to promptly notify the Court, which would then determine whether to revoke, inter alia, this authorization. The Clerk of Court is requested to terminate the motions at Dkt. No. 295. (Signed by Judge Paul A. Engelmayer on 2/10/2022) (lnl) (Entered: 02/10/2022) |
| 02/15/2022 | <u>300</u> | ORDER as to Ari Teman. It is hereby ORDERED that the defendant's bail be modified to include the following conditions of release: 1. The defendant is permitted to temporarily obtain his travel documents for purposes of renewal and traveling to his comedy festival in Australia, Dkt. No.299; Passport to be surrendered to Pretrial Services within 48hrs upon his return to the United States, or as directed by Pretrial Services. 2.The defendant is to have temporary permission to make new travel applications for the purpose of renewing his passport; from the timeframe of February 15, 2022 – March 25, 2022. SO ORDERED: (Signed by Judge Paul A. Engelmayer on 2/15/2022)(bw) (Entered: 02/15/2022) |
| 02/18/2022 | <u>301</u> | FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 2022−02−18 re: <u>295</u> FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari B. Teman dated 2022−01−06 re: Sanctions, Independent Hearing, Recusal . re: REINSTATE DKT NO 295 and INSTRUCT GOVT TO ANSWER IT . Document filed by Ari Teman. Return Date set for 2/18/2022 at 05:00 PM. (Teman, Ari) (Entered: 02/18/2022) |
| 02/18/2022 | <u>302</u> | ORDER as to Ari Teman. The Court has reviewed the request by defendant Ari Teman for a temporary modification of his bail conditions, to enable him to travel to Australia to perform at a music festival, Dkt. 296, and the Government's response on its behalf and that of the Pretrial Services Department, Dkt. 298. The Court authorizes this travel, subject to Teman's complying with each of the conditions set out in the final |

| | | |
|---|---|---|
| | | paragraph of the Government's letter. In the event that Teman does not strictly comply with these conditions, Pretrial Services is to promptly notify the Court, which would then determine whether to revoke, inter alia, this authorization. The Clerk of Court is requested to terminate the motions at Dkt. No. 296. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 2/10/2022)(bw) (Entered: 02/18/2022) |
| 02/18/2022 | 303 | FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 2022–02–18 re: Re: Rule 33 Motion for a new trial and related Motions to stay any remand to custody and for recusal. . Document filed by Ari Teman. Return Date set for 3/4/2022 at 05:00 PM. (Teman, Ari) (Entered: 02/18/2022) |
| 02/18/2022 | 304 | ORDER as to Ari Teman. The Court's intention is to defer addressing Mr. Teman's pro se applications pending the disposition of his direct appeal. See Order. (Signed by Judge Paul A. Engelmayer on 2/18/2022)(ajs) (Entered: 02/18/2022) |
| 02/20/2022 | 305 | LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 02/20/2022 re: FILE LETTER TO SECOND CIRCUIT COURT OF APPEALS . Document filed by Ari Teman. Return Date set for 2/22/2022 at 12:00 PM. (Teman, Ari) (Entered: 02/20/2022) |
| 02/21/2022 | 306 | NOTICE of Appellate Motion Statement, Emergency Motion for Extension of Time, Stay as to Ari Teman (Attachments: # 1 Motion Statement, Emergency Motion for Extension of Time & Stay)(Teman, Ari) (Entered: 02/21/2022) |
| 02/22/2022 | 307 | ORDER as to Ari Teman. On February 20, 2022, the Court received a letter from pro se defendant Ari Teman asking this Court to file a letter with the United States Court of Appeals for the Second Circuit seeking an extension of the appellate briefing schedule. Dkt. 305. The Court notifies Mr. Teman that it cannot make filings on his behalf in the Court of Appeals. Any such filing must be directly with the Court of Appeals, where Mr. Teman is represented by counsel. A later filing by Mr. Teman on the docket of this case, on February 21, 2022, states that Mr. Teman has now successfully filed such an application with the Court of Appeals. Dkt. 306. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 2/22/2022)(bw) (Entered: 02/22/2022) |
| 02/22/2022 | 308 | LETTER MOTION addressed to Judge Paul A. Engelmayer from Edward A. Imperatore dated February 22, 2022 re: Withdrawal as Counsel of Record . Document filed by USA as to Ari Teman. (Imperatore, Edward) (Entered: 02/22/2022) |
| 02/24/2022 | 309 | MEMO ENDORSEMENT granting 308 LETTER MOTION filed by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from Edward A. Imperatore dated February 22, 2022 re: Withdrawal as Counsel of Record. ENDORSEMENT: GRANTED. The Clerk of Court is requested to terminate the motion at Dkt. No. 308. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 2/24/2022) (bw) (Entered: 02/24/2022) |
| 02/24/2022 | | Attorney update in case as to Ari Teman. (AUSA) Attorney Edward Arthur Imperatore terminated. (bw) (Entered: 02/24/2022) |
| 03/03/2022 | 310 | FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 2002–03–03 re: PROVIDE SEALED TRANSCRIPT PERMISSION, IDENTITIES OF EX PARTE CONTACTS . Document filed by Ari Teman. Return Date set for 3/10/2022 at 05:00 PM. (Teman, Ari) (Entered: 03/03/2022) |
| 04/13/2022 | 311 | FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from ARI TEMAN dated 4/13/22 re: REPLY BEFORE APRIL 19 . Document filed by Ari Teman. Return Date set for 4/18/2022 at 12:00 PM. (Teman, Ari) (Entered: 04/13/2022) |
| 04/13/2022 | 312 | ORDER as to Ari Teman: The Court has received letters dated March 3 and April 12, 2022 from pro se defendant Ari Teman, seeking certain information or documents that he suggests are relevant to his pending appeal before the United States Court of Appeals for the Second Circuit. See Dkts. 310–11. In each letter, Mr. Teman states that an attorney, whom he does not identify, will soon appear on his behalf in the Second Circuit, and implies that the materials that he seeks are germane to that attorney's preparation of the appeal. In the event that a request is made to this Court by an attorney who has appeared on Mr. Teman's behalf in the Second Circuit, the Court |

| | | |
|---|---|---|
| | | will promptly address such a request. In light, however, of Mr. Teman's filing history in this case–in which he has made repeated vexatious claims of conspiratorial misconduct by his trial, sentencing, and appellate, counsel; the Government; trial witnesses, and the Court, see Dkt. 304–the Court declines to respond to his request. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 4/13/2022) (lnl) (Entered: 04/13/2022) |
| 04/13/2022 | 313 | LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 04/13/2022 re: 312 Order,,,, re: TRANSCRIPTS, ANSWERS, RECUSAL . Document filed by Ari Teman. Return Date set for 4/15/2022 at 12:00 PM. (Attachments: # 1 Counsel letter per Your Honor's request, # 2 Notice of Appearance in CA2)(Teman, Ari) (Entered: 04/13/2022) |
| 04/14/2022 | 314 | FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from ARI TEMAN dated 04/14/2022 re: Motion to be resentenced to one (1) dead baby and time served . Document filed by Ari Teman. Return Date set for 4/18/2022 at 05:00 PM. (Teman, Ari) (Entered: 04/14/2022) |
| 04/18/2022 | 315 | ORDER as to Ari Teman. The Court has received a letter from appellate counsel for defendant Ari Teman, dated April 13, 2022, requesting two categories of material. See Dkt. 313–1. The Court responds to those requests as follows. (*** See this Order for complete details. ***) SO ORDERED. (Signed by Judge Paul A. Engelmayer on 4/15/2022)(bw) (Entered: 04/18/2022) |
| 04/20/2022 | 316 | EMERGENCY LETTER MOTION addressed to Judge Paul A. Engelmayer from ARI TEMAN dated 2022–04–20 re: EMERGENCY MOTION TO UNSEAL . Document filed by Ari Teman. Return Date set for 4/21/2022 at 05:00 PM. (Teman, Ari) (Entered: 04/20/2022) |
| 04/20/2022 | 317 | ORDER as to Ari Teman. The Court has received a letter dated today from pro se defendant Ari Teman asking the Court to unseal portions of the trial transcript. The Court responds as follows: 1. Mr. Teman states that the Court "recently authorized the release to me of a sealed portion of the transcript from the January 10, 2020 proceedings." That date is incorrect. The Court's order of April 15, 2022, Dkt. 315, authorized the unsealing of the transcript of Mr. Teman's sentencing, held on July 28, 2021, Dkt. 276, and authorized the unsealing, for Mr. Teman and his appellate counsel only, of the transcript of an emergency telephonic conference held on December 12, 2019. The Court's April 15, 2022 order did not address the conference held on January 10, 2020, other than to note that, during that conference, the Court resolved a motion in limine with respect to the "anguished typewritten note" that had been the impetus for the emergency conference held on December 12, 2019. See Dkt. 315 at 2. 2. The Court has reviewed the transcript of the January 10, 2020 conference. See Dkt. 87. The 90–page transcript of that conference appears to be entirely unsealed. Mr. Teman and his appellate counsel should already have full access via ECF to that transcript; if they are not, the Court hereby orders that they be given access to it. The Court is unaware of any sealed portion of the January 10, 2020 conference and the transcript of that conference, and the ECF entries accessible to the Court do not reveal any sealed portion of the conference. However, the Court notes that Mr. Teman's letter of today states that AUSA Kedar Bhatia has "confirmed that the Government does not object to the unsealing of these (5) pages of sealed transcript from January 10, 2020." If so, and if the Court's memory and docket review on this point are mistaken, the Court would be happy promptly to review any such sealed pages to confirm whether they may be unsealed. The Court directs AUSA Bhatia to file a letter on the docket of this case indicating whether he is in fact aware of any sealed portion of the transcript from the January 10, 2020 conference. If so, AUSA Bhatia is to furnish the Court's chambers forthwith a copy of the sealed pages. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 4/20/2022)(bw) (Entered: 04/21/2022) |
| 04/21/2022 | 318 | EMERGENCY LETTER MOTION addressed to Judge Paul A. Engelmayer from ARI TEMAN dated 2022–04–21 re: EMERGENCY MOTION TO UNSEAL *JAN 10 SEALED 5 PAGES RE EX PARTE CALL BY JUDGE TO SDNY*. Document filed by Ari Teman. Return Date set for 4/21/2022 at 12:00 PM. (Teman, Ari) (Entered: 04/21/2022) |
| 04/21/2022 | 319 | LETTER by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from the Government dated April 21, 2022 re: Sealed Transcript Document filed by USA. |

| | | |
|---|---|---|
| | | (Bhatia, Kedar) (Entered: 04/21/2022) |
| 04/21/2022 | 320 | ORDER as to Ari Teman. In response to the Court's recent order, Dkt. 317, the Court has been furnished with a five–page transcript of a sealed conference that took place in the Court's robing room immediately prior to the January 10, 2020 conference. This sealed conference has not been reflected on the docket. The Court has reviewed the transcript and does not believe it merits continued sealing. The Court accordingly orders unsealed these five pages. For avoidance of doubt, Mr. Teman is at liberty to include this transcript in the joint appendix for his upcoming appeal. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 4/21/2022)(bw) (Entered: 04/21/2022) |
| 04/21/2022 | | Transmission to Sealed Records Clerk: as to Ari Teman. Transmitted re: 320 Order, to the Sealed Records Clerk for the unsealing of document. (bw) (Entered: 04/21/2022) |
| 04/21/2022 | 321 | NOTICE of Placing Jan 10 robing room hearing onto the docket as to Ari Teman (Attachments: # 1 Exhibit JANUARY 10, 2020 previously sealed transcript)(Teman, Ari) (Entered: 04/21/2022) |
| 04/26/2022 | 322 | FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 2022–04–26 re: PERMISSION TO TRAVEL TO MOTHER HAVING SURGERY & PERFORM COMEDY . Document filed by Ari Teman. Return Date set for 4/28/2022 at 05:00 PM. (Teman, Ari) (Entered: 04/26/2022) |
| 04/28/2022 | 323 | LETTER RESPONSE in Opposition by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from the Government dated April 28, 2022 re: 322 FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 2022–04–26 re: PERMISSION TO TRAVEL TO MOTHER HAVING SURGERY & PERFORM COMEDY .. (Bhatia, Kedar) (Entered: 04/28/2022) |
| 04/29/2022 | 324 | SECOND LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 2022–04–29 re: 323 Response in Opposition to Motion, 322 FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 2022–04–26 re: PERMISSION TO TRAVEL TO MOTHER HAVING SURGERY & PERFORM COMEDY . re: Reponse to Govt's opposition . Document filed by Ari Teman. Return Date set for 5/3/2022 at 05:00 PM. (Teman, Ari) (Entered: 04/29/2022) |
| 05/04/2022 | 325 | ORDER as to Ari Teman: The Court has received a letter from prose defendant Ari Teman seeking permission to travel to Israel to be with his mother, whom he reports needs surgery, Dkt. 322, the Government's opposition, Dkt. 323, and Teman's reply, Dkt. 324. Teman's letter states that he would be in Israel for 90 days and that, while there, he expects that he will be able to earn a living doing stand–up comedy. The Government opposes the application on the grounds that Pretrial Services would not be able to satisfactorily monitor Teman while in Israel; and that his presence in a country in which he has close relatives presents a heightened risk of flight. Although there are conditions on which the Court expects it would permit Teman to travel to Israel, the Court is not prepared to approve Teman's current request, for two reasons. First, insofar as the request is keyed to his mother's medical condition, the Court requires verification of the fact and timing of Teman's mother's surgery. Teman should attach a letter from a medical professional attesting to the fact and date of that surgery. Second, the 90– day duration of Teman's absence from the United States is too long. It impedes Pretrial Services' supervision of him and enhances the prospect of flight. The Court would be prepared to approve travel to Israel of shorter duration (e.g., two weeks). To the extent Teman wishes to travel to Israel on such terms, he is to coordinate with Pretrial Services before submitting a new application to the Court. The application should set out, concretely, the means by which Pretrial Services would monitor Teman while in Israel, where Teman would stay while in Israel, and the particular dates and flights on which Teman proposes to travel. (Signed by Judge Paul A. Engelmayer on 5/4/2022) (ap) (Entered: 05/04/2022) |
| 08/11/2022 | 326 | AFFIDAVIT of 24 Rabbis and Lawyers in Support as to Ari Teman re: 321 Notice (Other). (Teman, Ari) (Entered: 08/11/2022) |
| 08/16/2022 | 327 | FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 2022–08–16 re: Unopposed motion for PACER fee exemption . Document filed by Ari Teman. Return Date set for 8/17/2022 at 05:00 PM. (Teman, Ari) (Entered: 08/16/2022) |

| 08/18/2022 | 328 | MEMO ENDORSEMENT 327 FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 2022–08–16 re: Unopposed motion for PACER fee exemption...ENDORSEMENT...DENIED. With Mr. Teman's appeal pending, there is no activity in the district court in this matter at the current time. And, in connection with his pending appeal, Mr. Teman is represented by counsel, whom the Court expects has PACER access. This denial is without prejudice to a renewed application in the event of renewed proceedings in the district court following the disposition of Mr. Temans appeal. The Clerk of Court is requested to terminate the motion at Dkt. No. 327. (Signed by Judge Paul A. Engelmayer on 8/18/22) (jw) (Entered: 08/18/2022) |
|---|---|---|
| 08/18/2022 | 329 | FIRST MOTION for Recusal *and PACER Fee exemption*. Document filed by Ari Teman. Return Date set for 8/19/2022 at 05:00 PM. (Teman, Ari) (Entered: 08/18/2022) |
| 09/30/2022 | 330 | EMERGENCY LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 2022–09–30 re: EMERGENCY motion to modify bond conditions (Hurricane relief volunteering, etc) . Document filed by Ari Teman. Return Date set for 10/3/2022 at 12:00 PM. (Teman, Ari) (Entered: 09/30/2022) |
| 09/30/2022 | 331 | ORDER as to Ari Teman. The Court has received a request from prose defendant Ari Teman for several modifications of his conditions of release pending the resolution of his appeal. The Court directs the Government to respond with its views in writing, and to also set forth in its letter the views of the United States Probation Department. This letter is due Monday, October 3, 2022. (Signed by Judge Paul A. Engelmayer on 9/30/22)(jw) (Entered: 09/30/2022) |
| 10/03/2022 | 332 | LETTER RESPONSE to Motion by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from the Government dated October 3, 2022 re: 330 EMERGENCY LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 2022–09–30 re: EMERGENCY motion to modify bond conditions (Hurricane relief volunteering, etc) .. (Bhatia, Kedar) (Entered: 10/03/2022) |
| 10/06/2022 | 333 | ORDER as to Ari Teman: The Court has reviewed the recent request by defendant Ari Teman, who is on release pending appeal, for a modification of his bond conditions, Dkt. 330, and the Government's response, Dkt. 332. Substantially for the reasons stated by the Government, the Court is prepared to modify Teman's bail conditions (1) to allow him to travel to New Jersey for medical procedures and to visit family and to participate in Jewish events, and (2) to allow him to travel throughout Florida to assist in Hurricane Ian relief efforts, in light of Teman's demonstrated history of good works in Florida in connection with assisting in relief efforts. As to each instance of travel, however, the Court will require that Teman, before commencing travel, provide an itinerary to his pretrial officer, including the date of his return and the location at which he would reside; documentation as to travel arrangements; and, as to Hurricane Ian relief efforts, documentation that his travel is for such purposes. The Court also will require that Teman, before traveling, receive the pretrial officer's written approval for the travel. Pretrial Services is to give its approval to such travel, except where it finds Teman's documentation wanting or where it reasonably identifies a concern with the proposed travel (e.g., that the length of the travel exceeds the purpose identified, or that the travel raises concerns about the well–being or safety of Teman or others or of Teman's future appearance). Recognizing that there may be particular information that pretrial services requires in connection with reviewing travel requests, the Court directs the Government, in consultation with pretrial services, to promptly submit a proposed order for the Court's consideration, which would set out, inter alia, the particular information needed for pretrial services to evaluate such travel requests. (Signed by Judge Paul A. Engelmayer on 10/6/22) (ap) (Entered: 10/06/2022) |
| 10/19/2022 | 334 | SECOND LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 2022–10–19 re: EMERGENCY motion to modify bond conditions (Hurricane relief volunteering, etc) . Document filed by Ari Teman. Return Date set for 10/20/2022 at 05:00 PM. (Teman, Ari) (Entered: 10/19/2022) |
| 10/21/2022 | 335 | ORDER as to Ari Teman. The Court directs the Government, in consultation with Pretrial Services, to promptly submit the draft order solicited by the Court at docket 333. To the extent that the letter from defendant Teman noting the absence of such a submission, see Docket 334, requests additional modifications of his conditions of his release including relating to conditions of payment of his customers' fees, the Court |

| | | |
|---|---|---|
| | | directs the Government, again in consultation with Pretrial Services, to respond to this request by Friday, October 28, 2022. SO ORDERED. ( Responses due by 10/28/2022 )(Signed by Judge Paul A. Engelmayer on 10/21/2022)(bw) (Entered: 10/21/2022) |
| 10/27/2022 | 336 | LETTER RESPONSE to Motion by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from the Government dated October 27, 2022 re: 330 EMERGENCY LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 2022–09–30 re: EMERGENCY motion to modify bond conditions (Hurricane relief volunteering, etc) ., 334 SECOND LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 2022–10–19 re: EMERGENCY motion to modify bond conditions (Hurricane relief volunteering, etc) .. (Attachments: # 1 Text of Proposed Order Proposed Bail Modification Order)(Bhatia, Kedar) (Entered: 10/27/2022) |
| 10/27/2022 | 337 | ORDER as to Ari Teman: IT IS HEREBY ORDERED that defendant Ari Teman's previously imposed bail conditions, see Dkt. Nos. 283, 294, be modified to include the following: A. Subject to the conditions in Paragraph B below, the defendant may travel without prior approval from the Court (i) to New Jersey for medical procedures and to participate in family events; and (ii) throughout Florida to assist in Hurricane Jan relief efforts. (Signed by Judge Paul A. Engelmayer on 10/27/2022) (See ORDER set forth) (ap) (Entered: 10/27/2022) |
| 02/01/2023 | 338 | EMERGENCY LETTER MOTION addressed to Judge Paul A. Engelmayer from ARI TEMAN dated 2023–02–01 re: EMERGENCY MOTION to reveal identity of imposter re bond conditions *(Imposter contacting law enforcement, White House, individuals, etc.)*. Document filed by Ari Teman. Return Date set for 2/2/2023 at 05:00 PM. (Teman, Ari) (Entered: 02/01/2023) |
| 02/02/2023 | 339 | ORDER as to Ari Teman: As to the first order proposed by Mr. Teman, the Court instead directs the Government, on its behalf and that of Pretrial Services, to file a letter in response, by, if possible, Tuesday, February 7, 2023. In addition to reporting any information of relevance known to it, the Government's letter should address whether it has any knowledge of the events reported by Mr. Teman. To allay Mr. Teman's concern, the letter should also confirm that none of the Government personnel involved in the investigation, prosecution or supervision of Mr. Teman participated in the improprieties he has described. The letter should also confirm that online misconduct by others impersonating, or otherwise victimizing, Mr. Teman will not be treated by the Pretrial Services Office, the Probation Department, or the Government as a violation of Mr. Teman's conditions of release. Such a letter will effectuate the purposes served by Mr. Teman's first proposed order. As to the second order proposed by Mr. Teman, the Court's present intention is not to issue such an order to any ISPs. That is because there does not appear a factual connection between the improprieties Mr. Teman has described and this case. In the event that a factual connection between these improprieties and this case emerges, the Court would of course reconsider this conclusion. Although Mr. Teman is appearing prose in this Court, the Court – to assure that Mr. Teman's overall legal interests in connection with this matter are attended to by his legal counsel – requests that Government counsel promptly furnish a copy of Mr. Teman's February 1, 2023 letter, and this order, to Mr. Teman's appellate counsel. The Court wishes Mr. Teman well. (Signed by Judge Paul A. Engelmayer on 2/2/2023) (See ORDER set forth) (ap) (Entered: 02/02/2023) |
| 02/07/2023 | 340 | LETTER RESPONSE to Motion by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from the Government dated February 7, 2023 re: 338 EMERGENCY LETTER MOTION addressed to Judge Paul A. Engelmayer from ARI TEMAN dated 2023–02–01 re: EMERGENCY MOTION to reveal identity of imposter re bond conditions *(Imposter contacting law enforcement, White House, individuals, etc.)*.. (Bhatia, Kedar) (Entered: 02/07/2023) |
| 02/07/2023 | 341 | MEMO ENDORSEMENT as to Ari Teman on re: 340 The Government respectfully submits this letter in response to defendant Ari Teman's motion, dated February 1, 2023 (Dkt. 338) ("Teman Motion"), and the Court's subsequent Order, dated February 2, 2023 (0kt. 339) ("Order"). ln his Motion, the defendant alleges instances in which his identity was misappropriated, spins yet another set of fanciful theories about Government misconduct, and seeks, without any lawful authority, court orders that would compel various companies to give the defendant identifying and location information for private parties...ENDORSEMENT....The Court thanks the |

| | | |
|---|---|---|
| | | Government for this response. There is no occasion for any further action with respect to the events reported by Mr. Teman (Signed by Judge Paul A. Engelmayer on 2/7/23)(jw) (Entered: 02/07/2023) |
| 04/10/2023 | 342 | SECOND LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 2023–04–10 re: 325 Order, Terminate Motions,,,,,,,,,,,,,, re: PERMISISON TO TRAVEL TO ISRAEL TO SEE MOTHER BEFORE SURGERY PER ORDER AT DKT NO 300) . Document filed by Ari Teman. Return Date set for 4/11/2023 at 04:00 PM. (Teman, Ari) (Entered: 04/10/2023) |
| 04/10/2023 | 343 | ORDER as to Ari Teman: The Court has received a request from defendant Ari Teman to travel to Israel for three weeks, returning by May 10, 2023, in connection with his mother's upcoming surgery. Dkt. 342. The Court directs the Government to respond by Thursday, April 13, 2023; to include the views of the Pretrial Services Department in its response; and––on the premise that Pretrial Services will not oppose this request, subject to conditions–to provide the Court with a draft order, in editable Word form, authorizing such travel but setting forth the conditions that Pretrial Services proposes be set for such travel. Separately, the Court wishes Mr. Teman's mother well and a speedy recovery from the surgery. SO ORDERED. (Responses due by 4/13/2023) (Signed by Judge Paul A. Engelmayer on 4/10/2023) (lnl) (Entered: 04/10/2023) |
| 04/11/2023 | 344 | ORDER as to Ari Teman: The Court yesterday directed the Government and the Pretrial Services Department to respond, by Thursday, April 13, 2023, to the application yesterday by defendant Ari Teman to travel to Israel for three weeks in connection with his mother's upcoming surgery. Dkt. 343. The Court this afternoon was notified by memorandum from the Pretrial Services Department that Mr. Teman was arrested on March 12, 2023 on misdemeanor charges of battery in Miami Beach, Florida; that Mr. Teman was released on a surety bond; and that a trial date has been set on that charge for June 12, 2023. Pretrial Services' memorandum inquires whether the Court wishes to conduct a bail review hearing. The Court expects that, in their response to the Courts order of April 10, 2023, the Government and the Pretrial Service Department will address Mr. Teman's arrest and the case pending against him in Miami Beach, and whether, and if so how, it bears on Mr. Teman's pending travel request. The letter should address whether Mr. Teman's conditions of release in Miami Beach, Florida, impose any restrictions on his travel, and whether the authorities in Miami Beach, Florida, have been made aware of his international travel request in this case, and what their views are. The letter should also address why the Pretrial Services Department, which states that it had been notified of Mr. Teman's arrest on March 14, 2023, i.e., four weeks ago, did not notify the Court of this arrest before today, and why Pretrial Services is only now soliciting the Court's views as to whether to conduct a bail review hearing in light of Mr. Teman's arrest. In light of the additional information that the Court requires be included, the Court extends the due date of the response to Friday, April 14, 2023. The Court authorizes Mr. Teman to file a reply to the Government's response. Mr. Teman's reply, if any, is due Monday, April 17. 2023. After reviewing the response by the Government and Pretrial Services, and Mr. Teman's reply, the Court will resolve Mr. Teman's request for travel authorization to Israel and will determine whether a bail review hearing is in order. SO ORDERED. (Responses due by 4/14/2023. Replies due by 4/17/2023.) (Signed by Judge Paul A. Engelmayer on 4/11/2023) (lnl) (Entered: 04/11/2023) |
| 04/11/2023 | 345 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 04/11/2023) |
| 04/14/2023 | 346 | ORDER as to Ari Teman. The Court late yesterday was emailed two items potentially relevant to defendant Ari Teman's application for leave to travel to Israel in connection with his mother's upcoming surgery. The first consists of the police report associated with Mr. Teman's March 12, 2023, arrest in Miami Beach, which was emailed to the Court by the pretrial services officer. The second consists of various filings and other materials associated with that arrest, which were emailed to the Court by Mr. Teman. On the premise that some information in these materials may be intended to be kept confidential, the Court, for the time being, is filing these materials, in their entirety, under seal. The Court directs the parties, within 48 hours of the resolution of Mr. Teman's motion for leave to travel, to identify any aspects of these materials that should be redacted prior to their public filing. (Signed by Judge Paul A. Engelmayer on 4/14/2023)(jw) (Entered: 04/14/2023) |

| | | |
|---|---|---|
| 04/14/2023 | 347 | FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 2023–04–14 re: Motion to Unseal *and update on Bond Conditions in FL*. Document filed by Ari Teman. Return Date set for 4/17/2023 at 12:00 PM. (Teman, Ari) (Entered: 04/14/2023) |
| 04/14/2023 | 348 | LETTER RESPONSE in Opposition by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from the Government dated April 14, 2023 re: 342 SECOND LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 2023–04–10 re: 325 Order, Terminate Motions,,,,,,,,,,,, re: PERMISISON TO TRAVEL TO ISRAEL TO SEE MOTHER BEFORE SURGERY PER ORDER AT DKT NO 300) .. (Attachments: # 1 Text of Proposed Order Proposed Order Regarding Bail Conditions)(Bhatia, Kedar) (Entered: 04/14/2023) |
| 04/14/2023 | 349 | FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman re: PERMISSION TO TRAVEL TO ISRAEL FROM APRIL 17 to MAY 8, and to SANCTION AND SUSPEND MR. BHATIA . Document filed by Ari Teman. Return Date set for 4/17/2023 at 10:00 AM. (Teman, Ari) (Entered: 04/14/2023) |
| 04/16/2023 | 350 | FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman, defendant, pro se dated 2023–04–16 re: Resentence to Time Served. Recuse due to Judge's close personal friendship with Noam Biale who sabotaged Teman's defense . Document filed by Ari Teman. Return Date set for 4/17/2023 at 05:00 PM. (Attachments: # 1 Exhibit Affirmation of Attorney Ronald Coleman, # 2 Exhibit Engagement Letter from SherTremonte (P.1), # 3 Exhibit Letter from Harvard Law School Professor Lessig explaining why this case is a legally baseless major injustice, and should be dismissed or pardoned)(Teman, Ari) (Entered: 04/16/2023) |
| 04/17/2023 | 351 | ORDER as to Ari Teman. Bond Hearing set for 4/20/2023 at 09:00 AM in Courtroom 1305, 40 Centre Street, New York, NY 10007 before Judge Paul A. Engelmayer.. (Signed by Judge Paul A. Engelmayer on 4/17/2023) (Attachments: # 1 Supplement CJA Form 23)(ajs) (Entered: 04/17/2023) |
| 04/17/2023 | 352 | FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 2023–04–17 re: Federal Defender, Allow travel to Israel b/c police were referred to Public Corruption unit by SAO *, also maintain bond conditions until resolution of Miami Beach case (or it's prejudicial)*. Document filed by Ari Teman. Return Date set for 4/18/2023 at 10:00 AM. (Attachments: # 1 Affidavit Financial for Fed Defender, # 2 Exhibit Letter asking to deny attorney's withdrawal, # 3 Exhibit Pecot statement saying Soon–Osberger Hom hid evidence lied, Teman did warn, # 4 Exhibit Exculpatory email Hom & Soon Osberger hid 1, # 5 Exhibit Exculpatory email Hom & Soon Osberger hid 2)(Teman, Ari) (Entered: 04/17/2023) |
| 04/17/2023 | 353 | ORDER denying 352 LETTER MOTION. Remote appearance denied, see Order. (Signed by Judge Paul A. Engelmayer on 4/17/2023) (ajs) (Entered: 04/17/2023) |
| 04/18/2023 | 354 | ORDER as to Ari Teman: The Court, having reviewed defendant Ari Teman's financial affidavit (0kt. No. 352–1 ), appoints Karloff Commissiong, Esq., the duty attorney from the District's Criminal Justice Act panel, as counsel for Mr. Teman, for the limited purpose of representing him in preparation for, and at, the upcoming bond review hearing. The Court has also reviewed Mr. Teman's request for adjournment of the hearing, which the Court had scheduled for Thursday, April 20, 2023. The Court adjourns the hearing until Monday, April 24, 2023 at 9:00 a.m., a time which Mr. Teman selected among the options offered by the Court. The hearing will be held in Courtroom 1305 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. (Bond Hearing set for 4/24/2023 at 09:00 AM in Courtroom 1305, 40 Centre Street, New York, NY 10007 before Judge Paul A. Engelmayer) (Signed by Judge Paul A. Engelmayer on 4/18/2023) (ap) (Entered: 04/18/2023) |
| 04/19/2023 | 355 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 04/19/2023) |
| 04/20/2023 | 356 | LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 2023–04–20 re: Bond Hearing + Trip to visit mother before surgery . Document filed by Ari Teman. Return Date set for 4/21/2023 at 12:00 PM. (Attachments: # 1 Affidavit Signed statement of Bina W, # 2 Affidavit Signed statement of Michael S., # 3 Affidavit Signed Statement of Dan M, # 4 Exhibit Motion to Dismiss (Miami Beach Case) Includes evidence of BWC tampering, etc.)(Teman, Ari) (Entered: 04/20/2023) |

| | | |
|---|---|---|
| 04/20/2023 | 357 | AFFIDAVIT of David Teman in Support as to Ari Teman re 356 LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 2023–04–20 re: Bond Hearing + Trip to visit mother before surgery . LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 2023–04–20 re: Bond Hearing + Trip to visit mother before surgery .. *(Accidentally did not upload with previous docket submission.)* (Teman, Ari) (Entered: 04/20/2023) |
| 04/21/2023 | 358 | ORDER as to Ari Teman. The Court has received a letter from defendant Ari Teman which in substance asks the Court to reconsider its decision to hold an in–person bond hearing on Monday, April 24, 2023. Dkt. 356. The Court DENIES that motion. For the reasons stated in the Court's prior order, see Dkt. 353, an in–person bond hearing will serve important purposes. It will enable both the Court and Mr. Teman's counsel to meaningfully engage with him with respect to the issues presented by, inter alia, the criminal charges pending against Mr. Teman in Florida and Mr. Teman's request for leave to travel abroad. For avoidance of doubt, the Court does not require Mr. Teman's bond signatories to participate in the hearing. The Clerk of Court is requested to terminate the motion at Dkt. No. 356. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 4/21/2023)(bw) (Entered: 04/21/2023) |
| 04/21/2023 | 359 | LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 2023–04–21 re: Requesting afternoon hearing and reassurance of no remand Monday . Document filed by Ari Teman. Return Date set for 4/21/2023 at 05:00 PM. (Teman, Ari) (Entered: 04/21/2023) |
| 04/21/2023 | 360 | ORDER as to Ari Teman. The Court has just received a request from defendant Ari Teman to reschedule Monday's conference from 9 a.m. until the afternoon. Dkt. 359. The Court cannot do so, given multiple other criminal conferences, and a potentially lengthy civil settlement conference, that are scheduled on Monday, and given the late nature of this request. The conference at 9 a.m. Monday was scheduled on Tuesday morning April 18, 2023, after Mr. Teman chose that conference date and time among alternatives offered by the Court, without expressing that a conference at that hour would present an inconvenience. See Dkts. 352, 354. Mr. Teman's letter at Dkt. 359 also seeks categorical assurance that he will not be remanded. The Court has already stated that, based on the facts presently known to it, the Court expects to deny the Government's motion for remand. See Dkt. 351 at 2–3. That statement remains accurate as of this order. The Court cannot provide any greater assurance. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 4/21/2023)(bw) (Entered: 04/21/2023) |
| 04/24/2023 | 361 | CJA 23 Financial Affidavit by Ari Teman. APPROVED. (Signed by Judge Paul A. Engelmayer) (ap) (Entered: 04/24/2023) |
| 04/24/2023 | | Minute Entry for proceedings held before Judge Paul A. Engelmayer:Bond Hearing as to Ari Teman held on 4/24/2023. Defendant present (on bond) with attorney, Karloff Commissiong. AUSA Kedar Bhatia present. SDNY USPTS Officer Dayshawn Bostic present. SDFL USPTS Officer David Ozoria present. Court reporter present. Defendant affirms financial affidavit. Travel to Israel approved. See transcript. (ajs) (Entered: 04/24/2023) |
| 04/24/2023 | 362 | ORDER as to Ari Teman MODIFYING THE BOND AS FOLLOWS: A. The defendant is permitted to temporarily obtain his travel documents forpurposes of traveling to Israel for a one–time trip no longer than two weeks;B. The amount of the defendant's personal recognizance bond is increased to$100,000, and Mr. Teman and his two co–signers are required to sign this bond before heundertakes such travel. The Court authorizes the cosigners to execute the bond remotely.C. Prior to travel, the defendant must provide his Pretrial Services Officer with acompleted Probation Office Travel Request Form and travel itinerary, including documentationof dates and mode of travel and documentation regarding the location(s) where he will reside;D. On the days of his departure and return, contact his Pretrial Services Officer tocheck–in; andE. The defendant must surrender his passport to his local Pretrial Services office nolater than 48 hours after returning to the United States... (Signed by Judge Paul A. Engelmayer on 4/24/23)(jm) (Entered: 04/24/2023) |
| 04/24/2023 | 363 | AMENDED (4/24/23)prb Bond Entered as to Ari Teman in amount of $ 100,000. (jm) (Main Document 363 replaced on 5/22/2023) (jbo). (Entered: 04/24/2023) |

| | | |
|---|---|---|
| 05/31/2023 | 364 | FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 05/31/2023 re: Motion to be assigned a Federal Defender . Document filed by Ari Teman. Return Date set for 6/2/2023 at 12:00 PM. (Teman, Ari) (Entered: 05/31/2023) |
| 06/05/2023 | 365 | ORDER as to Ari Teman: The Court has received a letter from defendant Ari Teman, who is presently pro se in this Court, although represented through retained counsel in his pending appeal before the United States Court of Appeals for the Second Circuit. Mr. Teman seeks the appointment of counsel to assist him in post–trial motions before this Court. See Dkt. 364. The Court denies this motion, but without prejudice to Mr. Teman's right, following the Second Circuit's resolution of his appeal and upon a showing at that time of indigence sufficient to support the appointment of counsel, to move for such appointment. Mr. Teman's motion does not identify any matters properly taken up in this Court while the appeal is pending. The Circuit's resolution of the appeal is likely to bear on the matters before this Court, if any, as to which appointment of counsel may then be merited. (Signed by Judge Paul A. Engelmayer on 6/5/2023) (ap) Modified on 6/8/2023 (ap). Modified on 6/8/2023 (ap). (Entered: 06/05/2023) |
| 06/08/2023 | 366 | EMERGENCY LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 06/08/2023 re: ASSIGN COUNSEL . Document filed by Ari Teman. Return Date set for 6/9/2023 at 05:00 PM. (Teman, Ari) (Entered: 06/08/2023) |
| 06/15/2023 | 367 | ORDER as to Ari Teman: In a summary order issued June 8, 2023, the United States Court of Appeals for the Second Circuit affirmed the conviction of defendant Ari Teman. This order addresses limited matters appropriate for action by this Court prior to the Circuit's issuance of its mandate. 1. Appointment of counsel: Since his sentencing, Mr. Teman has been pro se in this Court, although he was represented by retained counsel in his appeal to the Second Circuit. In a letter motion filed June 8, 2023 following issuance of the summary order, Mr. Teman seeks appointment of counsel to represent him in post–appeal matters before the Court. Dkt. 366. The Court has reviewed the financial affidavit that Mr. Teman recently submitted in support of the appointment of counsel for the limited purpose of representing him in connection with a bond review hearing, Dkts. 351, 352–1, which resulted in the Court's appointment for that purpose of the on–duty Criminal Justice Act counsel, Karloff C. Commissiong, Esq., Dkt. 354. Mr. Teman's June 8, 2023 letter reiterates that he lacks the funds to retain counsel. Dkt. 366. These filings establish that Mr. Teman qualifies for the appointment of counsel. (Signed by Judge Paul A. Engelmayer on 6/15/2023) (See ORDER set forth) (ap) (Entered: 06/15/2023) |
| 06/24/2023 | 368 | LETTER MOTION addressed to Judge Paul A. Engelmayer from Karloff C. Commissiong dated June 24, 2023 re: Request for extension of time to provide a recommendation regarding designation . Document filed by Ari Teman. (Commissiong, Karloff) (Entered: 06/24/2023) |
| 06/26/2023 | 369 | THIRD LETTER MOTION addressed to Judge Paul A. Engelmayer from ARI TEMAN dated 2023–06–26 re: APPOINTMENT OF FEDERAL DEFENDERS . Document filed by Ari Teman. Return Date set for 6/26/2023 at 05:00 PM. (Teman, Ari) (Entered: 06/26/2023) |
| 06/26/2023 | 370 | MEMO ENDORSEMENT 368 LETTER MOTION addressed to Judge Paul A. Engelmayer from Karloff C. Commissiong dated June 24, 2023 re: Request for extension of time to provide a recommendation regarding designation as to Ari Teman...ENDORSEMENT...GRANTED. The deadline to identify a designated BOP facility is extended until July 7, 2023. This deadline will not be further extended. The Clerk of Court is requested to terminate the motion at Dkt. No. 368 (Signed by Judge Paul A. Engelmayer on 6/26/23) (jw) (Entered: 06/26/2023) |
| 06/26/2023 | 371 | MEMO ENDORSEMENT 369 THIRD LETTER MOTION addressed to Judge Paul A. Engelmayer from ARI TEMAN dated 2023–06–26 re: APPOINTMENT OF FEDERAL DEFENDERS as to Ari Teman...ENDORSEMENT... Denied. The Court has complete confidence in Mr. Commissiong's ability to ably represent Mr. Teman. Mr. Commissiong is a respected member of the CJA panel who was appointed to such by the Board of Judges of this Court to that Panel and who has vigorously and effectively represented numerous clients before this Court. The Court expects that Mr. Commissiong will arrange promptly to speak with Mr. Teman this week about the subjects on which he has been appointed to represent Mr. Teman before this Court. |

| | | |
|---|---|---|
| | | The Court asks Mr. Commissiong to file a letter on the docket of this case upon the scheduling of such a discussion with Mr. Teman. The Court is mindful that, prior to the resolution of his direct appeal, Mr. Teman several times terminated his retained counsel, including estimable counsel he had hired to represent him at sentencing and appeal: Susan G. Kellman, Esq., and Andrew J. Frisch, Esq. The Court has previously notified Mr. Teman, who had requested appointment of the Federal Defenders of New York to represent him, that a prose defendant does not have the right to choose his appointed counsel. See Dkt. 367 at 2 n.1. The Court reiterates that point here, in response to Mr. Teman's statement in the above letter that Mr. Commissiong has suggested that Mr. Teman renew his request for appointment of the Federal Defenders to represent him. The Clerk of Court is requested to terminate the motion at Dkt. No. 369. (Signed by Judge Paul A. Engelmayer on 6/26/23) (jw) Modified on 6/26/2023 (jw). (Entered: 06/26/2023) |
| 06/27/2023 | 372 | LETTER by Ari Teman addressed to Judge Paul A. Engelmayer from Karloff C. Commissiong dated June 27, 2023 re: 20230627 – Letter regarding scheduled meeting with client (Commissiong, Karloff) (Entered: 06/27/2023) |
| 07/06/2023 | 373 | LETTER MOTION addressed to Judge Paul A. Engelmayer from Karloff C. Commissiong dated July 6, 2023 re: Designation to BOP facility, request for motion deadline and request to continue bail and extend date of surrender . Document filed by Ari Teman. (Commissiong, Karloff) (Entered: 07/06/2023) |
| 07/11/2023 | 374 | ORDER as to Ari Teman: This Order responds to the defense's letter of July 6, 2023, addressing (1) defendant Ari Teman's designation within the Bureau of Prisons ("BOP") and (2) a surrender date. 0kt. 373. 1. The Court – granting the defense's request – recommends to the BOP that Mr. Teman be designated to serve his prison sentence at the Federal Prison Camp in Miami, Florida. The Court will include this recommendation in an Amended Judgment, which the Court will issue after it sets a surrender date. The Court instructs the United States Attorney's Office and the United States Probation Department to convey this recommendation promptly to the BOP. The BOP is to make a facility designation on the premise that Mr. Teman's surrender date will be in September 2023. 2. The defense proposes to submit its anticipated motion pursuant to 28 U.S.C. § 2255 by September 21, 2023. It asks the Court to set a surrender date that is after September 21, 2023, to assure that Mr. Teman is accessible to newly appointed defense counsel during the preparation of that motion. The Court directs the Government to address whether it objects to the setting of a surrender date that is shortly after September 2 1, 2023. The Government's letter is due Monday, July 17, 2023. (Signed by Judge Paul A. Engelmayer on 7/11/2023) (ap) (Entered: 07/11/2023) |
| 07/17/2023 | 375 | LETTER MOTION addressed to Judge Paul A. Engelmayer from Karloff C. Commissiong dated July 17, 2023 re: Supplemental letter regarding extension of time to surrender . Document filed by Ari Teman. (Commissiong, Karloff) (Entered: 07/17/2023) |
| 07/17/2023 | 376 | LETTER RESPONSE to Motion by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from the Government dated July 17, 2023 re: 373 LETTER MOTION addressed to Judge Paul A. Engelmayer from Karloff C. Commissiong dated July 6, 2023 re: Designation to BOP facility, request for motion deadline and request to continue bail and extend date of surrender .. (Bhatia, Kedar) (Entered: 07/17/2023) |
| 07/18/2023 | 377 | ORDER as to Ari Teman: The Court has received the parties' letters with respect to the surrender date of defendant Ari Teman. See Dkts. 373, 375, and 376. The Court sets a surrender date for Mr. Teman of October 10, 2023. This date – which reflects solicitude both for the schedule to which defense counsel Karloff Commissiong, Esq., has committed for briefing an anticipated 28 U.S.C. § 2255 motion and for Mr. Teman's religious observances – will not be further extended. Mr. Teman is ordered to surrender by 2:00 p.m. on October 10, 2023 either to the facility designated by the Bureau of Prisons ("BOP"), or, if no designation has by then been made, to the United States Marshal for this Southern District of Florida, located at 400 N Miami Ave # 6, Miami, FL 33128. The Court advises Mr. Teman that failure to timely surrender will expose him to potential prosecution for additional offense(s). The Court directs Mr. Commissiong to furnish a copy of this order to Mr. Teman and to confirm, via letter filed on the docket of this case, that Mr. Teman has reviewed it. An Amended Judgment containing the surrender date and the Court's recommendation as to a BOP |

| | | |
|---|---|---|
| | | facility, see Dkt. 374, will issue shortly. Government counsel and the United States Probation Department are instructed to furnish the Amended Judgment forthwith to the BOP with instructions to promptly designate the facility in which Mr. Teman is to serve his sentence. (Signed by Judge Paul A. Engelmayer on 7/18/2023) (ap) Modified on 7/24/2023 (ap). (Entered: 07/18/2023) |
| 07/18/2023 | 378 | AMENDED JUDGMENT IN A CRIMINAL CASE as to Ari Teman (1). Date of Original Judgment: 7/28/2021. (Signed by Judge Paul A. Engelmayer on 7/18/2023) (See AMENDED JUDGMENT set forth) (ap) (Entered: 07/18/2023) |
| 07/21/2023 | 379 | LETTER by Ari Teman addressed to Judge Paul A. Engelmayer from Karloff C. Commissiong dated July 21, 2023 re: July 18, 2023 Order (Commissiong, Karloff) (Entered: 07/21/2023) |
| 08/18/2023 | 380 | MANDATE of USCA (Certified Copy) as to Ari Teman re: 254 Notice of Appeal. USCA Case Number 21–1920–cr. UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the district court is AFFIRMED.. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 8/18/2023. (nd) (Entered: 08/18/2023) |
| 08/18/2023 | | Transmission of USCA Mandate to the District Judge re: 380 USCA Mandate (nd) (Entered: 08/18/2023) |
| 09/03/2023 | 381 | MOTION for Karloff Cylton Commissiong to Withdraw as Attorney . Document filed by Ari Teman. (Commissiong, Karloff) (Entered: 09/03/2023) |
| 09/04/2023 | 382 | FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 2023–09–04 re: ASSIGN COUNSEL and STAY REPORT DATE TO ALLOW DEFENDANT TO PREPARE WITH COUNSEL . Document filed by Ari Teman. Return Date set for 9/7/2023 at 05:00 PM. (Teman, Ari) (Entered: 09/04/2023) |
| 09/05/2023 | 383 | ORDER as to Ari Teman: The Court denies Teman's request to modify the October 10 surrender date. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 9/5/2023) (See ORDER as set forth) (lnl) (Entered: 09/05/2023) |
| 09/08/2023 | 384 | SECOND LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 2023–09–08 re: ASSIGN COUNSEL, STAY REPORTING . Document filed by Ari Teman. Return Date set for 9/11/2023 at 10:00 AM. (Attachments: # 1 Affidavit Board–Certified Neurologist states Teman was mentally unfit to prepare for or stand trial, # 2 Affidavit Therapist Scheidt PsyD says Teman was unfit to stand trial, # 3 Affidavit Therapist Villeta says Teman was unfit to stand trial, # 4 Exhibit Mt Sinai Narcolepsy Diagnosis month before trial, # 5 Affidavit Affidavit of Pearlmutter re Coney and Signature regularly processing fraudulent chargebacks, # 6 Affidavit Affidavit of Grant re disclosure of RCC terms)(Teman, Ari) (Entered: 09/08/2023) |
| 09/11/2023 | | Minute Entry for proceedings held before Judge Paul A. Engelmayer:Status Conference as to Ari Teman held on 9/11/2023. Defendant present (on bond) with attorney, Karloff Commissiong. AUSA Kedar Bhatia present. Court reporter present. See transcript. (ajs) (Entered: 09/11/2023) |
| 09/11/2023 | 385 | ORDER as to Ari Teman. For the reasons stated on the record at today's conference, the Court DENIES the motions at Dkt. Nos. 381 & 384. The Clerk of Court is requested to terminate these motions. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 9/11/2023)(bw) (Entered: 09/11/2023) |
| 09/15/2023 | 386 | FIRST LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman (Pro Se) dated 2023–09–15 re: VACATE CONVICTION, NEW TRIAL *per RULE 33 (NEW EVIDENCE POST–TRIAL)*. Document filed by Ari Teman. Return Date set for 9/18/2023 at 05:00 PM. (Attachments: # 1 Exhibit Soon–Osberger tells shareholders theyll be legally liable if they move GateGuard, # 2 Exhibit Board member Crimmins tells Soon–Osberger shes legally liable because she had the GateGuard fees, # 3 Exhibit Board member Shelly Pecot tells Judge Engelmayer that Teman did warn them of the fees and RCC draft terms, that management lied, and provides two email threads (EXHIBITS 1 & 2) that Hom and Soon–Osberger both failed to provide in response to subpoenas, # 4 Exhibit Soon–Osberger emails Teman that the board reviewed, asked questions on the terms, # 5 Exhibit Soon–Osberger emails Teman that he answered the boards questions satisfactorily, # 6 Exhibit Soon–Osberger asks for a reference and |

| | | |
|---|---|---|
| | | says she will email Joseph Soleimani (Government witness), but did not provide that email into evidence, # 7 Exhibit Soon–Osberger emails Teman the board voted to approve the terms with GateGuard, # 8 Exhibit Government witness Soleimani messages Teman that he will re–review the terms, and that he agreed to them.)(Teman, Ari) (Entered: 09/15/2023) |
| 09/18/2023 | 387 | ORDER as to Ari Teman. On June 5, 2020, the Court issued a decision denying the post–trial motions made by defendant Ari Teman, including for a new trial under Federal Rule of Criminal Procedure 33. Dkt. 138. On August 18, 2023, the mandate of the United States Court of Appeals for the Second Circuit issued, affirming in their entirety Teman's convictions on two counts each of wire fraud and bank fraud. Dkt. 380. On September 15, 2023, Teman, pro se, filed a new Rule 33 motion for a new trial. Dkt. 386. For the time being, the Court will not set a deadline for the Government's response to the new Rule 33 motion. That is because Teman has 'stated that he intends shortly to file a separate motion for relief under 28 U.S.C. § 2255, which will claim ineffective assistance of trial counsel.The Court has appointed Karloff Commissiong, Esq., to assist Teman in preparing that motion. See, e.g., Dkt. 367 (appointment). The issues that Teman has stated will be raised in the § 2255 motion, see Dkt. 384, appear to overlap with those raised in his new Rule 33 motion, including in that both address the checks Teman drew on the account of 18 Mercer Equity, Inc. Accordingly, it is in the interest of efficiency that the Government file a single brief that responds to both the Rule 33 and forthcoming § 2255 motions, and that the Court resolve these motions in a single decision. Following the filing of the anticipated §2255 motion–and follow–on filings arising from the waiver of the attorney–client privilege that such a motion would likely entail, see Dkt. 367 at 2–3–the Court will set a deadline for the Government's response to that and the Rule 33 motion (Signed by Judge Paul A. Engelmayer on 9/18/2023)(jw) (Entered: 09/18/2023) |
| 09/21/2023 | 388 | EMERGENCY LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 2023–09–21 re: Vacate conviction due to sabotage by Noam Biale *RULE 33 motion to immediately vacate conviction for newly discovered evidence of sabotage by defense attorney Noam Biale, to benefit his wife AUSA Graham and her colleagues. Defendant learned Biale lied to defendant and counsel about contacting 18 Mercer shareholders for exculpatory evidence.*. Document filed by Ari Teman. Return Date set for 9/22/2023 at 05:00 PM. (Attachments: # 1 Exhibit EXHIBIT 1 – Affidavit of Attorney Ron Coleman that Biales firm lied about pursuing evidence for 18 Mercer, # 2 Exhibit EXHIBIT 3 – Email from Justine Harris about how this conflict affects many SDNY cases (obtained via FOIA), # 3 Exhibit EXHIBIT 4 – Emails gotten via FOIA where Harris (Sher Tremonte) and the US Attorneys Office discuss, essentially, covering–up / spinning their conflicts in all these cases, # 4 Exhibit EXHIBIT 6 – Transcript regarding Curcio violation, # 5 Exhibit EXHIBIT 7 – Transcript regarding Judge Engelmayers close, intimate friendship with Biale and AUSA Graham, # 6 Exhibit EXHIBIT 6 – Sher Tremonte Engagement Letter –– which was 100% for work on prosecutorial misconduct, not sentencing, # 7 Exhibit EXHIBIT 9 – Select pundit reactions to Curcio violations, # 8 Exhibit EXHIBIT 10 & 11 – Emails to SherTremonte documenting SDNY hid interview with MVI & Goldmont Attorney Schonfeld, # 9 Exhibit EXHIBIT 10 & 11 – Emails to SherTremonte documenting SDNY hid interview with MVI & Goldmont Attorney Schonfeld, # 10 Exhibit EXHIBIT 12 – Transcript of Schonfeld telling Judge that SDNY contacted him (this interview was hidden by SDNY despite being Brady))(Teman, Ari) (Entered: 09/21/2023) |
| 09/22/2023 | 389 | ORDER as to Ari Teman. On September 15, 2023, defendant Ari Teman filed a pro se motion for a new trial under Federal Rule of Criminal Procedure 33. Dkt. 386. By order issued on September 18, 2023, the Court stated that it was not yet setting a date for the Governments response to this motion, to enable the response to be consolidated with the Governments response to Teman's anticipated petition for relief under 28 U.S.C. § 2255. Dkt. 387. The Court yesterday received another pro se motion from Teman under Rule 33. Dkt. 388. As with Teman's earlier–filed pending motion under Rule 33, the Court is not now setting a date for the Governments response, again, so as to permit a single consolidated response that addresses Temans Rule 33 motions and his anticipated petition under § 2255. For avoidance of doubt, Teman's date to surrender to the Bureau of Prisons remains October 10, 2023 (Signed by Judge Paul A. Engelmayer on 9/22/23)(jw) (Entered: 09/22/2023) |

| | | |
|---|---|---|
| 09/22/2023 | 390 | LETTER MOTION addressed to Judge Paul A. Engelmayer from AUSA Kedar S. Bhatia dated September 22, 2023 re: Terminate Appearance . Document filed by USA as to Ari Teman. (Bhatia, Kedar) (Entered: 09/22/2023) |
| 09/22/2023 | 391 | LETTER by Ari Teman addressed to Judge Paul A. Engelmayer from Karloff C. Commissiong dated September 22, 2023 re: Filing of Motion Pursuant to 28 U.S.C. Section 2255 (Commissiong, Karloff) (Entered: 09/22/2023) |
| 09/25/2023 | 392 | MEMO ENDORSEMENT as to Ari Teman (1) granting 390 LETTER MOTION addressed to Judge Paul A. Engelmayer from AUSA Kedar S. Bhatia dated September 22, 2023 re: Terminate Appearance. ENDORSEMENT: GRANTED. The Clerk of Court is requested to terminate the motion at Dkt. No. 390. (Signed by Judge Paul A. Engelmayer on 9/25/2023) (ap) (Entered: 09/25/2023) |
| 09/26/2023 | 393 | NOTICE OF ATTORNEY APPEARANCE: Eden P. Quainton appearing for Ari Teman. Appearance Type: Retained. (Quainton, Eden) (Entered: 09/26/2023) |
| 09/26/2023 | 394 | MOTION for Extension of Time *To Surrender Until a Ruling on Rule 33 New Evidence Claims*. Document filed by Ari Teman. (Quainton, Eden) (Entered: 09/26/2023) |
| 09/26/2023 | 395 | DECLARATION of Ari Teman in Support as to Ari Teman re: 394 MOTION for Extension of Time *To Surrender Until a Ruling on Rule 33 New Evidence Claims*.. (Attachments: # 1 Exhibit Exhibit A – August 19, 2021 Letter to Judge Englemayer, # 2 Exhibit Exhibit B – August 20, 2021 Follow–up Letter to Judge Englemayer, # 3 Exhibit Exhibit C– Pecot Letter, # 4 Exhibit Exhibit D – Crimmins Emails)(Quainton, Eden) (Entered: 09/26/2023) |
| 09/26/2023 | 396 | DECLARATION of Eden P. Quainton in Support as to Ari Teman re: 394 MOTION for Extension of Time *To Surrender Until a Ruling on Rule 33 New Evidence Claims*.. (Attachments: # 1 Exhibit Exhibit A – Commissiong – Quainton Email)(Quainton, Eden) (Entered: 09/26/2023) |
| 09/27/2023 | 397 | ORDER as to Ari Teman: On January 29, 2020, following a four–day trial, a jury convicted defendant Ari Teman on two counts apiece of bank fraud and wire fraud. Dkt. 92. On July 29, 2021, the Court sentenced Teman to a below–Guidelines sentence of, inter alia, 12 months and one day imprisonment. The Court imposed the same sentence on each count, the sentences to run concurrently. Dkt. 253. On June 8, 2023, a unanimous panel of the United States Court of Appeals for the Second Circuit affirmed Teman's convictions. On August 18, 2023, the Circuit's mandate issued. Dkt. 380. The Court has set a surrender date for Teman of October 10, 2023. Dkt. 377. That date reflects solicitude for Teman, who sought and received an extension of the surrender date as originally contemplated, to enable him to observe religious holidays. See Dkts. 374, 375, 377, 378.In recent days, Teman–whose original motion for a new trial under Federal Rule of Criminal Procedure 33 the Court denied in June 2020, see Dkt. 138 ("Rule 29/33 Decision")–has filed two additional prose motions under Rule 33. See Dkt. 386 (motion filed September 15,2023); Dkt. 388 (motion filed September 21, 2023). In light of the subject–matter overlap between these two motions and Teman's anticipated motion under 28 U.S.C. § 2255 which he has stated will claim ineffective assistance of counsel, the Court has directed the Government to file a single consolidated response to the three motions. Dkts. 387, 389. The Court has stated that it will set the deadline for the Government's filing of its response after Teman files the§2255 motion. Dkts. 387, 389. Yesterday, Teman moved for an extension of his surrender date, pending resolution of the first of his new Rule 33 motions. Dkt. 394. In that motion, Teman claims that evidence he has obtained supports vacating his convictions. That evidence relates to one of the three business entities on whose bank accounts Teman drew and negotiated checks while representing to the depository bank that the account holder had authorized him to draw and deposit each such check. Id. The trial evidence supporting the jury's verdict, which included, inter alia, testimony from representatives of each business and various circumstantial evidence, was that that representation was false. See Rule 29/33 Decision, at 2–12, 36–48. The Court directs the Government to file a response to Teman's motion for an extension of the surrender date by one week from today, i.e., Wednesday, October 4, 2023. The Court will act on that motion promptly upon receipt of the Government's response. For avoidance of doubt, Teman's surrender date remains October 10, 2023, at 2 pm. Teman should continue to order his affairs in the expectation that the surrender date will remain as set. (Responses due by 10/4/2023) (Signed by Judge Paul A. Engelmayer on |

| | | |
|---|---|---|
| | | 9/27/2023) (ap) Modified on 10/2/2023 (ap). (Entered: 09/27/2023) |
| 09/27/2023 | 398 | LETTER by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from USA dated September 27, 2023 re: September 27, 2023 Order Document filed by USA. (Gutwillig, Jacob) (Entered: 09/27/2023) |
| 10/04/2023 | 399 | RESPONSE in Opposition by USA as to Ari Teman re: 394 MOTION for Extension of Time *To Surrender Until a Ruling on Rule 33 New Evidence Claims.*. (Attachments: # 1 Exhibit A – Email and Attachment)(Gutwillig, Jacob) (Entered: 10/04/2023) |
| 10/05/2023 | 400 | REPLY TO RESPONSE to Motion by Ari Teman re 394 MOTION for Extension of Time *To Surrender Until a Ruling on Rule 33 New Evidence Claims.. and Request for Permission to File Reply* (Quainton, Eden) (Entered: 10/05/2023) |
| 10/06/2023 | 401 | MEMO ENDORSEMENT as to Ari Teman on re: 400 REPLY TO RESPONSE to Motion by Ari Teman re 394 MOTION for Extension of Time To Surrender Until a Ruling on Rule 33 New Evidence Claims and Request for Permission to File Reply. ENDORSEMENT: T he Court grants counsel's request to file this reply letter. The Court is taking the letter under consideration. (Signed by Judge Paul A. Engelmayer on 10/6/2023) (ap) (Entered: 10/06/2023) |
| 10/06/2023 | 402 | OPINION & ORDER as to Ari Teman. Court denies Temanss motion to extend his surrender date. That date remains October 10, 2023. The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 394. (Signed by Judge Paul A. Engelmayer on 10/6/2023) (See ORDER set forth) (ap) (Entered: 10/06/2023) |
| 10/08/2023 | 403 | EMERGENCY LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 2023–08–10 re: EMERGENCY RESENTECING DUE TO COVID RISK *as the Court acknowledged "Prior counsel notes and corroborates that you have had respiratory surgery and complications that potentially put you at higher risk for COVID–19.".* Document filed by Ari Teman. Return Date set for 10/10/2023 at 11:00 AM. (Teman, Ari) (Entered: 10/08/2023) |
| 10/09/2023 | 404 | ORDER as to Ari Teman. Late on Sunday, October 8, 2023, defendant Ari Teman filed a pro se letter on the docket of this case. Dkt. 403. In the letter, Teman, whom the Court has ordered to surrender to the Bureau of Prisons (BOP) facility to which he has been designated by 2 p.m. on Tuesday, October 10, 2023, seeks, anticipatorily, his compassionate release from BOP custody, on account of various medical conditions. The Court declines to alter Teman's surrender date based on this last–minute letter. The Court, however, will consider Teman's request for compassionate release on the timetable provided for by the governing regulations: after Teman has "fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility." 18 U.S.C. § 3582(c)(1)(A). Upon Teman's filing a letter on the docket of this case substantiating that this requirement of administrative exhaustion has been met, and attaching his application for compassionate release, the Court will commission a response from the Government, and thereafter rule on Teman's application. Because this order is being issued on a federal holiday on which the Court is closed, the Court, to assure prompt receipt, is emailing a copy of this order to Teman's appellate counsel (who recently appeared on the docket of this case for Teman in connection with an unsuccessful attempt to adjourn the surrender date) and to Government counsel. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 10/9/2023)(bw) (Entered: 10/10/2023) |
| 10/18/2023 | 405 | ORDER as to Ari Teman: The Court has received the attached letter from defendant Ari Teman, dated today and received via an email from Teman's father. Teman's letter reports that he is not receiving adequate medical care in the Bureau of Prisons ("BOP") facility to which he reported on October 10, 2023. The Court expects the BOP expeditiously to attend to Teman's medical needs. The Court directs the United States Attorney's Office for the Southern District of New York, to furnish the BOP with a copy of this Order, to inquire as to the concerns Teman has raised about his medical care, and to report back to the Court in a letter filed on the docket of this case. Separately, the Court treats Teman's letter as an application for compassionate release, triggering the administrative exhaustion requirements of 18 U.S.C. § 3582(c)(1) (A). The Court expects the Bureau of Prisons to act promptly upon this request. As noted in the Court's order at Docket 404, upon Teman's filing a letter on the docket of this case substantiating that the requirement of administrative |

| | | |
|---|---|---|
| | | exhaustion has been met, the Court will commission a response from the Government, and thereafter rule on Teman's application. (Signed by Judge Paul A. Engelmayer on 10/18/2023) (Attachments: # <u>1</u> Attachment) (ap) (Entered: 10/18/2023) |
| 10/20/2023 | <u>406</u> | LETTER by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from USA dated October 20, 2023 re: October 18, 2023 Order Document filed by USA. (Attachments: # <u>1</u> Exhibit A – Medical Records (Filed Under Seal))(Gutwillig, Jacob) (Entered: 10/20/2023) |
| 10/20/2023 | <u>407</u> | MEMO ENDORSEMENT as to Ari Teman on re: <u>406</u> LETTER by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from USA dated October 20, 2023 re: October 18, 2023 Order. ENDORSEMENT: The Court appreciates this prompt response and authorizes the filing under seal of Exhibit A to the Government's letter. (Signed by Judge Paul A. Engelmayer on 10/20/2023) (ap) Modified on 10/24/2023 (ap). (Entered: 10/20/2023) |
| 12/05/2023 | <u>408</u> | LETTER by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from USA dated December 5, 2023 re: October 18, 2023 Order Document filed by USA. (Attachments: # <u>1</u> Exhibit A – Letter from Warden)(Gutwillig, Jacob) (Entered: 12/05/2023) |
| 12/05/2023 | <u>409</u> | ORDER as to Ari Teman: he Court has today received a letter from the Government, reporting that the Warden of Federal Correctional Institution ("FCI") Miami has denied the request by defendant Ari Teman for compassionate release. See Dkt. 408 & Ex. A (Warden's letter denying release). The Court has previously treated Teman's letter of October 18, 2023 as an application for compassionate release. See Dkt. 405. In light of the Warden's denial, the Court finds that Teman has met the administrative exhaustion requirements of 18 U.S.C. § 3582(c)(l)(A). Id. Insofar as the Warden has issued a denial, the Court will afford Teman an opportunity to submit a response in further support of his application for compassionate release. Teman's submission is due December 20, 2023. In light of the intervening holiday, the Government's response to Teman's application is due January 10, 2024. The Court does not invite a reply. The Clerk of Court is directed to mail a copy of this letter to Teman at FCI Miami. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 12/5/2023)(A copy of this ORDER was mailed by the Clerk's Office to Ari Teman, Reg. No. 18244–104, FCI MIAMIFEDERAL CORRECTIONAL INSTITUTIONP.O. BOX 779800MIAMI, FL 33177) (lnl) (Entered: 12/05/2023) |
| 12/19/2023 | <u>410</u> | NOTICE OF ATTORNEY APPEARANCE: Edoardo Maffia appearing for Ari Teman. Appearance Type: Pro Bono. (Maffia, Edoardo) (Entered: 12/19/2023) |
| 12/19/2023 | <u>411</u> | SUPPLEMENTAL MOTION to Reduce Sentence . Document filed by Ari Teman. (Attachments: # <u>1</u> Exhibit A (CorrLinks Email))(Maffia, Edoardo) (Entered: 12/19/2023) |
| 01/10/2024 | <u>412</u> | LETTER RESPONSE in Opposition by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from USA dated January 10, 2024 re: <u>411</u> SUPPLEMENTAL MOTION to Reduce Sentence .. (Attachments: # <u>1</u> Exhibit A – BOP Declaration, # <u>2</u> Exhibit B – BOP Medical Records, # <u>3</u> Exhibit C – BOP Medical Records, # <u>4</u> Exhibit D – BOP Medical Records)(Gutwillig, Jacob) (Entered: 01/10/2024) |
| 01/15/2024 | <u>413</u> | RESPONSE in Support of Motion by Ari Teman re: <u>411</u> SUPPLEMENTAL MOTION to Reduce Sentence .. (Maffia, Edoardo) (Entered: 01/15/2024) |
| 01/24/2024 | <u>414</u> | OPINION & ORDER as to Ari Teman. This decision resolves a motion by defendant Ari Teman for compassionate release from Federal Correctional Institution ("FCI") Miami, pursuant to 18 U.S.C. Section 3582(c)(1)(A)(i). For the reasons that follow, the Court denies the motion....[*** See this Opinion & Order ***]... CONCLUSION. For the reasons above, the Court denies Teman's motion for compassionate release pursuant to 18 U.S.C. Section 3582(c)(1)(A)(i). The Clerk of Court is respectfully requested to terminate the motion at Docket 411. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 1/24/2024)(bw) (Entered: 01/24/2024) |
| 01/25/2024 | <u>415</u> | ORDER as to Ari Teman. On October 6, 2023, the Court issued an opinion and order denying the application of defendant Ari Teman to defer his October 10, 2023 surrender date. Dkt. 402. Insofar as that application was based on Teman's pending prose motions under Rule 33, the Court assessed the merits of those motions at length. |

See id. at 4–16 (evaluating motions filed at Dkts. 386 and 388). The Court found the prospects of success of the Rule 33 motions, which were fully briefed, "exceedingly low, so as to be, at best, asymptotic to zero." Id. at 5. But, because the Rule 33 motions appeared likely to overlap in subject matter with the ineffective assistance of counsel claim that Teman had stated he intended to bring under 28 U.S.C. § 2255, the Court did not then definitively resolve the Rule 33 motions. See id. at 4–5. This order definitively resolves–and denies–Teman's Rule 33 motions. The Court does so now, because, more than three–and–a–half months later, Teman has not filed a § 2255 motion. Definitively resolving the Rule 33 motions now affords the parties' closure on these motions. It will also permit Teman, for whom counsel has recently appeared on the docket of this case, to appeal the Court's denial of these motions, should he deem it worthwhile to do so. See Dkt. 410 (notice of appearance of Edoardo Maffia, Esq.). For avoidance of doubt, the Comi denies the Rule 33 motions on the merits, for the reasons set forth in its opinion and order of October 6, 2023, see Dkt. 402, as amplified by the substantially coextensive merits analysis by the Government in its opposition to those motions, see generally Dkt. 399. In denying the Rule 33 motions, the Court does not reach the separate argument raised by the Government, which the Court regards as substantial, as to whether the Rule 33 motions were untimely filed. The motions were filed in September 2023, more than three years after the jury's Janua1y 2020 verdict. See Fed. R. Crim. P. 33(b)(l) ("Any motion for a new trial grounded on newly discovered evidence must be filed within 3 years after the verdict or finding of guilty."). Teman notes, however, than in 2022, he filed a prose letter stating an intention to make a Rule 33 motion along substantially the same lines. See Dkt. 400 at 2 (citing Dkt. 303). In the event that the Court's denial of the Rule 33 motions on the merits were ove1iurned, the Court would then take up the question of timeliness. The Clerk of Court is respectfully directed to terminate the motions pending at Dockets 303, 386, and 388. Although Teman is represented by counsel, the Court, out of an abundance of caution, directs the Clerk of Court to mail this order to Teman to ensure prompt receipt. Teman is reminded that he has 14 days to appeal this decision. See Fed. R. App. P. 4(b)(l)(A). Failure to timely appeal will result in dismissal of the appeal. The Clerk of Court is requested to mail a copy of this order to the defendant. So Ordered. (Signed by Judge Paul A. Engelmayer on 1/25/24) ***The Clerks Office Has Mailed Copies to Ari Teman, (No. 18244–104), FCI Miami, FEDERAL CORRECTIONAL INSTITUTION, P.O. BOX 779800, MIAMI, FL 33177. (jbo) (Entered: 01/25/2024)

| 02/07/2024 | 416 | NOTICE OF APPEAL by Ari Teman from 415 Order. Filing fee $ 605.00, receipt number 26122. (nd) (Entered: 02/07/2024) |
| 02/07/2024 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Ari Teman to US Court of Appeals re: 416 Notice of Appeal. (nd) (Entered: 02/07/2024) |
| 02/07/2024 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files as to Ari Teman re: 416 Notice of Appeal were transmitted to the U.S. Court of Appeals. (nd) (Entered: 02/07/2024) |
| 02/07/2024 | 417 | MOTION for Reconsideration re 414 Memorandum & Opinion,, *Denying Compassionate Release*. Document filed by Ari Teman. (Quainton, Eden) (Entered: 02/07/2024) |
| 02/07/2024 | 418 | DECLARATION of Eden P. Quainton in Support as to Ari Teman re: 417 MOTION for Reconsideration re 414 Memorandum & Opinion,, *Denying Compassionate Release*.. (Attachments: # 1 Exhibit Exhibit A – Dr. Ailon Seifan Letter, # 2 Exhibit Exhibit B– Affirmation of Vashon Gadson, # 3 Exhibit Exhibit C – Vignettes and Essays of Ari Teman, # 4 Exhibit Exhibit D – Letter of Ari Teman)(Quainton, Eden) (Entered: 02/07/2024) |
| 02/08/2024 | 419 | ORDER as to Ari Teman. Defendant Ari Teman, through counsel, has filed a motion for reconsideration of the Court's denial of his application for compassionate release, Dkt. 417, and a declaration attaching materials in support, Dkt. 418. The Court directs the Government to respond. The Government's response is due February 22, 2024. SO ORDERED. ( Responses due by 2/22/2024 ) (Signed by Judge Paul A. Engelmayer on 2/8/2024)(bw) (Entered: 02/08/2024) |
| 02/21/2024 | 420 | LETTER by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from USA dated February 21, 2024 re: Extension of Deadline to Respond Document filed by |

| | | |
|---|---|---|
| | | USA. (Gutwillig, Jacob) (Entered: 02/21/2024) |
| 02/21/2024 | 421 | LETTER by Ari Teman addressed to Judge Paul A. Engelmayer from Eden P. Quainton dated 02/21/2024 re: Opposition to Request for Extension of Deadline to Respond to Motion for Reconsideration of Denial of Compassionate Release (Quainton, Eden) (Entered: 02/21/2024) |
| 02/22/2024 | 422 | ORDER as to Ari Teman: The Court has received the Government's February 21 letter requesting a two–week adjournment, until March 7, 2024, of the Government's deadline to respond to the motion by defendant Ari Teman for reconsideration of its January 24, 2024 decision denying compassionate release. Dkt. 420. The Court has also received Teman's February 21 letter opposing this request. Dkt. 421. The Court grants the two–week extension. However, the Government should not expect further extensions of this deadline. SO ORDERED. (Responses due by 3/7/2024) (Signed by Judge Paul A. Engelmayer on 2/22/2024)(lnl) (Entered: 02/22/2024) |
| 02/26/2024 | 423 | SATISFACTION OF JUDGMENT as to (19–Cr–696–01) Ari Teman. Satisfaction is acknowledged between United States of America, judgment creditor, and Ari Teman, judgment debtor, for the restitution in the amount of $259,340.32 and the special assessment in the amount of $400.00, amounting in all to the sum of $259,740.32. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 18th day of August, 2021. (bw) (Entered: 02/26/2024) |
| 02/26/2024 | 424 | EMERGENCY MOTION for Release from Custody . Document filed by Ari Teman. (Attachments: # 1 Exhibit Exhibit A – Ari Teman Letter to Judge Englemayer, # 2 Exhibit Exhibit B – Dr. Fleischmann and other letters)(Quainton, Eden) (Entered: 02/26/2024) |
| 02/27/2024 | 425 | ORDER as to Ari Teman: The Court has received an emergency letter from counsel for defendant Ari Teman, reporting that Teman is reporting severe testicular pain that Teman reports has not been satisfactorily attended to by medical personnel at the Bureau of Prisons ("BOP") and that Teman, despite complaints about this dire condition, has not been seen by a specialist. See Dkt. 424; see also Dkt. 424–1 (letter from Teman); Dkt. 424–2 (emails among Teman's family and outside doctor). Teman seeks a court order directing the BOP to temporarily release him forthwith so that he can go to the emergency room at Mount Sinai Hospital in Miami Beach for evaluation and treatment. See Dkt. 424. The Court's strongly held view is that the request that Teman be temporarily released today to obtain urgent specialized medical care in an outside medical facility is justified and reasonable. The Court's assessment is that Teman is not a risk of flight or danger to the community, and that his release subject to the direction that he return to FCI Miami by a time or date certain set by the BOP would not pose such risks. The Court itself, however, unlike the BOP, does not have the legal authority to order a defendant's temporary release from BOP custody, for medical reasons or otherwise. See United States v. Roberts, 612 F. Supp. 3d 351, 356–58 (S.D.N.Y. 2020). The Court instead hereby directs the United States Attorney's Office for theSouthern District of New York forthwith to contact the BOP, to furnish a responsible official there with a copy of this order, and to convey the need for the BOP urgently to assure that Teman is examined by a specialist. Because the Court understands that the Assistant United States Attorney assigned to this case is presently on trial, see Dkt. 420, the Court is also furnishing this order to Daniel Gitner, the Chief of the Criminal Division at the USAO. The Court has separately personally contacted Adam Johnson, Esq., regional counsel for the BOP's northeast region, who is known to the Court. Mr. Johnson has graciously volunteered to contact BOP authorities in Miami to convey this order–and the need for urgent action–to them. The Court is furnishing a copy of this order to Mr. Johnson to assist him in these efforts. (Signed by Judge Paul A. Engelmayer on 2/27/2024) (ap) (Entered: 02/27/2024) |
| 03/07/2024 | 426 | LETTER RESPONSE to Motion by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from USA dated March 7, 2024 re: 417 MOTION for Reconsideration re 414 Memorandum & Opinion,, *Denying Compassionate Release*.. (Attachments: # 1 Exhibit A– Medical Records, # 2 Exhibit B – Medical Records)(Gutwillig, Jacob) (Entered: 03/07/2024) |
| 03/08/2024 | 427 | ORDER as to Ari Teman. The Court has received an email from the parents of defendant Ari Teman, attaching letters from Teman that address his medical |

| | | circumstances. The Court understands these letters to have been submitted in support of Teman's pending motion for reconsideration of the Court's denial of Teman's application for compassionate release. Because Teman's letters overwhelmingly address medical matters, they are properly filed under seal, and the Court is doing so, along with a copy of the parents' email to the Court. Government counsel was copied on the parents' email and therefore has access to it and its attachments. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 3/8/2024)(bw) (Entered: 03/08/2024) |
|---|---|---|
| 03/11/2024 | 428 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 03/11/2024) |
| 03/11/2024 | 429 | MOTION for Extension of Time *to Reply to Opposition to Motion for Reconsideration of Denial of Compassionate Release*. Document filed by Ari Teman. (Quainton, Eden) (Entered: 03/11/2024) |
| 03/11/2024 | 430 | ENDORSED LETTER as to Ari Teman addressed to Judge Paul A. Engelmayer from Attorney Eden P. Quainton dated March 11, 2024 re: Request for Extension to File Reply to Opposition to Motion for Reconsideration... I respectfully request a short extension, to Monday, March 18, 2024, to file Teman's reply to the Government's opposition. ENDORSEMENT: GRANTED. The Clerk of Court is requested to terminate the motion at Dkt. No. 429. SO ORDERED. ( Replies due by 3/18/2024. )(Signed by Judge Paul A. Engelmayer on 3/11/2024) (bw) (Entered: 03/11/2024) |
| 03/18/2024 | 431 | REPLY MEMORANDUM OF LAW in Support as to Ari Teman re: 417 MOTION for Reconsideration re 414 Memorandum & Opinion,, *Denying Compassionate Release.*. (Quainton, Eden) (Entered: 03/18/2024) |
| 03/18/2024 | 432 | DECLARATION of Eden P. Quainton in Support as to Ari Teman re: 417 MOTION for Reconsideration re 414 Memorandum & Opinion,, *Denying Compassionate Release.*. (Attachments: # 1 Exhibit Exhibit A – First Orchialgia Email, # 2 Exhibit Exhibit B – Second Orchialgia Email)(Quainton, Eden) (Entered: 03/18/2024) |
| 03/22/2024 | 433 | LETTER by Ari Teman addressed to Judge Paul A. Engelmayer from Eden P. Quainton dated 3/24/2024 re: Emergency Letter in Support of Compassionate Release from Parents of Ari Teman and Letter from Dr. Jonathan S. Harrison (Attachments: # 1 Exhibit Exhibit A – Emergency Letter in Support of Compassionate Release from Parents of Ari Teman, # 2 Exhibit Exhibit B – Letter from Dr. Jonathan S. Harrison)(Quainton, Eden) (Entered: 03/22/2024) |
| 03/22/2024 | 434 | OPINION & ORDER as to Ari Teman. On January 24, 2024, the Court denied defendant Ari Teman's motion for compassionate release from Federal Correctional Institution ("FCI") Miami. Dkt. 414 ("CR Decision"). Teman now moves for reconsideration of that decision. Dkt. 417 ("Reconsideration Mtn."). For the reasons that follow, the Court denies the motion....[*** See this Opinion & Order ***]... CONCLUSION. For the reasons above, the Court denies Teman's motion for reconsideration. The Clerk of Court is respectfully requested to terminate the motion at Docket 417. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 3/22/2024) (bw) (Entered: 03/22/2024) |
| 03/28/2024 | 435 | ORDER as to Ari Teman: To the extent the parents' email seeks Teman's transfer to a halfway house or to home confinement, the Court denies that application, The Court does, however, agree with the parents that if the dietary offerings at FCI Miami are likely to be incompatible with Teman's medical needs or the dietary requirements of his faith during Passover–action would be in order to prevent those circumstances from arising. The Court accordingly directs the United States Attorney's Office for this District promptly to contact responsible officials at the Bureau of Prisons, to assure that these needs will be met. The Court further asks that the United States Attorney's Office then file a letter on the docket of this case reporting what it has learned, and its factual basis for any conclusion that FCI Miami is on track to meet Teman's dietary medical and religious needs. As with its February 27, 2024 order, prompted by Teman's claim of a medical emergency, the Court will also personally furnish a copy of this order to a BOP regional counsel to ensure that FCI Miami is responsive to the Court's concerns. (Signed by Judge Paul A. Engelmayer on 3/28/2024) (See ORDER set forth) (ap) (Entered: 03/28/2024) |
| 04/02/2024 | 436 | LETTER by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from USA dated April 2, 2024 re: March 28, 2024 Order Document filed by USA. (Attachments: |

| | | |
|---|---|---|
| | | # 1 Exhibit A – BOP Medical Records, # 2 Exhibit B – Commissary Receipts, # 3 Exhibit C – Passover Menu, # 4 Exhibit D – Passover Participant List)(Gutwillig, Jacob) (Entered: 04/02/2024) |
| 04/03/2024 | 437 | ORDER as to Ari Teman: To the extent that the parents' letter goes beyond medical topics to address Teman's prosecution and trial, a brief response is in order. Renewing a claim earlier lodged by Teman, the letter states that this Court had a "conflict" due to having once mentored–and having attended a shiva at the home of–an attorney who briefly served after trial as an appellate counsel for Teman. Not knowing whether Teman's parents have followed legal rulings in this case, the Court notes that, in summarily affirming Teman's conviction, the Second Circuit rejected Teman's various claims of judicial and prosecutorial misconduct, including on the same grounds the letter raises here. See Dkt. 380 ("2d Cir. Op.") at 7–8 & n.3. And Teman has since apologized for his baseless attacks on the Court and others. See Dkt. 418, Ex. 4 (letter of February 7, 2024, in support of motion for reconsideration) ("The way I spoke and wrote to and about Your Honor, Mr. Gutwillig, some clients, and others, was inappropriate and inexcusable."). The parents' letter also states that the Court was "false" in stating, at sentencing, that Teman timed his offense conduct for the eve of Passover, knowing that his customers were observant. "As Ari's concerned parents, and as practicing Jews," the letter states, "Ari never said that" and "nor is any claim he said that on the record." In fact, as the Second Circuit noted, the evidence at trial reflected that "Teman had told one of his clients, 'I will... place a lien on your building on Pessach,' and [Teman's fraudulent] checks were, in fact, deposited on the eve of Passover." 2d Cir. Op. at 8. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 4/3/2024) (lnl) (Entered: 04/03/2024) |
| 04/03/2024 | 438 | ORDER as to Ari Teman: The Court has received an email from the parents of defendant Ari Teman, asking the Court to docket various materials which the email lists, and which it states are attached, but which in fact are not attached. Teman is represented by counsel in this matter. Teman's parents should direct any such requests to Teman's counsel, not to the Court. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 4/3/2024) (lnl) (Entered: 04/03/2024) |
| 04/03/2024 | 439 | SEALED DOCUMENT placed in vault. (jus) (Entered: 04/03/2024) |
| 04/04/2024 | 440 | ORDER as to Ari Teman:The Court continues to receive near–daily emails from the parents of defendant Ari Teman, attaching prose applications for relief which Teman emailed them and which ask the Court to docket assorted materials, which these emails attach. However, as Teman acknowledges in this afternoon's email, two distinct lawyers (Eden Quainton, Esq., and Shon Hopwood, Esq.) presently represent him. Each lawyer has made at least one submission in support of Teman's application(s) for compassionate release pursuant to 18 U.S.C. § 3582(c). See Dkt. 413 (Hopwood); Dkts. 421,424, 430–32 (Quainton). In addition, a third lawyer, Edoardo Maffia, Esq., has recently appeared for Teman, see Dkt. 410, and, with Hopwood, submitted a memorandum in support of Teman's motion for early release, see Dkt. 413. With Teman represented by multiple counsel, it is for Teman's counsel, not his parents, to pursue relief from the Court on Teman's behalf. It is not sufficient for Teman to explain that his counsel are occupied on other matters or away from their offices. See Dkt. 438 (order of April 3, 2024) ("Teman is represented by counsel in this matter. Teman's parents should direct any such requests to Teman's counsel, not the Court."). For avoidance of doubt, the Court will no longer file on the docket of this case documents emailed to it by Teman's parents. Nor will the Court treat emails from Teman's parents as applications for compassionate release. That said, the Court directs the following, in the interest of assuring that Teman secures prompt and full relief for any unmet dietary needs. In an order yesterday, the Court asked the Government to provide BOP medical personnel with letters that the parents had attached from two of Teman's pre–incarceration physicians, and to file a letter on the docket reporting on the determination by BOP medical personnel about whether any changes to Teman's medical care were warranted. See Dkt. 437. The Court's order also acknowledged and found satisfactory the Government's letter of April 2, 2024, which had noted, inter alia, that Teman's commissary food purchases were inconsistent with his claim to require a gluten–free diet. See id. (citing Dkt. 436). Teman's submission this afternoon, however, represents that he had made the commissary food purchases noted by the Government on behalf of other inmate(s), in exchange for their buying gluten–free food for him. The Court therefore asks the Government to revisit with the BOP the |

| | | |
|---|---|---|
| | | adequacy of the food offerings available to Teman given his dietary limitations, this time not assuming that Teman has personally consumed or can personally consume non–gluten–free food. The Government may include its response on this point in its forthcoming report regarding Teman's medical care. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 4/4/2024) (lnl) (Entered: 04/04/2024) |
| 04/08/2024 | 441 | ORDER as to Ari Teman. Over the weekend, the Court has received emails from the father of defendant Ari Teman, and attaching written communications from Teman. These allege various improprieties at FCI Miami, including systematic discrimination against Jewish inmates and denial of access to counsel. The Court is not in a position to evaluate whether there is any merit to these claims. As stated in the Court's most recent orders, Teman is presently represented by several counsel, and the Court expects any requests for relief to be made by Teman's counsel, and will respond only to claims by counsel. One of these counsel, Eden Quainton, Esq., was copied on this weekend's emails. See Dkts. 438, 440. Prior to any relief being sought by counsel, the Court expects that Teman's counsel will evaluate and investigate Teman's allegations. If there appears to be a factual basis for the claim that Teman's rights have been violated, the Court expects that Teman's counsel, before moving for relief, will ask the Government promptly to inquire of and intercede with the Bureau of Prisons, a component of the Department of Justice, in the hope that such actions will secure appropriate relief. (Signed by Judge Paul A. Engelmayer on 4/8/24)(jw) (Entered: 04/08/2024) |
| 04/09/2024 | 442 | ORDER as to Ari Teman. Notwithstanding the Court's repeated admonitions that it will not act upon pro se submissions by defendant Ari Teman in light of Teman's representation by multiple counsel in this matter, see Dkt. 438,440,441, the Court today received another email from Teman's father, attaching a letter from Teman addressing his medical needs. Shortly thereafter, Teman's counsel, Eden P. Quainton, Esq., emailed the Court to state that he did not have foreknowledge that Teman's father would contact the Court, that he (Quainton) is in the process of investigating and evaluating the concerns that Teman has sought to raise, and that he has "tried to make clear that any communications should come through counsel as your Honor has instructed."The Court thanks Mr. Quainton for this welcome clarification (Signed by Judge Paul A. Engelmayer on 4/9/24)(jw) (Entered: 04/10/2024) |
| 04/18/2024 | 443 | LETTER by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from USA dated April 18, 2024 re: April 3 and 4, 2024 Orders Document filed by USA. (Attachments: # 1 Exhibit A – BOP Medical Records)(Gutwillig, Jacob) (Entered: 04/18/2024) |
| 04/19/2024 | 444 | MOTION for Release from Custody *and Update in Response to Dkt. 441*. Document filed by Ari Teman. (Attachments: # 1 Exhibit Exhibit A – Letter from Dr. Georgiy Brusovanik, # 2 Exhibit Exhibit B – Letter from Dr. Jonathan Harrison)(Quainton, Eden) (Entered: 04/19/2024) |
| 04/22/2024 | 445 | ORDER as to Ari Teman. The Court received a new, counseled, motion for compassionate release from defendant Ari Teman. Dkt. 444. The Court directs the Government to respond by Friday, April 26, 2024, but, in all events, by Monday, April 29, 2024. The defense's reply is due Friday, May 3, 2024 (Defense Replies due by 5/3/2024., Government Responses due by 4/26/2024) (Signed by Judge Paul A. Engelmayer on 4/22/24)(jw) (Entered: 04/22/2024) |
| 04/26/2024 | 446 | LETTER RESPONSE in Opposition by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from USA dated April 26, 2024 re: 444 MOTION for Release from Custody *and Update in Response to Dkt. 441*.. (Attachments: # 1 Exhibit A – BOP Medical Records, # 2 Exhibit B – BOP Medical Records)(Gutwillig, Jacob) (Entered: 04/26/2024) |
| 04/29/2024 | 447 | LETTER REPLY TO RESPONSE to Motion by Ari Teman addressed to Judge Paul A. Engelmayer from Eden P. Quainton dated 04/29/2024 re 444 MOTION for Release from Custody *and Update in Response to Dkt. 441*.. (Quainton, Eden) (Entered: 04/29/2024) |
| 04/29/2024 | 448 | DECLARATION of Eden P. Quainton in Support as to Ari Teman re: 444 MOTION for Release from Custody *and Update in Response to Dkt. 441*.. (Attachments: # 1 Exhibit Ex. A – Forwarded email from Dr. Brusovanik, # 2 Exhibit Ex. B – April 23 Alarming development email to Mr. Gutwillig, # 3 Exhibit Ex. C – Response of Mr. |

| | | |
|---|---|---|
| | | Gutwillig to Mr. Quainton April 23, 2024., # 4 Exhibit Ex. D – Emergency letter from David and Suzan Teman)(Quainton, Eden) (Entered: 04/29/2024) |
| 05/02/2024 | 449 | ORDER 444 Motion for Release from Custody as to Ari Teman. This order resolves a renewed motion from defendant Ari Teman for compassionate release from Federal Correctional Institution ("FCI") Miami. Dkt. 444. The Court has previously denied numerous such motions by Teman since he commenced serving his one year and–one–day prison term on October 10, 2023. For the reasons given above, the Court denies Teman's renewed motion for compassionate release. The Clerk of Court is respectfully requested to terminate the motion at Docket 444. (Signed by Judge Paul A. Engelmayer on 5/2/24) (jw) (Main Document 449 replaced on 5/2/2024) (jw). (Entered: 05/02/2024) |
| 06/26/2024 | 450 | MOTION to Modify Conditions of Release . Document filed by Ari Teman. (Attachments: # 1 Exhibit Exhibit A – Correspondence with AUSA Jacob Gutwilling and Probation Officer Jimmy Wong, # 2 Proposed Order Proposed Order Modifying Conditions of Supervised Release)(Quainton, Eden) (Entered: 06/26/2024) |
| 06/27/2024 | 451 | ORDER as to Ari Teman. The Court has received a letter from counsel for defendant Ari Teman proposing various modifications of the conditions of supervised release, and stating that the Government and the Probation Department consent to (or do not oppose) some, but not all, of the proposed modifications. Dkt. 450. The Court directs the Government, by letter due July 8, 2024, to set out its position and that of the Probation Department on the proposed modifications. The Court further asks the Government to file with its letter a proposed order effecting the modifications that the Government and the Probation Department do not oppose, and to email the Court's chambers with a Word–editable version of this proposed order (Government Responses due by 7/8/2024) (Signed by Judge Paul A. Engelmayer on 6/27/24)(jw) (Entered: 06/27/2024) |
| 07/08/2024 | 452 | LETTER by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from USA dated July 8, 2024 re: Proposed Modifications of Supervised Release Document filed by USA. (Attachments: # 1 Proposed Order Proposed Order)(Gutwillig, Jacob) (Entered: 07/08/2024) |
| 07/10/2024 | 453 | ORDER ON MOTION as to Ari Teman. The Court has reviewed (1) the June 26, 2024 letter from defense counsel requesting various modifications to and clarifications of the conditions of supervised release of defendant Ari Teman, Dkt. 450; (2) the July 8, 2024 letter from the Government on its behalf and that of the Probation Department responding to the defense's requests, Dkt. 452; and (#) a draft order submitted by the Government that would effect the modifications to the conditions of supervised release which the Government and the Probation Department do not oppose, Dkt. 452, Exh. A ("Draft Order"). The Court thanks counsel for the clarity of their respective submissions. The Court welcomes as well as the fact that the parties are in substantial agreement on most points. The Court will issue today an order that is substantively identical to the Draft Order. The Court's judgment is that the modifications effected in the order that will issue are sensible and that the resulting conditions of supervised release reflect a sound balance of the 18 U.S.C. Section 3583(e) factors. To the limited degree that Teman seeks additional modifications, including blanket approval for international travel, the Court's considered judgment is that that these proposed modifications are not justified. The Court's denial of Teman's request is without prejudice to his right to seek future modifications of conditions of supervised release. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 7/10/2024)(bw) (Entered: 07/10/2024) |
| 07/10/2024 | 454 | ORDER as to Ari Teman. Upon the application of defendant Ari Teman ("Teman") to modify and/or clarify certain of the conditions of his term of three years' supervised release, and without the objection of the Government or the United States Probation Office for the Southern District of Florida (the "Probation Office"), IT IS HEREBY ORDERED that:...[*** See this Order ***]... This Order does not modify any other conditions of Teman's supervised release imposed at sentencing, and those conditions remain in effect. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 7/10/2024) (bw) (Entered: 07/10/2024) |
| 09/13/2024 | 455 | MOTION to Travel *to Israel*. Document filed by Ari Teman. (Attachments: # 1 Proposed Order Proposed Order Approving International Travel)(Quainton, Eden) |

| | | |
|---|---|---|
| | | (Entered: 09/13/2024) |
| 09/16/2024 | 456 | MEMO ENDORSEMENT 455 Motion to Travel as to Ari Teman (1)....The Motion is GRANTED. It is further ORDERED Defendant is authorized to travel from New York to Israel, with a departure date of September 18, 2024 and a return date of November 6, 2024. The probation office may release Defendant's passport to him immediately upon the entry of this order. Defendant is authorized to remain in New York following his return from Israel until November 19, 2024 without first returning to Miami to surrender his passport to the probation office. The Clerk of Court is requested to terminate the motion at Dkt. No. 455. (Signed by Judge Paul A. Engelmayer on 9/16/24) (jw) (Entered: 09/16/2024) |
| 10/30/2024 | 457 | NOTICE OF ATTORNEY APPEARANCE: Thomas Butler appearing for Ari Teman. Appearance Type: Retained. (Butler, Thomas) (Entered: 10/30/2024) |
| 10/30/2024 | 458 | MOTION to Vacate under 28 U.S.C. 2255 Document filed by Ari Teman. Return Date set for 11/25/2024 at 10:00 AM. (Butler, Thomas) (Entered: 10/30/2024) |
| 10/30/2024 | 459 | MOTION to Vacate under 28 U.S.C. 2255 *Memorandum of Law* Document filed by Ari Teman. Return Date set for 11/25/2024 at 10:00 AM. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Butler, Thomas) (Entered: 10/30/2024) |
| 10/30/2024 | 460 | MOTION to Rely on Appendix re 458 MOTION to Vacate under 28 U.S.C. 2255 , 459 MOTION to Vacate under 28 U.S.C. 2255 *Memorandum of Law* . Document filed by Ari Teman. Return Date set for 11/18/2024 at 10:00 AM. (Attachments: # 1 Appendix 1 – A1–128, # 2 Appendix 2 – A–129–240, # 3 Appendix 3 – A–241–480, # 4 Appendix 4 – A–481–720, # 5 Appendix 5 – A–721–960, # 6 Appendix 6 – A–961–1201, # 7 Appendix 7 – A–1202–1440, # 8 Appendix 8 – A–1441–1680, # 9 Appendix 9 – A–1681–1920, # 10 Appendix 10 – A–1921–2200, # 11 Appendix 11 – A–2210–2483)(Butler, Thomas) (Entered: 10/30/2024) |
| 10/31/2024 | | AS PER MOTION 2255 Document # 458, Civil case 24–cv–8278 FILED as to Ari Teman. NO FURTHER ENTRIES SHOULD BE MADE IN THE CIVIL CASE (gp) (Entered: 10/31/2024) |
| 10/31/2024 | 461 | ORDER as to Ari Teman: On October 30, 2024, Thomas J. Butler, Esq., incoming counsel for defendant Ari Teman, filed a miscellaneous motion seeking leave to rely, in support of a petition for relief under 28 U.S.C. § 2255 filed the same day, on the 11–volume appendix Teman filed in the Second Circuit in connection with his unsuccessful appeal of his conviction. See Dkt. 460. Mr. Butler's motion states that he "conferred with Counsel for the United States whether he objects to this motion and undersigned counsel has not yet heard back from Counsel." Id. at 2. Before ruling on the miscellaneous motion, the Court seeks the Government's position on it. A letter from the Government stating its position is due Monday, November 4, 2024. (Signed by Judge Paul A. Engelmayer on 10/31/2024) (lnl) (Entered: 10/31/2024) |
| 11/04/2024 | 462 | LETTER by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from USA dated November 4, 2024 re: October 31, 2024 Order Document filed by USA. (Gutwillig, Jacob) (Entered: 11/04/2024) |
| 11/05/2024 | 463 | FIRST MOTION for Bond *Modify Bond due to Rocket Attacks, Medical Care, & Volunteering during war*. Document filed by Ari Teman. Return Date set for 11/8/2024 at 05:00 PM. (Teman, Ari) (Entered: 11/05/2024) |
| 11/06/2024 | 464 | ORDER as to Ari Teman. The Court grants the consented–to motion by defendant Ari Teman seeking leave to rely, in support of his recently filed petition for relief under 28 U.S.C. § 2255, on the 11–volume appendix that Teman filed in the United States Court of Appeals for the Second Circuit in connection with his unsuccessful appeal of his conviction. See Dkt. 460 (motion); Dkt. 462 (Government letter consenting). To assist the Court in its consultation of these materials, the Court directs Teman to furnish the Court's chambers with two complete hard–copy sets of this appendix. These are to be prepared in the same format as supplied to the Second Circuit. They are due Friday, November 15, 2024. If requested by the Government, Teman is promptly to provide the Government with a hard–copy set of the same. The Clerk of Court is requested to terminate the motion at Dkt. No. 460. (Signed by Judge Paul A. Engelmayer on 11/6/24) (jw) (Entered: 11/06/2024) |

| | | |
|---|---|---|
| 11/07/2024 | 465 | ORDER ON MOTION 463 Motion for Bond as to Ari Teman. The Court has received a prose request from defendant Ari Teman for a modification of his conditions of release, in recognition of the fact that Teman, with the Court's authorization, is presently situated in Israel assisting his elderly parents and doing productive volunteer work, and in light of Teman's representation that travel out of Israel is unsafe and/or challenging. Dkt 463. The Court will extend Teman's stay in Israel until January 15, 2025, under the same terms as Teman has been authorized to stay in Israel through this point. However, Teman should not expect the Court to further extend his stay in Israel. The Court ordered Teman to serve a three−year supervised release term, which the Court intended as a meaningful component of Teman's overall sentence. Teman has served only about six months of that term. And Teman's presence in Israel inhibits the Probation Department's practical ability to supervise him.For avoidance of doubt, Teman is directed to arrange to return to the United States by midnight on January 15, 2025. Should Teman not do so without advance written authorization from the Court consistent with the Court's order at Dkt. 454, he will be in violation of his conditions of supervised release. For avoidance of doubt, that order, issued July 10, 2024, remains in full effect, including as to the procedures required for Teman to obtain authorization for domestic or international travel. Future applications to the Court seeking authorization with respect to travel are to be made on Teman's behalf by either his counsel or the Probation Department, and consistent with the timetable set out in the order at Dkt. 454. The Clerk of Court is requested to terminate the motion at Dkt. No. 463. (Signed by Judge Paul A. Engelmayer on 11/7/2024) (jw) (Entered: 11/07/2024) |
| 11/07/2024 | 466 | ATTORNEY−CLIENT PRIVILEGE WAIVER (INFORMED CONSENT) as to Ari Teman. Defendant Ari Teman has made a motion under 28 U.S.C. § 2255 to have his conviction set aside on the ground that he received ineffective assistance from his trial attorneys, Justin Gelfand, Esq., and Joseph A. DiRuzzo III, Esq. See Dkt. 458 (motion); Dkt. 459 (memorandum of law). The Court's review of Teman's motion papers demonstrates a need for sworn testimonial statements from Teman's trial attorneys to permit the Court to evaluate Teman's motion. Teman must publicly file, on the docket of this case, this form, signed by Teman and notarized, within thirty (30) days from the date of this Order. If Teman docs not do so within those thirty (30) days, the Court will automatically deny Teman's motion. The Clerk of Court is directed to mail a copy of this Order and the attached Notarized Authorization page to the individuals listed below the Court's signature. [**The Clerk has mailed this Attorney−Client Privilege Waiver to defendant Ari Teman on 11/7/2024 to Register #18244−104, FCI Miami, Federal Correctional Institution, PO Box 779800, Miami FL 33177, also mailed this Attorney−Client Privilege Waiver to Joseph Andrew Diruzzo III, Justin Gelfand, Thomas J. Butler and Jacob Harris Gutwillig, Esq**] (Signed by Judge Paul A. Engelmayer on 11/7/2024)(jw) (Entered: 11/07/2024) |
| 11/15/2024 | 467 | LETTER MOTION addressed to Judge Paul A. Engelmayer from Thomas Butler, Esq. dated November 15, 2024 re: 464 Order on Motion for Miscellaneous Relief,,, re: DE464 . Document filed by Ari Teman. (Butler, Thomas) (Entered: 11/15/2024) |
| 11/18/2024 | 468 | NOTICE of Attorney/Client Waiver Form as to Ari Teman re: 466 Order,,,,,. (Butler, Thomas) (Entered: 11/18/2024) |
| 11/26/2024 | 469 | ORDER DIRECTING DEFENDANT'S ATTORNEYS TO FILE AFFIDAVITS AND DIRECTING THE GOVERNMENT TO ANSWER as to Ari Teman. IT IS HEREBY ORDERED that Mr. DiRuzzo and Mr. Gelfand shall give sworn testimony, each in the form of a separate affidavit, addressing in detail the various allegations contained in Teman's § 2255 petition and accompanying memorandum, dated October 30, 2024. See 16 Cr. 696, Dkts. 458−59; 24 Civ. 8278, Dkt 1. Mr. DiRuzzo and Mr. Gelfand may attach pertinent materials as exhibits to their affidavits. Mr. DiRuzzo and Mr. Gelfand are ORDERED to file their respective affidavits, and attached exhibits, on the docket of this case by January 31, 2025. IT IS FURTHER HEREBY ORDERED that the Government shall file its response by March 31, 2025. In addition to addressing Teman's claims, the Government's response should address whether additional testimony (including from Mr. DiRuzzo, Mr. Gelfand, or Teman) and/or discovery (including writings memorializing attorney−client communications) is needed to enable an informed resolution of Teman's claims. IT IS FURTHER HEREBY ORDERED that Teman shall file his response by May 5, 2025. Absent further order, the Court will consider Teman's petition fully briefed following thefiling of Teman's response. The Clerk of Court is directed to mail a copy of this order to Mr. DiRuzzo and Mr. Gelfand, at the addresses listed on the following page. To assure this order's |

| | | |
|---|---|---|
| | | prompt receipt, the Court further directs Government counsel forthwith to furnish Mr. DiRuzzo and Mr. Gelfand, by email, with a copy of this order, and to file a letter on the docket attesting that such service has been successfully accomplished (Defendant Replies due by 5/5/2025., Government Responses due by 3/31/2025) [**The Clerk mailed this Order to Mr. DiRuzzo and Mr. Gelfand on 11/27/2024 to the address listed on this order**] (Signed by Judge Paul A. Engelmayer on 11/26/2024)(jw) (Entered: 11/26/2024) |
| 12/10/2024 | | Received returned mail as to (19–Cr–696–1) Ari Teman re: 466 ORDER re ATTORNEY–CLIENT PRIVILEGE WAIVER (INFORMED CONSENT). Mail was addressed to Ari Teman, Register #18244–104, FCI Miami, Federal Correctional Institution, PO Box 779800, Miami FL 33177; and was returned for the following reason(s): RETURN TO SENDER / NOT DELIVERABLE AS ADDRESSED / UNABLE TO FORWARD / NOT AT THIS ADDRESS. (bw) (Entered: 12/12/2024) |
| 12/11/2024 | 470 | LETTER by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from USA dated December 11, 2024 re: November 26, 2024 Order Document filed by USA. (Gutwillig, Jacob) (Entered: 12/11/2024) |
| 12/29/2024 | 471 | LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 2024–12–29 re: Extend travel due to war or move to non–reporting as approved by Probation . Document filed by Ari Teman. Return Date set for 12/30/2024 at 05:00 PM. (Teman, Ari) (Entered: 12/29/2024) |
| 12/30/2024 | 472 | ORDER as to Ari Teman. The Court has received a prose submission from defendant Ari Teman, seeking a modification of his conditions of supervised release to permit him to reside in Israel beyond his present return date of January 15, 2025. Teman, who is in his first year of a three–year term of supervised release, further appears to propose that he be exempt from any reporting or supervision during his continued stay in Israel. Dkt. 4 71. The Court directs the Government to respond by letter, due January 8, 2025, setting out its views and those of the Probation Department. In the event that the Probation Department does not oppose an extension of the return date, the Government's letter should address the means by which the Probation Department proposes to effectively supervise Teman while abroad.The Court henceforth expects submissions of any kind on Teman's behalf to be made byone of the counsel who has appeared for him on the docket of this case and will act on such submissions only. (Government Responses due by 1/8/2025). (Signed by Judge Paul A. Engelmayer on 12/30/2024)(jw) (Entered: 12/30/2024) |
| 01/07/2025 | 473 | DECLARATION of Eden P. Quainton in Support as to Ari Teman re: 471 LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 2024–12–29 re: Extend travel due to war or move to non–reporting as approved by Probation .. (Attachments: # 1 Exhibit Email exchange with Officer Wong)(Quainton, Eden) (Entered: 01/07/2025) |
| 01/09/2025 | 474 | LETTER RESPONSE in Opposition by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from USA dated January 9, 2025 re: 471 LETTER MOTION addressed to Judge Paul A. Engelmayer from Ari Teman dated 2024–12–29 re: Extend travel due to war or move to non–reporting as approved by Probation .. (Attachments: # 1 Exhibit A – Filed Under Seal)(Gutwillig, Jacob) (Entered: 01/09/2025) |
| 01/10/2025 | 475 | ORDER as to Ari Teman. The Court has received the letter from the Government and the Probation Department, see Dkt. 474 ("G. Mem."), setting out their respective views on whether the Court should grant the request of defendant Ari Teman, see Dkt. 471, for (1) an indefinite extension of his present stay in Israel, and (2) if so, on a non–reporting basis. The Government opposes this application, while stating that it does not oppose the current conditions of supervised release governing foreign travel, which authorize Teman to travel internationally upon, inter alia, advance approval of such travel from the Probation Department and the Court. See G. Mem. at 2–3; see also Dkt. 454 (order of July 10, 2024, governing foreign travel). The Probation Department does not oppose an extension of Teman's time in Israel, based on his low risk of recidivism and his responsiveness to requests from the U.S. Probation Office; it proposes to monitor Teman telephonically and/or online. See G. Mem. at 3. The Court has also received a declaration from Teman's counsel supporting his request. See Dkt. 473 ("D. Mem."). The Court requires additional information to evaluate the pending requests. The Court accordingly directs that the following submissions be filed, by |

Friday, January 17, 2025, from, respectively, the Probation Department and defense counsel. To give the Court time thereafter to make an orderly assessment of the issues presented, the Court extends until Wednesday, January 29, 2025, the date on which–––barring an intervening Court order–––Teman must return to the United States. For avoidance of doubt, Teman should order his affairs, and arrange travel plans, in the expectation that the Court will not further extend this deadline....[*** See this Order ***]... II. Submission from Defense Counsel. Defense counsel's submission states that travel to and from Israel is increasingly risky, citing an Associated Press ("AP") article to the effect that missiles from Houthi rebels have resulted in air raid sirens being set off in much of Israel, "keeping many foreign airlines away" to the detriment of Israel's "hard–hit tourism industry." See D. Mem. at 2. Counsel argues that these facts will make it either unsafe or impossible for Teman to leave Israel or to return to Israel see his parents. See id. The defense's submission does not, however, document these conclusions, beyond citing the AP article describing the fact of the air raid sirens and the reduction in tourism. To the extent that the defense seeks to rely on these arguments, the Court directs the defense, in its submission due January 17, 2025, to submit evidentiary support for these two contentions. Concretely, to what extent is a safety risk currently presented to a person on a commercial flight between the United States and Israel? And, concretely, are flights currently realistically unavailable between the United States and Israel? SO ORDERED. ( Brief due by 1/17/2025. )(Signed by Judge Paul A. Engelmayer on 1/10/2025) (bw) (Entered: 01/10/2025)

| 01/13/2025 | 476 | ORDER as to Ari Teman: Teman's email attaches a letter concerning foreign travel that he asks the Court to file. The Court declines to do so. Teman is represented by counsel. See Dkts. 465, 4 72. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 1/13/2025)(See ORDER as set forth) (lnl) (Entered: 01/13/2025) |
| 01/14/2025 | 477 | ORDER as to Ari Teman re Email to the Court. (Signed by Judge Paul A. Engelmayer on 1/14/2025)(ajs) (Entered: 01/14/2025) |
| 01/15/2025 | 478 | Motion to recuse for violating my sexual health privacy + Information confirming lack of flights and lack of affordable lfiths. Document filed by Ari Teman. (lnl) (Entered: 01/15/2025) |
| 01/15/2025 | 479 | LETTER by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from USA dated January 15, 2025 re: January 13, 2025 Order Document filed by USA. (Attachments: # 1 Exhibit A – January 9, 2025 Letter, # 2 Exhibit B – Partially Redacted Email)(Gutwillig, Jacob) (Entered: 01/15/2025) |
| 01/15/2025 | 480 | ORDER as to Ari Teman: A prose motion by defendant Ari Teman for the Court's recusal, dated January 13, 2025, was today filed at docket 4 78. The Clerk of Court is respectfully directed to terminate that motion, as the Court yesterday, acting on a similar request by Teman conveyed by email, declined to recuse. See Dkt. 477 at 2. Insofar as Teman's recusal motion asserts that the Court's direction to the Government to publicly file his November 6, 2024 email to AUSA Jacob Gutwillig, see Dkt. 475 at 4 n.2, was an attempt to violate Teman's privacy, the Court, in its order of January 13, 2025, explained that the medical information contained in Teman's email to AUSA Gutwillig had all been placed on the public record in multiple prior filings in this case by Teman and his counsel, see Dkt. 476 at 1 (citing prior filings). The Court nonetheless, in an excess of caution, authorized the Government to redact references to such information in the November 6, 2024 email as publicly filed. Id. The Government today has done so. See Dkt. 479 & Exh. B. Separately, in its order yesterday, the Court–noting that Teman's email to the Court yesterday had stated that he was terminating all counsel and proceeding pro se–asked that the two counsel for Teman who represent him before this Court file letters on the docket confirming whether their representations of Teman have been terminated. See Dkt. 477 at 2. The Court's chambers today received an email from Thomas Butler, Esq., stating that he will continue to represent Teman before this Court, but that that representation, consistent with his notice of appearance, is limited to Teman's pending 28 U.S.C. § 2255 petition, see Dkt. 457. In the interest of a clear public record, the Court directs Mr. Butler to file a letter on the docket, confirming that he continues to represent Teman in connection with the § 2255 petition. The notice of appearance ofTeman's other attorney, Eden P. Quainton, Esq., did not indicate a limited purpose. See Dkt. 3 93. The Court directs Mr. Quain ton to file a letter on the docket stating whether he continues to represent Teman before this Court.For avoidance of doubt, if Teman remains represented by counsel, the Court will consider counsel's filings only, including as to the filing due |

| | | |
|---|---|---|
| | | January 17, 2025 with respect to Teman's pending request to extend his stay in Israel. See Dkt. 475 at 6. However, if Teman is not represented by counsel, the Court will consider Teman's prose filings. See Dkt. 477 at 2. (Signed by Judge Paul A. Engelmayer on 1/15/2025) (ap) (Entered: 01/15/2025) |
| 01/15/2025 | 481 | LETTER by Ari Teman addressed to Judge Paul A. Engelmayer from Eden P. Quainton dated 1/15/2025 re: Termination as Counsel (Quainton, Eden) (Entered: 01/15/2025) |
| 01/16/2025 | 482 | LETTER MOTION addressed to Judge Paul A. Engelmayer from Thomas Butler, Esq. dated 1−16−2025 re: DE480 . Document filed by Ari Teman. (Butler, Thomas) (Entered: 01/16/2025) |
| 01/17/2025 | 483 | LETTER by USA as to Ari Teman addressed to Judge Paul A. Engelmayer from USA dated January 17, 2025 re: January 10, 2025 Order Document filed by USA. (Attachments: # 1 Exhibit A − January 17, 2025 Letter from Probation)(Gutwillig, Jacob) (Entered: 01/17/2025) |
| 01/24/2025 | 484 | ORDER as to Ari Teman: This order resolves a prose motion by defendant Ari Teman, who is in the first year of a three−year term of supervised release, for permission to extend his authorized visit to Israel and reside there indefinitely on a non−reporting basis. Dkt. 471. The deadline the Court had set for Teman's return, as of the date of his motion, was January 15, 2025, id. at 1, but the Court later sua sponte extended that deadline until January 29, 2025, to enable the orderly briefing and consideration of this motion, Dkt. 475 at 1−2. The Court denies Teman's motion to reside in Israelindefinitely, but extends the deadline for Teman's return to February 28, 2025. (Signed by Judge Paul A. Engelmayer on 1/24/2025) (See ORDER set forth) (ap) (Entered: 01/24/2025) |
| 01/27/2025 | 485 | ORDER as to Ari Teman: The Court was copied on an email sent on Saturday, January 25, 2025, from defendant Ari Teman to his Probation Officer, which Teman asked the Cou1t to publicly file. The Court reminds Teman that it will not publicly file emails from him. Teman, who represents himself prose in this Court except in connection with his pending motion under 28 U.S.C. § 2255, may instead file documents himself, as he has in the past. Separately, the Court notes that Teman's email, which lists his father as a receipt, refers again to committing suicide. The Court has forwarded the email to Thomas Butler, Esq., and Eden Quainton, Esq., the counsel who presently represent Teman either in this Court or the United States Court of Appeals for the Second Circuit, in the expectation that that they will take appropriate action. The Court wishes Teman well. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 1/27/2025) (lnl) (Entered: 01/27/2025) |
| 01/28/2025 | 486 | DEFENDANT'S PRO SE MOTION FOR SANCTIONS AND RECUSAL. Document filed by Ari Teman. (lnl) (Entered: 01/28/2025) |
| 01/28/2025 | 487 | ORDER as to Ari Teman: On January 27, 2025, the Comt was again copied on an email from defendant Ari Teman. Teman is presently prose in this Court except with respect to his pending 28 U.S.C. § 2255 petition. Teman asked the Court's prose office to publicly file the email. The Court has previously instructed Teman that the Court's staff will not docket emails (or attachments) that he sends to the Court. See, e.g., Dkts. 472, 476, 477 & 485. For avoidance of doubt, if Teman experiences difficulties filing materials on ECF, he is to contact the district's ECF Help Desk via email {ECFSuppo1t@nysd.uscourts.gov} or telephone ((212) 805−0800). The Court's chambers has consulted with the ECF Help Desk, which has reported that they are unaware of any issues with Teman's account that would prevent him from filing documents. When contacting the ECF Help Desk, Teman will need to provide, inter alia, his PACER log−in information, along with a screen shot reflecting the nature of the en−or message(s) Teman is receiving when attempting to file electronically. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 1/28/2025) (lnl) (Entered: 01/28/2025) |
| 01/29/2025 | 488 | ORDER as to Ari Teman: On January 27, 2025, defendant Ari Teman filed a prose motion for sanctions against four Assistant United States Attorneys and two former defense counsel (Noam Biale, Esq., and Justine Harris, Esq.) and for this Court's recusal. Dkt. 486. The Court denies the motion as meritless and duplicative.... The Court advises Teman that it will treat any future motion for recusal or sanctions based on his representation by Mr. Biale or Ms. Harris as frivolous and vexatious and as |

|  |  | itself a basis for the possible imposition of sanctions. See, e.g., Mai Sa v. Doe, 406 F.3d 155, 158 (2d Cir. 2005) ("If a litigant has a history of filing vexatious, harassing or duplicative lawsuits, courts may impose sanctions, including restrictions on future access to the judicial system." (citation omitted)); Shafii v. Brit. Airways, PLC, 83 F.3d 566, 571 (2d Cir. 1996) (same); Woodhouse v. Meta Platforms Inc., 704 F. Supp. 3d 502,517 (S.D.N.Y. 2023) (imposing sanctions where the litigant had "demonstrated a clear pattern of abusing the litigation process" by raising "vexatious and frivolous" arguments (citation omitted)), ajf'd, 23–7973–cv, 2024 WL 4297471 (2d Cir. Sept. 26, 2024). SO ORDERED. (Signed by Judge Paul A. Engelmayer on 1/29/2025) (See ORDER as set forth) (lnl) (Entered: 01/29/2025) |
| 01/31/2025 | 489 | AFFIDAVIT of Justin K. Gelfand (Pursuant to Court Order) by Ari Teman. (Gelfand, Justin) (Entered: 01/31/2025) |
| 01/31/2025 | 490 | AFFIDAVIT of Joseph DiRuzzo (Pursuant to Court Order) by Ari Teman. (Gelfand, Justin) (Entered: 01/31/2025) |
| 02/10/2025 | 491 | NOTICE OF APPEAL by Ari Teman from 484 Order. (nd) (Entered: 02/10/2025) |
| 02/10/2025 |  | Appeal Remark as to Ari Teman re: 491 Notice of Appeal by Ari Teman. $605.00 APPEAL FILING FEE DUE. (nd) (Entered: 02/10/2025) |
| 02/10/2025 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Ari Teman to US Court of Appeals re: 491 Notice of Appeal. (nd) (Entered: 02/10/2025) |
| 02/10/2025 |  | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files as to Ari Teman re: 491 Notice of Appeal were transmitted to the U.S. Court of Appeals. (nd) (Entered: 02/10/2025) |
| 02/10/2025 | 492 | MOTION for Extension of Time due to health issue. Document filed by Ari Teman. (nd) (Entered: 02/10/2025) |