## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** United States of America v. Ari Teman  **Docket No.:** 25-332

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

Name: Jacob H. Gutwillig

Firm: United States Attorney's Office for the Southern District of New York

Address: 26 Federal Plaza, New York, NY 10278

Telephone: (212) 637-2215   Fax: (212) 637-2527

E-mail: jacob.gutwillig@usdoj.gov

Appearance for: United States of America/Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Danielle Renee Sassoon/U.S. Attorney's Office for the Southern District of New York )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on October 23, 2023   OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Jacob Gutwillig

Type or Print Name: Jacob Gutwillig