**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: March 28, 2025
Docket #: 25-332, 25-452, 25-543
Short Title: United States of America v. Teman

DC Docket #: 1:19-cr-696-1
DC Court: SDNY (NEW YORK CITY)
Trial Judge - Paul A. Engelmayer

## NOTICE OF CLIENT SUBMISSION

Court records in the above-referenced case list you as counsel to **Appellant Ari Teman**. The Clerk's office received the enclosed papers from your client in the above referenced appeal. Because you represent the sender as counsel the papers are forwarded to you for appropriate action.

By copy of this notice your client is advised of this action.

Inquiries regarding this case may be directed to 212-857-8551.