UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-332, 25-452, 25-543 (consolidate please)    **UNITED STATES V TEMAN**

**Motion for:** Emergency Stay of return from Israel due to medical and religious rights issues; Recusal due to Teman being fact witness in Engelmayer impeachment

United States of America v. Teman

Set forth below precise, complete statement of relief sought:

Ari Teman, Defendant-Appellant, respectfully moves this Court for the following relief: (1) an order directing the recusal of District Judge Paul A. Engelmayer; (2) a stay of the District Court's orders requiring Appellant's return from Israel pending appeal; (3) permission to be added to the Electronic Case Filing (ECF) system or, alternatively, to receive timely ECF alerts at ari@teman.com; (4) consolidation of all appeals except the one filed by Thomas Butler, Esq., into one, with Mr. Butler still handling the appeal he filed, as he is on limited appearance; (5) an opportunity to respond to any government response; (6) a stay of Appellant's return to the United States until a decision on this matter; (7) reversal of the District Court's orders for failing to address Appellant's religious rights arguments; and (8) immediate termination of probation and permission to remain in Israel indefinitely due to excessive punishment and judicial misconduct. Appellant also requests excusal of any filing delays due to notification errors and permission for Thomas Butler, Esq., to remain as counsel for his specific appeal while Appellant proceeds pro se herein.

**MOVING PARTY:** ARI TEMAN    **OPPOSING PARTY:** UNITED STATES

☐ Plaintiff    ☐ Defendant
☑ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** ARI TEMAN, PRO SE    **OPPOSING ATTORNEY:** Department of Justice, Jacob Guttwillig
[name of attorney, with firm, address, phone number and e-mail]

ari@teman.com    1 Saint Andrews Plaza, New York, NY 10007, United States
26 Migdal Halivanon, #3, Modiin, Israel    Jacob.Gutwillig@usdoj.gov

**Court- Judge/ Agency appealed from:** _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☑ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this court?  ☐ Yes  ☑ No
Requested return date and explanation of emergency: April 15, 2025
Permanent medical harm and violation of religious rights

Is oral argument on motion requested?  ☑ Yes  ☐ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**
s/Ari Teman/    **Date:** 10 April 2025    **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)