# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of April, two thousand twenty-five,

| | |
|---|---|
| United States of America, | **ORDER** |
| Appellee, | Docket No. 25-332 |
| v. | |
| Ari Teman, AKA Sealed Defendant 1, | |
| Defendant - Appellant. | |

A notice of appeal was filed on February 10, 2025. The Appellant's Form B due April 24, 2025, has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal will be dismissed effective May 19, 2025, if the Form B is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

