**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
**United States v. Ari Teman**

CA2 Docket No.: 25-332
District Court Case No.: 1:19-cr-00696-PAE

**MOTION TO PROCEED IN FORMA PAUPERIS**

I, Ari Teman, respectfully move this Court for permission to proceed *in forma pauperis* in this appeal, pursuant to 28 U.S.C. § 1915 and Second Circuit Local Rule 24.1, without prepayment of fees or costs.

- I am unable to pay the filing fees or other costs associated with this appeal due to financial hardship. My financial circumstances include limited income, no significant assets, significant debt, and especially ongoing healthcare expenses that prevent me from affording legal counsel or court fees.

- To wit, I have had to file this and all motions related to probation pro se, as I cannot afford to pay an attorney to handle them.

- On April 24, 2023, the United States District Court for the Southern District of New York (Judge Paul A. Engelmayer) approved my CJA 23 Financial Affidavit in *United States v. Teman*, Case No. 1:19-cr-00696-PAE, granting me permission to proceed *in forma pauperis* and assigning counsel at no cost due to my financial inability to retain private counsel. (Dkt. 361, "CJA 23 Financial Affidavit by Ari Teman. APPROVED. (Signed by Judge Paul A. Engelmayer) (ap) (Entered: 04/24/2023)").

    - This docket entry should suffice to establish IN FORMA PAUPERIS status was approved in the District Court and I was assigned CJA counsel as a result.

- My financial situation has not improved since the district court's determination. I continue to lack funds to pay appellate fees or retain counsel, necessitating my pro se filings in this matter.

- Furthermore, I have additional expenses for healthcare which is not covered by insurance, including specialist visits and a pending surgery.

- Attached is a completed CJA 23 Financial Affidavit, or equivalent sworn statement, detailing my current financial circumstances, consistent with the requirements of 28 U.S.C. § 1915(a)(1).

**WHEREFORE**, I respectfully request that this Court grant my motion to proceed *in forma pauperis*, waive the filing fee, and permit me to pursue this appeal without prepayment of costs.

Dated: April 29, 2025
Respectfully submitted,

/s/ Ari Teman
Ari Teman, Pro Se