**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
**CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B**

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** _____ v.
_____

**DOCKET NUMBER:** _____

**COUNSEL'S NAME:** _____

**COUNSEL'S ADDRESS:** _____
_____

**COUNSEL'S PHONE:** _____

**QUESTIONNAIRE**

___ I am ordering a transcript.

___ I am not ordering a transcript.   Reason:   ___ Daily copy available   ___ U.S. Atty. placed order
___ Other (attach explanation)
___ Full transcript already obtained and provided to CA2 (21-1920., 24-345, etc) There have been no new hearings.

**TRANSCRIPT ORDER**

Prepare transcript of

___ Pre-trial proceedings: _____
(Description & Dates)

___ Trial: _____
(Description & Dates)

___ Sentencing: _____
(Description & Dates)

___ Post-trial proceedings: _____
(Description & Dates)

I, _____, hereby certify that I will make satisfactory arrangements with
(counsel's name)

the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment:   ___Funds   ___CJA Form 24

_____   _____
Counsel's Signature                                                            Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

**ACKNOWLEDGMENT**

Date order received: _____   Estimated Number of Pages: _____

Estimated completion date: _____

_____   _____
Court Reporter's Signature                                                  Date

**Attorney(s):** Send completed form to the U.S. District Court as that court may require and send copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.
**Court Reporter(s):** Send completed acknowledgement to the Court of Appeals Clerk.